1 | STUART W. MILLER, CA State Bar No. 127766
KATHLEEN D. POOLE, CA State Bar No. 228815
2 | DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
3 | San Francisco, California 94111-6533
Telephone:    (415) 276-6500
4 | Facsimile:    (415) 276-6599
stuartmiller@dwt.com
5 |
Attorneys for Defendants
6 | LUMBERMENS, INC. and PROBUILD HOLDINGS, INC.

*E-filing*

ORIGINAL
FILED
FEB 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HRL

7 |
UNITED STATES DISTRICT COURT

8 |
NORTHERN DISTRICT OF CALIFORNIA

9 |
DANNY JOE ELLIOTT,                                ) Case No. **CV 08 0943**
10 |                                                )
                            Plaintiff,             ) **DEFENDANTS' NOTICE OF**
11 |                                                ) **REMOVAL TO THE UNITED**
                                                   ) **STATES DISTRICT COURT FOR**
12 |                                                ) **THE NORTHERN DISTRICT OF**
                                                   ) **CALIFORNIA PURSUANT TO 28**
13 |   v.                                           ) **U.S.C. § 1332 (DIVERSITY), 28 U.S.C.**
                                                   ) **1441(b) (REMOVAL BASED ON**
14 | LUMBERMENS, INC., which does business in      ) **DIVERSITY), AND CIVIL L.R. 3.2(d);**
   | California as San Lorenzo Lumber; PRO-BUILD   ) **DECLARATION OF KATHLEEN D.**
15 | HOLDINGS, INC., aka LUMBERMEN'S, INC.;        ) **POOLE IN SUPPORT THEREOF**
   | DOES 1-20,                                     )
16 |                                                )
                                                   )
17 |                            Defendants.         )
                                                   )

18 |   **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE**

19 | **NORTHERN DISTRICT OF CALIFORNIA:**

20 |    **PLEASE TAKE NOTICE** that Defendants LUMBERMENS, INC. and PROBUILD

21 | HOLDINGS, INC. hereby remove the above-entitled action pursuant to 28 U.S.C. section 1441 to

22 | this Court from the Superior Court of the State of California for the County of Santa Clara. The

23 | grounds for removal are as follows:

24 |    1.    On or about December 19, 2007, Plaintiff DANNY JOE ELLIOTT ("Plaintiff")

25 | filed a Summons and Verified Complaint for Damages for Employment Discrimination: Failure to

26 | Accommodate Disability; Wrongful Termination (Constructive Termination); Tortious

27 | Termination in Violation of Public Policy; Breach of Contract; Breach of the Implied Covenant of

28 | Good Faith and Fair Dealing; and Negligence: Failure to Properly Train and Supervise

DAVIS WRIGHT TREMAINE LLP

1

1  ("Plaintiff's Complaint") against Defendants, entitled <u>Elliott v. Lumbermens Inc., et al</u>, Case No.

2  107CV101420, in the Superior Court of the State of California for the County of Santa Clara. A

3  true and correct copy of Plaintiffs' Complaint is attached to the Declaration of Kathleen D. Poole

4  ("Poole Decl.") hereto as Exhibit A. On January 16, 2008, Plaintiff served his Complaint and

5  Summons on Defendants through personal service on its agent for service of process.

6      2.      On or about February 12, 2008, Plaintiffs served on Defendants' counsel a Notice

7  of Dismissal, dismissing Defendant ProBuild Holdings, Inc. from the case. A true and correct

8  copy of this Notice is attached to the Poole Declaration as Exhibit B. Despite this dismissal, in an

9  abundance of caution, Defendant ProBuild Holdings, Inc. joins in this Notice of Removal.

10     3.      This action is a civil action of which this Court has original jurisdiction under 28

11 U.S.C. section 1332 and is one which may be removed to this Court, pursuant to 28 U.S.C. section

12 1441(b) because it is a civil action wherein the amount in controversy exceeds the sum of $75,000,

13 exclusive of interest and costs, and is between citizens of different States.

14     4.      According to the removal procedures enumerated in 28 U.S.C. section 1446, in

15 order to remove this action to this Court, Defendants are required to file with this Court a notice of

16 removal of this civil action within thirty days after it was served with the Plaintiff's Complaint. 12

17 U.S.C. § 1446(b). Since Defendants were served with Plaintiff's Complaint on January 16, 2008,

18 Defendants' deadline for filing their notice of removal is February 15, 2008. Since Defendants are

19 filing this notice of removal with the court on or before February 15, 2008, Defendants' removal

20 complies with Section 1446.

21     5.      There is complete diversity between the parties identified in Plaintiff's Complaint.

22 On information and belief, Plaintiff is, and at all times mentioned in Plaintiff's Complaint was, an

23 adult person who was a citizen of the State of California. Poole Decl. In his Complaint, Plaintiff

24 alleges, in paragraph 1, "Defendant LUMBERMENS, INC. which does business in California as

25 San Lorenzo Lumber at 235 River Street, Santa Cruz, California, is headquartered in the State of

26 Washington. . ." Poole Decl.; Exhibit A, ¶ 1. In his Complaint, Plaintiff alleges, in paragraph 2,

27 "Defendant PRO-BUILD HOLDINGS, INC., is a Colorado corporation, believed to be

28 headquartered in Denver, Colorado." Poole Decl.; Exhibit A, ¶ 1. As Plaintiff acknowledges,

DAVIS WRIGHT TREMAINE LLP

2

1    Defendant Lumbermens, Inc. was and is a Washington corporation with its principal place of

2    business in Lacey, Washington; and Defendant ProBuild Holdings, Inc. is a Delaware corporation

3    with its principal place of business in Denver, Colorado.  Plaintiff's Complaint also names "Does

4    1-20" as Defendants.  Poole Decl., Exhibit A, ¶ 3.  "For the purposes of removal . . . the

5    citizenship of defendants under fictitious names shall be disregarded."  28 U.S.C. § 1441(a).  The

6    inclusion of "Doe" defendants in Plaintiff's Complaint therefore has no effect on removability

7    because in determining whether diversity of citizenship exists, only the named defendants are

8    considered.  Newcombe v. Adolph Coors Co., 157 F.3d 686, 690-691 (9th Cir. 1998).  Therefore,

9    complete diversity exists in this action.

10          6.      No Defendant who has been served in this action is a citizen of the State of

11    California.

12          7.      Plaintiff's Complaint clearly alleges an amount in controversy that greatly exceeds

13    $75,000.  In Plaintiff's first cause of action, Plaintiff asserts that as a result of Defendants' alleged

14    failure to accommodate Plaintiff, "Plaintiff has suffered actual damages by way of lost past and

15    future income in a sum according to proof, but no less than $250,000."  Poole Decl., Exhibit A, ¶

16    19.  In Plaintiff's third cause of action, Plaintiff asserts that as a result of Defendants' alleged

17    tortious termination of Plaintiff, Plaintiff "suffered actual loss of compensation in a sum according

18    to proof, but no less than $250,000."  Poole Decl., Exhibit A, ¶ 29.  In Plaintiff's fourth cause of

19    action, Plaintiff asserts that as a result of Defendants' alleged breach of contract, Plaintiff

20    "suffered actual loss a loss of income, past, present, and future, in a sum to be ascertained

21    according to proof, but no less than $250,000."  Poole Decl., Exhibit A, ¶ 43.  In Plaintiff's fifth

22    cause of action, Plaintiff asserts that as a result of Defendants' alleged breach of the implied

23    covenant of good faith and fair dealing, Plaintiff "suffered actual damages in a sum no less than

24    $250,000."  Poole Decl., Exhibit A, ¶ 46.  In Plaintiff's sixth cause of action, Plaintiff asserts that

25    as a result of Defendants' alleged negligent failure to supervise and train, Plaintiff "has been

26    damages in an amount of no less than $250,000.00 in lost past, present, and future wages."  Poole

27    Decl., Exhibit A, ¶ 53.

28          8.      All served defendants join in this Notice of Removal.

DAVIS WRIGHT TREMAINE LLP

3

1    9.    In accordance with 28 U.S.C. section 1446(a), a true copy of all pleadings, process,

2    and orders served on Defendants in this action, are attached to the Poole Decl. as Exhibit A.

3    10.    Defendants have good and sufficient defenses to this Action and do not waive any

4    defenses, jurisdictional or otherwise, by the filing of this Notice.

5    11.    Venue lies in the United States District Court for the Northern District of

6    California, San Jose Division, pursuant to 28 U.S.C. sections 1391(a) and 1441(a), and Civil L.R.

7    3.2(d) because the state action was filed in this District and this is the judicial district in which the

8    action arose, and Plaintiff filed his action in the Santa Clara Superior Court.

9    12.    Pursuant to 28 U.S.C. section 1446(d), contemporaneous with the filing of this

10    Notice of Removal, Defendants will file with the State Court a Notice of Filing of Notice of

11    Removal with a copy of this Notice of Removal attached hereto.  Furthermore, Defendants will

12    serve counsel for Plaintiff with a copy of both this Notice of Removal and the Notice of Filing of

13    Notice of Removal, and file this Notice to Plaintiff with the State Court.

14    DATED this 14th day of February, 2008.

15    Respectfully Submitted,

16    DAVIS WRIGHT TREMAINE LLP

17

18    By:    *Kathleen Poole*

19    Kathleen D. Poole
      Attorneys for Defendants PROBUILD
      HOLDINGS, INC. and LUMBERMENS,
20    INC.

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

4

## DECLARATION OF KATHLEEN D. POOLE

I, Kathleen D. Poole, declare as follows:

1.    I am an attorney licensed to practice before all of the courts of this State, and I am an associate with the law firm of Davis Wright Tremaine LLP, counsel for defendants PROBUILD HOLDINGS, INC. and LUMBERMENS, INC. ("Defendants") in this action. I make this declaration based upon my own personal knowledge.

2.    Attached hereto as Exhibit A is a true and correct copy of Plaintiff Danny Joe Elliott's Summons and Verified Complaint for Damages ("Complaint").

3.    Attached hereto as Exhibit B is a true and correct copy of the Notice of Dismissal served on my colleague Stuart W. Miller on or about February 12, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of February, 2008, at San Francisco, California.

_Kathleen Poole_

Kathleen D. Poole

DEFENDANTS' NOTICE OF REMOVAL
SFO 402543v4 0050022-000499

# PROOF OF SERVICE

I, Farshid Arjam, declare under penalty of perjury under the laws of United States of America that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served the following documents:

**DEFENDANTS' NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1332 (DIVERSITY), 28 U.S.C. 1441(b) (REMOVAL BASED ON DIVERSITY), AND CIVIL L.R. 3.2(d); DECLARATION OF KATHLEEN D. POOLE IN SUPPORT THEREOF**

I caused the above document to be served by the following means

☑ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on February 14, 2008, following the ordinary business practice, on:

Stephen A. Fraser
Attorney at Law
3030 Bridgeway, Suite 127
Sausalito, CA 94965

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____ guaranteed delivery on _____ following the ordinary business practice.

☐ I caused an electronic transmission of said documents to be transmitted on January __, 2007 following the ordinary business practice.

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on_____.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on February 14, 2008, at San Francisco, California.

_____
Farshid Arjam

PROOF OF SERVICE

1

# Exhibit A

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
01/16/2008
CT Log Number 512988738

|||||||||||||||||||||||||||||||||||||||||||||||

**TO:**     John Reed
            Davis Wright Tremaine LLP
            1201 Third Avenue, Suite 2200
            Seattle, WA 98101-1688

**RE:**   **Process Served in California**

**FOR:**   Lumbermens, Inc. (Domestic State: WA)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Danny Joe Elliott, Pltf. vs. Lumbermens, Inc., etc., etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Cover Sheet, Notice, Information Sheet, Exhibit(s) |
| **COURT/AGENCY:** | Santa Clara County, San Jose, Superior Court, CA<br>Case # 107CV101420 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination - Wrongful termination on the basis of disability - On or about August 1, 2007 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/16/2008 at 11:10 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service - file written response // 5/13/08 at 2:15 p.m. - First Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | Stephen A. Fraser<br>3030 Bridgeway, Suite 127<br>Sausalito, CA 94965<br>415-332-2421 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 798353834170 |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Nancy Flores<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>213-337-4615 |

Page 1 of 1 / VI

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

*9-16-08*

*11:104* SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LUMBERMEN'S, INC., which does business in California as San
Lorenzo Lumber; PRO-BUILD HOLDINGS, INC., aka
LUMBERMEN'S, INC., dba San Lorenzo Lumber; Does 1-20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
DANNY JOE ELLIOT

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

(ENDORSED)
FILED

DEC 19 07

KIRI TORRE
CHIEF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA
BY _____ DEPUTY
J. Cao-Nguyen

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF SANTA CLARA COUNTY<br>191 North First Street<br>San Jose, CA 95113 | CASE NUMBER:<br>*(Número del Caso):*<br>**107CV101420** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Stephen A. Fraser, Esq.
3030 Bridgeway, Suite 127,  Sausalito, CA 94965

J. Cao-Nguyen

| | | |
|---|---|---|
| DATE: **DEC 19 2007** **Kiri Torre**<br>*(Fecha)* | Clerk, by _____ , Deputy<br>*(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* *Lumbermen's Inc.*

under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

| | |
|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004] | Code of Civil Procedure §§ 412.20, 465<br>American LegalNet, Inc.  www.USCourtForms.com |

**SUMMONS**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Stephen A. Fraser, Esq., SBN 85573
3030 Bridgeway, Suite 127
Sausalito, CA 94965

TELEPHONE NO: (415)332-2421      FAX NO: (415)332-3049
ATTORNEY FOR *(Name):* Plaintiff Danny Joe Elliot

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

CASE NAME:
ELLIOT vs. LUMBERMEN'S, INC., ET AL.

*[ENDORSED]*
*FILED*

DEC 19 07

KIRI TORRE Nguyen
CHIEF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA
DEPUTY

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ✔ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | **107CV101420** |
| | | | | JUDGE: |
| | | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
✔ Wrongful termination (36)
✔ Other employment (15)   FEHA

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is  ✔ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ✔ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):* Six (6)
5. This case ☐ is  ✔ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: December 19, 2007
Stephen A. Fraser
*(TYPE OR PRINT NAME)*                          *Stephen A. Fraser*
                                               *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov |
|---|---|---|

American LegalNet, Inc.
www.FormsWorkflow.com

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
 Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
 Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
 Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
   Wrongful Death
 Product Liability *(not asbestos or
  toxic/environmental)* (24)
 Medical Malpractice (45)
  Medical Malpractice–
   Physicians & Surgeons
  Other Professional Health Care
   Malpractice
 Other PI/PD/WD (23)
  Premises Liability (e.g., slip
   and fall)
  Intentional Bodily Injury/PD/WD
   (e.g., assault, vandalism)
  Intentional Infliction of
   Emotional Distress
  Negligent Infliction of
   Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
 Business Tort/Unfair Business
  Practice (07)
 Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
 Defamation (e.g., slander, libel)
  (13)
 Fraud (16)
 Intellectual Property (19)
 Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
   *(not medical or legal)*
 Other Non-PI/PD/WD Tort (35)

**Employment**
 Wrongful Termination (36)
 Other Employment (15)

**Contract**
 Breach of Contract/Warranty (06)
  Breach of Rental/Lease
   Contract *(not unlawful detainer
    or wrongful eviction)*
  Contract/Warranty Breach–Seller
   Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
   Warranty
  Other Breach of Contract/Warranty
 Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
   Case
 Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
 Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
 Eminent Domain/Inverse
  Condemnation (14)
 Wrongful Eviction (33)
 Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
   domain, landlord/tenant, or
   foreclosure)*

**Unlawful Detainer**
 Commercial (31)
 Residential (32)
 Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*

**Judicial Review**
 Asset Forfeiture (05)
 Petition Re: Arbitration Award (11)
 Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
   Case Matter
  Writ–Other Limited Court Case
   Review
 Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
   Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
 Antitrust/Trade Regulation (03)
 Construction Defect (10)
 Claims Involving Mass Tort (40)
 Securities Litigation (28)
 Environmental/Toxic Tort (30)
 Insurance Coverage Claims
  *(arising from provisionally complex
   case type listed above)* (41)

**Enforcement of Judgment**
 Enforcement of Judgment (20)
  Abstract of Judgment (Out of
   County)
  Confession of Judgment *(non-
   domestic relations)*
  Sister State Judgment
  Administrative Agency Award
   *(not unpaid taxes)*
  Petition/Certification of Entry of
   Judgment on Unpaid Taxes
  Other Enforcement of Judgment
   Case

**Miscellaneous Civil Complaint**
 RICO (27)
 Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
   harassment)*
  Mechanics Lien
  Other Commercial Complaint
   Case *(non-tort/non-complex)*
  Other Civil Complaint
   *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
 Partnership and Corporate
  Governance (21)
 Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
   Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
   Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

# CIVIL LAWSUIT NOTICE

**ATTACHMENT CV-5012**

CASE NUMBER: **107CV101420**

**Superior Court of California, County of Santa Clara**
191 N. First St., San Jose, CA 95113

## READ THIS ENTIRE FORM

_PLAINTIFFS_ (the person(s) suing):  Within 60 days after filing the lawsuit, you must serve each defendant with the _Complaint, Summons_, an _Alternative Dispute Resolution (ADR) Information Sheet_, and a copy of this _Civil Lawsuit Notice_, and you must file written proof of such service.

---

_DEFENDANTS_ (The person(s) being sued):  **You must do each of the following to protect your rights:**

1. **You must file a written response to the** _Complaint_, in the Clerk's Office of the Court, within 30 days of the date the _Summons_ and _Complaint_ were served on you;
2. You must send a copy of your written response to the plaintiff; and
3. You must attend the first Case Management Conference.

**Warning:** If you do not do these three things, you may automatically lose this case.

---

_RULES AND FORMS:_  You must follow the California Rules of Court (CRC) and the Santa Clara County Superior Court Local Civil Rules and use proper forms.  You can get legal information, view the rules and get forms, free of charge, from the Self-Service Center at 99 Notre Dame Avenue, San Jose (408-882-2900 x-2926), or from:

- State Rules and Judicial Council Forms:  www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms:  http://www.sccsuperiorcourt.org/civil/rule1toc.htm
- Rose Printing:  408-293-8177 or becky@rose-printing.com (there is a charge for forms)

For other local legal information, visit the Court's Self-Service website www.scselfservice.org and select "Civil."

_CASE MANAGEMENT CONFERENCE (CMC):_  You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC.  You must also fill out, file and serve a _Case Management Statement_ (Judicial Council form CM-110) at least 15 calendar days before the CMC.

_You or your attorney must appear at the CMC.  You may ask to appear by telephone – see Local Civil Rule 8._

Your Case Management Judge is:  **Kevin McKenney** _____ Department: ___**16**___

The 1st CMC is scheduled for:  (Completed by Clerk of Court)

Date: **MAY 1 3 2008** Time: _2:15pm_  in Department ___**16**___

The next CMC is scheduled for:  (Completed by party if the 1st CMC was continued or has passed)

Date: _____ Time: _____ in Department _____

---

_ALTERNATIVE DISPUTE RESOLUTION (ADR):_  If all parties have appeared and filed a completed _ADR Stipulation Form_ (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference.  Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

_WARNING:_ Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
## ALTERNATIVE DISPUTE RESOLUTION
## INFORMATION SHEET / CIVIL DIVISION

Many cases can be resolved to the satisfaction of all parties without the necessity of traditional litigation, which can be expensive, time consuming, and stressful. The Court finds that it is in the best interests of the parties that they participate in alternatives to traditional litigation, including arbitration, mediation, neutral evaluation, special masters and referees, and settlement conferences. Therefore, all matters shall be referred to an appropriate form of Alternative Dispute Resolution (ADR) before they are set for trial, unless there is good cause to dispense with the ADR requirement.

*What is ADR?*

ADR is the general term for a wide variety of dispute resolution processes that are alternatives to litigation. Types of ADR processes include mediation, arbitration, neutral evaluation, special masters and referees, and settlement conferences, among others forms.

*What are the advantages of choosing ADR instead of litigation?*

ADR can have a number of advantages over litigation:

< **ADR can save time.** A dispute can be resolved in a matter of months, or even weeks, while litigation can take years.

< **ADR can save money.** Attorney's fees, court costs, and expert fees can be reduced or avoided altogether.

< **ADR provides more participation.** Parties have more opportunities with ADR to express their interests and concerns, instead of focusing exclusively on legal rights.

< **ADR provides more control and flexibility.** Parties can choose the ADR process that is most likely to bring a satisfactory resolution to their dispute.

< **ADR can reduce stress.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere of litigation. Surveys of parties who have participated in an ADR process have found much greater satisfaction than with parties who have gone through litigation.

*What are the main forms of ADR offered by the Court?*

< **Mediation** is an informal, confidential process in which a neutral party (the mediator) assists the parties in understanding their own interests, the interests of the other parties, and the practical and legal realities they all face. The mediator then helps the parties to explore options and arrive at a mutually acceptable resolution of the dispute. The mediator does not decide the dispute. The parties do.

< Mediation may be appropriate when:
  < The parties want a non-adversary procedure
  < The parties have a continuing business or personal relationship
  < Communication problems are interfering with a resolution
  < There is an emotional element involved
  < The parties are interested in an injunction, consent decree, or other form of equitable relief

*-over-*

CV-5003 REV 5/06

< **Arbitration** is a normally informal process in which the neutral (the arbitrator) decides the dispute after hearing the evidence and arguments of the parties. The parties can agree to binding or non-binding arbitration. Binding arbitration is designed to give the parties a resolution of their dispute when they cannot agree by themselves or with a mediator. If the arbitration is non-binding, any party can reject the arbitrator's decision and request a trial.

Arbitration may be appropriate when:
<      The action is for personal injury, property damage, or breach of contract
<      Only monetary damages are sought
<      Witness testimony, under oath, is desired
<      An advisory opinion is sought from an experienced litigator (if a non-binding arbitration)

< **Neutral evaluation** is an informal process in which a neutral party (the evaluator) reviews the case with counsel and gives a non-binding assessment of the strengths and weaknesses on each side and the likely outcome. The neutral can help parties to identify issues, prepare stipulations, and draft discovery plans. The parties may use the neutral's evaluation to discuss settlement.

Neutral evaluation may be appropriate when:
<      The parties are far apart in their view of the law or value of the case
<      The case involves a technical issue in which the evaluator has expertise
<      Case planning assistance would be helpful and would save legal fees and costs
<      The parties are interested in an injunction, consent decree, or other form of equitable relief

< **Special masters and referees** are neutral parties who may be appointed by the court to obtain information or to make specific fact findings that may lead to a resolution of a dispute.

Special masters and referees can be particularly effective in complex cases with a number of parties, like construction disputes.

< **Settlement conferences** are informal processes in which the neutral (a judge or an experienced attorney) meets with the parties or their attorneys, hears the facts of the dispute, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations.

Settlement conferences can be effective when the authority or expertise of the judge or experienced attorney may help the parties reach a resolution.

*What kind of disputes can be resolved by ADR?*

     Although some disputes must go to court, almost any dispute can be resolved through ADR. This includes disputes involving business matters; civil rights; corporations; construction; consumer protection; contracts; copyrights; defamation; disabilities; discrimination; employment; environmental problems; harassment; health care; housing; insurance; intellectual property; labor; landlord/tenant; media; medical malpractice and other professional negligence; neighborhood problems; partnerships; patents; personal injury; probate; product liability; property damage; real estate; securities; and sports, among other matters.

*Where can you get assistance with selecting an appropriate form of ADR and a neutral for your case, for information about ADR procedures, or for other questions about ADR?*

     *Contact:*

Santa Clara County Superior Court                Santa Clara County DRPA Coordinator
ADR Administrator                                    408-792-2704
408-882-2530

---

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET/ CIVIL DIVISION**

1 | Stephen A. Fraser   SBN 85573
Attorney at Law
2 | 3030 Bridgeway, Suite 127
Sausalito, CA  94965
3 | (415) 332-2421
4 | (415) 332-3049  (Facsimile)
safraserlaw@sbcglobal.net
5 |
6 | Attorney for **DANNY JOE ELLIOTT**
Plaintiff
7 |

(ENDORSED)
FILED

DEC 19 '07

KIRI TORRE
CHIEF EXEC. OFFICER/CLERK
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA
_____ DEPUTY

8 |
9 | SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SANTA CLARA
10 |
Unlimited Jurisdiction
11 |

12 | DANNY JOE ELLIOTT,

13 |                    Plaintiff,

14 |

15 | vs.

16 | LUMBERMENS, INC., which does business
17 | in California as San Lorenzo Lumber; PRO-
BUILD HOLDINGS, INC., aka
18 | LUMBERMEN'S, INC., dba San Lorenzo
Lumber; DOES 1-20,
19 |

20 |                    Defendants.

21 |

Case No.: **107CV101420**

COMPLAINT FOR DAMAGES

1) Employment Discrimination:
Failure to Accommodate
Disability;

2) Wrongful Termination
(Constructive Termination)

3) Tortious Termination in
Violation of Public Policy

4) Breach of Contract

5) Breach of the Implied
Covenant of Good Faith and
Fair Dealing

6) Negligence: Failure to
Properly Train and
Supervise

22 |
23 |
24 |
25 |
26 |
27 |
28 |

COMPLAINT FOR DAMAGES

-1-

1   Stephen A. Fraser    SBN 85573
    Attorney at Law
2   3030 Bridgeway, Suite 127
3   Sausalito, CA  94965
    (415) 332-2421
4   (415) 332-3049  (Facsimile)
5   safraserlaw@sbcglobal.net

6   Attorney for **DANNY JOE ELLIOTT**
7   Plaintiff

8
            SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                   COUNTY OF SANTA CLARA

10                      Unlimited Jurisdiction
11

12  DANNY JOE ELLIOTT,                    )   Case No.:
13                                        )
                Plaintiff,                )   COMPLAINT FOR DAMAGES
14                                        )
15  vs.                                   )   1)   Employment Discrimination:
                                          )        Failure to Accommodate
16  LUMBERMENS, INC., which does business )        Disability;
    in California as San Lorenzo Lumber; PRO- )
17  BUILD HOLDINGS, INC., aka             )   2)   Wrongful Termination
18  LUMBERMEN'S, INC., dba San Lorenzo    )        (Constructive Termination)
    Lumber; DOES 1-20,                    )
19                                        )   3)   Tortious Termination in
20              Defendants.               )        Violation of Public Policy
                                          )
21                                        )   4)   Breach of Contract
22                                        )
                                          )   5)   Breach of the Implied
23                                        )        Covenant of Good Faith and
24                                        )        Fair Dealing
                                          )
25                                        )   6)   Negligence: Failure to
26                                        )        Properly Train and
                                          )        Supervise
27  _____
28

COMPLAINT FOR DAMAGES
                            -1-

# FIRST CAUSE OF ACTION

## (Employment Discrimination and Failure to Accommodate Disability)

1. Defendant **LUMBERMENS, INC.** which does business in California as San Lorenzo Lumber at 235 River Street, Santa Cruz, California, is headquartered in the State of Washington, at 3020 Willamette Drive. It does business in the State of California as Corp. No. C1890966, and wa also commonly known as San Lorenzo Lumber in the City of Santa Cruz, County of Santa Clara, within this judicial district. At all times noted herein, it was the employer of plaintiff **DANNY JOE ELLIOTT.**

2. Defendant **PRO-BUILD HOLDINGS, INC.,** is a Colorado corporation, believed to be headquartered in Denver, Colorado. Plaintiff is informed and believes, and on those grounds alleges that on or about February 1, 2006, defendant **PRO-BUILD HOLDINGS, INC.** (hereinafter **"PRO-BUILD"**), acquired defendant **LUMBERMENS, INC.**  Plaintiff is informed and believes that from February 1, 2006, approximately, he was an employee of defendant **PRO-BUILD** through its independent division, **LUMBERMENS, INC.,** continuing as an employee until forced to cease work on or about AAugust 1, 2007.  **PRO-BUILD** owns, manages, and controls defendant **LUMBERMENS, INC.,** and exercises substantial authority in designing and implementing personnel policies and practices of **LUMBERMENS, INC.**

COMPLAINT FOR DAMAGES

3. Plaintiff does not know the names of those defendants named fictitiously as Does 1-20, and will amend this complaint to cite their true and correct names when and if such are discovered. Defendant DOES 1-20 are believed to have been acting jointly and severally with the named defendants in performing the acts or omitting to act as set forth hereinbelow. They are believed to be the employers, servants, and agents of each other, and of the named defendants herein, and share liability with each named defendant. Said DOES 1-20 were in part acting within the course and scope of his/her employment and were, at least in part, serving a purpose of his own in carrying out the acts against plaintiff. Plaintiff is informed and believes and on that ground alleges that Does 1-20 were motivated, at least in part, by malice and ill will toward plaintiff.

4. Plaintiff is also informed and believes, and on that ground alleges that Defendant DOES 1-20 may have acted ultra vires of the named defendants, and to that extent bear independent responsibility and liability for the acts and omissions to act cited hereinbelow.

5. At all times mentioned in this complaint, Government Code section 12940(m) and (n) was in full force and effect and was binding on defendants. This subsection requires defendants to take all reasonable steps necessary to prevent discrimination from occurring. Within the time provided by law, plaintiff filed a Complaint with the California Department of Fair Employment and Housing and received a right-to-sue letter. See Exhibit "A" appended. This statute is fundamental, substantial, and well-established at all times herein mentioned.

COMPLAINT FOR DAMAGES

6. Plaintiff has received a Notice of Case Closure for each of the named defendants, and these notices and complaints are appended to this Complaint as Exhibit "A", as true and correct copies of the originals.

7. Plaintiff is informed and believes, and on the basis of such information and belief alleges that on or about January 1, 2004, and continuing thereafter until his forced cessation of employment, Mr. Elliott worked as a cashier at the main counter of the Lumbermens' store at 235 River Street, Santa Cruz, California. At the time he was forced to cease working at Lumbermens, the plaintiff had been continuously employed at the Santa Cruz store for over thirteen years.

8. For the reasons stated below, the plaintiff was forced to stop working at Lumbermens in approximately April, 2007, and following a period of family leave, with no effective relief in sight, retired on disability in the fall of 2007.

9. Plaintiff had intended to work until he was approximately sixty-six years old, but because of the continued failure of Lumbermens to afford him a reasonable accommodation at work for his known physical disability, he was unable to do so.

10. Beginning in late 2005, approximately, plaintiff sought to have Lumbermens provide him with a stool on which to conduct his work activities. He provided Lumbermens with written recommendations from his physician for such accommodation, which were essentially ignored by his immediate supervisors, the store manager, his employer, and others according to proof.

COMPLAINT FOR DAMAGES

-4-

11. Plaintiff Elliott suffered, at the time of his request for a stool, from cervical and related orthopedic problems which made it difficult for him to spend hours of time on his feet. He communicated this situation repeatedly and continuously to his supervisors, orally and in writing, with no effect, **even though the policy of Lumbermens at the time and thereafter to the present, was to provide such accommodation when proper and requested.** His supervisors took the position when this request was first posited, and continuously thereafter, that if they provided the plaintiff with a stool, they would have to provide all the workers at the counter with a stool, and this would not be feasible.

12. This reason for denying plaintiff a stool was despicable, fallacious, intentional, reckless, and unsupportable, not only because it **was the policy** of Lumbermens to provide a stool in comparable situations and conditions, but because the plaintiffs' particular work station was at the work counter corner, where the counter turned to the right, and it would not have created a work blockage at all. This was the situation until the plaintiff ceased working in April, 2007.

13. Plaintiff is informed and believes, and on the basis of such information and belief, alleges that Lumbermens did not engage in a timely, good faith, interactive process with plaintiff to his request for a reasonable accommodation, despite his having a known physical disability. He was only able to meet with his supervision briefly and in passing. They appeared to him to be taking his concerns not at all seriously.

COMPLAINT FOR DAMAGES

14. Lumbermens did not attempt to demonstrate that the accommodation sought by the plaintiff was likely to produce undue hardship to the store's operation.

15. Plaintiff is informed and believes, and on the grounds of such information and belief alleges that the continuous failure of Lumbermens to provide the accommodation sought by plaintiff represented a violation of California Government Code §12940(m) and (n).

16. Plaintiff states that he is unaware of the person or persons who decided, deliberately and unlawfully, despicably and maliciously, contrary to the professed policy of Lumbermens, not to provide him with reasonable accommodation for his disability, to wit, a stool. Plaintiff is informed and believes, and on the grounds of such information and belief, alleges that the decision to deny him a reasonable accommodation for his known disability was made by a person within the chain of command of Lumbermens regional operations for northern California, or higher, who is unknown at present to him.

17. As a direct and proximate result of this statutory breach of Government Code §12960(m) and (n), but not limited to these sections, plaintiff suffered continuing orthopedic injury to his spine, lower back, knees and feet, **inter alia**, until he was unable any more to stand, had to take family leave, and then ultimately was forced through these circumstances to cease working.

COMPLAINT FOR DAMAGES

18. Plaintiff, as a direct and proximate result of the failures to act on his request for a stool of Lumbermens, suffered and continues to suffer pain, mental anguish, humiliation, and other general damages in a sum according to proof.

19. Plaintiff has suffered actual damages by way of lost past and future income in a sum according to proof, but no less than $250,000.00.

20. Plaintiff alleges that he is entitled to a reasonable attorney's fee pursuant to Government Code §12965(b).

21. Plaintiff alleges that the failure of defendants, and each of them, to afford him his requested reasonable accommodation, was despicable, intentional, reckless, deliberate, and plaintiff is therefore entitled to punitive damages in a sum according to proof.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

### SECOND CAUSE OF ACTION

### (Wrongful Termination)

22. Plaintiff incorporates by this reference each and every allegation set forth in paragraphs 1 - 21, above.

23. Plaintiff is informed and believes, and on the basis of such information and belief, alleges that defendants, and each of them knowingly permitted work conditions, namely one in which the plaintiff had to remain standing for hours at a one time, which made his employ under the circumstances of his physical

COMPLAINT FOR DAMAGES

1  condition and disability, so intolerable and his pain so aggravated, that in April,

2  2007, he was forced to take family leave and ultimately to resign in the fall of 2007.

3      24.  Plaintiff alleges that he notified his employer, Lumbermens, of the

4  intolerable working conditions, and of his physical disability, repeatedly, and told

5  them that if the conditions continued, he would be forced to resign.  He asked for

6

7  help.

8      25.  Plaintiff alleges that, defendants, and each of them, were callously

9  indifferent to the plaintiff's physical disability, in particular, to his request for

10  relief by furnishing him a stool on which to sit during his work. He continuously

11

12  informed them of his need for a stool, but his supervisors continuously and

13  unreasonably ignored his pleas.

14      WHEREFORE, Plaintiff prays for relief as hereinbelow set forth.

15

16

17                    **THIRD CAUSE OF ACTION**

18            (Tortious Termination in Violation of Public Policy)

19

20      26.  Plaintiff reincorporates each and every allegation in paragraphs 1-25 of

21  this complaint as though fully set forth hereinbelow.

22      27.  Plaintiff alleges that it is the public policy of the State of California, as

23  embodied in California Government Code, Section 12940, for certain employment

24

25  practices to be proscribed. Section 12940(m) and (n) are two such practices, to wit:

26      (m)   [It is unlawful] for an employer or other entity covered by this part to
27            fail to make reasonable accommodation for the known physical . . .
            disability of an . . . employee . . .

28

COMPLAINT FOR DAMAGES

(n)  [It is unlawful] for an employer or other entity covered by this part to fail to engage in a timely, good faith, interactive process with the employee . . . to determine effective reasonable accommodations, if any, in response to a request for reasonable accommodation by an employee . . . with a known physical . . . disability or known medical condition.

28.  The failure of defendants, and each of them, to provide a reasonable accommodation to the plaintiff, was callous, deliberate, intentional, and in complete disregard of the rights and interest of the plaintiff.

29.  As a direct and proximate cause of defendants' acts and failure to act, as hereinabove set forth, plaintiff was forced to leave the employ of Lumbermens, and to foresake at least five years of employment. Had the stool been provided to plaintiff, it is alleged on information and belief, that the plaintiff would have been able to work until age sixty-six, or later. As a proximate result of defendants' failure to provide plaintiff with reasonable accommodations, he suffered actual loss of compensation in a sum according to proof, but no less than $250,000.00.

WHEREFORE, Plaintiff prays for relief as hereinbelow set forth.

# FOURTH CAUSE OF ACTION

## (Breach of Written Contract)

30.  Plaintiff reincorporates by this reference each and every allegation made in paragraphs 1-29 of this complaint, as though fully set forth hereinblow.

COMPLAINT FOR DAMAGES

31.    Plaintiff is informed and believes, and on the basis of such information and belief alleges that he was an at-will employee of defendants Lumbermens and Pro-Built, and as such had a justifiable belief that he would be treated with regard to the conditions of employment in good faith and dealt with fairly. In particular, he had a right to believe that, all other things being equal, and on a proper showing of medical disability, that said defendants would provide him with a stool to ease his pain and make work conditions tolerable, to the same degree and extent as other employees similarly situated.

32.    Plaintiff is informed and believes, and on the basis of such information and belief, alleges that at all time hereinstated it **was the policy of defendants to provide a stool where medically indicated and would not unduly disrupt normal working conditions.** Plaintiff is informed and believes, and on the grounds of such information and belief alleges that defendants, and each of them have in fact provided such accommodations to employees of defendants under similar circumstances of medical disability and work environment within the five years prior, approximately, to other employee's requests for such accommodation.  Access to such accommodation is an implied element of his contract of employment as hereinafter defined.

COMPLAINT FOR DAMAGES

33.     There is also implied covenant of good faith and fair dealing in the at-will contract by which the plaintiff held employment with defendants, and each of them, over the past thirteen years.

34.     For reasons best known to defendants, but not to plaintiff, the defendants and each of them intentionally discriminated against plaintiff with regard to providing him with a stool, and did not treat him equally with other employees similarly aggrieved.

35.     In the San Lorenzo Lumber Division of Lumbermens, Inc., an employee handbook, dated February 10, 2004, was issued to all employees of said entity, including the Santa Cruz facility where plaintiff worked, and comprised part of plaintiff's at-will contract. (See Exhibit "B".) Among the provisions of the Handbook pertinent to this lawsuit, is a section entitled "Nondiscrimination Against and Accommodation of Individuals with Disabilities, at Page 7. The section states:

> "Lumbermens complies with . . . applicable state and local laws providing for nondiscrimination in employment against qualified individuals with disabilities. Lumbermens provides reasonable accommodation for such individuals in accordance with these laws. Lumbermens will provide reasonable accommodation to qualified . . . employees, except where such an accommodation would create an undue hardship on the operation of the business. Qualified individuals with disabilities may make requests for reasonable accommodations to the manager."

COMPLAINT FOR DAMAGES

-11-

36. Plaintiff did make numerous requests for reasonable accommodation, notably a stool, to the manager, during the period 2005 to April, 2007, and this request was denied.

37. Provision of a stool would not create an undue hardship on the operation of the business.

38. Plaintiff was a qualified individual with disabilities, and this was known to management staff of the store where he worked.

39. A Handbook section called "Safety and Health," at pp. 23-30, provides that "Lumbermens is dedicated and committed to providing and maintaining a safe and healthful working environment." (Exhibit "A").

On the same page, the Handbook asserts that "Lumbermens is concerned about the safely and well being of our employees and does not want you to be injured or hurt." It further states: "A cooperative effort between management and employees to prevent accidents will benefit everyone." (p. 23).

All of these quoted policies were not followed in the case of plaintiff, as described above.

40. A second Handbook was issued on March 03, 2004, (see Exhibit "C") and was made available to plaintiff. On page 19 of this Handbook, the broad policies quoted in the preceding paragraph are reiterated under the

COMPLAINT FOR DAMAGES

-12-

heading "Safety and Health."  This handbook also emphasizes that "each supervisor supports and promotes safety and health as an important part of her or her daily job responsibilities."

41.  Plaintiff alleges that defendants, and each of them, breached the contract of employment by failing to follow the health and safely provisions of the handbooks in case of the plaintiff by denying the plaintiff the use of a stool at his work counter station, and did this repeatedly and continuously from 2005 to April, 2007, when he took family leave, and a few months later was forced to resign.

42.  Plaintiff is informed and believes, and on the basis of such information and belief alleges that defendants further breached his written contract of employment by failure to keep careful and detailed records of his requests, by failing to discuss his request thoroughly, by failing to follow the matter up the chain of command within defendants' companies, by failing to try to determine whether or not provision of a stool to the plaintiff would be disruptive to work performance of those around him in his work station, and by failing to keep records of the decision-making involving his requests for accommodation. Defendants also did not keep plaintiff informed of his rights under the Fair Employment and Housing Act, or of

COMPLAINT FOR DAMAGES

1  the chain of command he could follow if his requests were denied and/or

2  ignored.

3

4      43. As a direct consequence of the continuing breach(es) of the

5  written at-will contract, the plaintiff suffered a loss of income, past,

6  present, and future, in a sum to be ascertained according to proof, but no

7

8  less than $250,000.00.

9      WHEREFORE, plaintiff prays for relief as hereinbelow set forth.

10

11

12              **FIFTH CAUSE OF ACTION**

13      **(Breach of Implied Covenant of Good Faith and Fair Dealing)**

14

15      44. Plaintiff reincorporates by this reference each and every

16  allegation set forth in paragraphs 1-43 above as though each were set forth in

17  full hereinbelow.

18

19      45. By failing to provide plaintiff, with a work stool to relieve his

20  suffering, after request, and by treating him unequally relative to other

21  employees similarly disabled by failing to ensure that plaintiff's

22

23  supervisors treated him with the respect and follow-through required of

24  them pursuant to the handbooks, inter alia, Plaintiff alleges that

25  defendants, and each of them, breached the implied covenant of good faith

26

27  and fair dealing in his contract with defendants, and each of them.

28

COMPLAINT FOR DAMAGES

46. Plaintiff has suffered actual damages in a sum no less than $250,000.00.

47. As a direct and proximate consequence of this alleged breach of the covenant of good faith and fair dealing, plaintiff suffered and continues to suffer humiliation, mental anguish, and other general damages in a sum according to proof.

48. Plaintiff alleges that the actions of defendants, and each of them, were despicable, intentional, reckless, and malicious, and claims entitlement to punitive damages in a sum according to proof.

WHEREFORE, Plaintiff prays for relief as hereinbelow stated.

COMPLAINT FOR DAMAGES

# SIXTH CAUSE OF ACTION

## (Negligence: Failure to Supervise and Train)

49. Plaintiff realleges each and every allegation set forth in paragraphs 1-45 of this complaint, as if they were fully repeated below.

50. Plaintiff alleges that defendants, and each of them, owe and owed the employees of Lumbermens Santa Cruz store a duty of ordinary care to train, supervise, and to discuss matters up the chain of command with regard to requests for reasonable accommodation to an employee's disability. This duty encompassed the recording or memorializing of such requests, including how the matter was handled at various staff levels, and the decisions made, implemented, and/or denied. It is a duty of proper documentation. There is also a duty to try out a means of accommodation to see if it will work or not, and a duty to inform the employees of further opportunities for redress of grievance up the chain of command.

51. Plaintiff is informed and believes, and on the basis of such information and belief, alleges that in his case, at a minimum, the duties cited in the previous paragraph, and not limited to these, were not followed. There was (1) insufficient training of managerial staff among whose duties was the accommodating of his disability, (2) inadequate if any reporting and documenting of his requests, (3) failure to take his requests to higher levels

COMPLAINT FOR DAMAGES

1   within the Company, there to have in the chain of command a thorough

2   discussion of his plight and ways to address them, and (5) failure to

3

4   demonstrate the alleged workplace disruption of providing a stool for plaintiff

5   in his assigned location.  There was also a failure to inform the plaintiff of the

6   procedures he could take himself to deal further up the chain of command

7

8   with his problem.

9        52.    Plaintiff alleges that his supervisors in the Santa Cruz store, and

10  at higher area and regional levels, were insufficiently trained as to what to do

11

12  in the circumstances of his disability related by plaintiff to them during the

13  years 2005 and 2006 and thereafter. The fact that provision of work stools

14

15  was an accepted policy of defendants as a form of reasonable

16  accommodation which could be afforded to one disabled such as plaintiff

17

18  but which was not communicated or provided to plaintiff, was an

19  illustration of the inadequate, negligent, and improper supervision of these

20  staff members. Improper record-keeping of plaintiff's complaints about his

21

22  disability, the lack of Thorough and comprehensive interaction with him,

23  and consequently less than adequate attention to his complaints were

24  further manifestations of such lack of training and supervision. Plaintiff is

25

26  informed and believes, and on the basis of such information and belief alleges

27  that his request for a stool was not properly or adequately passed along by

28

COMPLAINT FOR DAMAGES

1  his supervisors in the chain of command of defendants, or was ignored by

2  such chain of command.

3

4      53.    As a direct and proximate result of the alleged acts of omission

5  and of commission of the defendants, and each of them, the plaintiff has been

6  damaged in an amount of no less than $250.000.00 in lost past, present, and

7

8  future wages.

9      54.    The plaintiff has suffered general damages by way of

10 mental anguish, humiliation, embarrassment, hurt feelings,

11

12 and the like, and demands compensation for such general damages

13 in a sum according to proof.

14

15     WHEREFORE, plaintiff prays for relief as follows:

16

17

18 **First Cause of Action: Employment Discrimination -- Failure to Reasonably Accommodate Disability**

19

20     1.    For past, present, and future lost income in an approximate sum

21 of $250,000.00, more or less;

22     2.    For general damages in a sum according to proof;

23

24     3.    For exemplary and punitive damages in a sum according to

25 proof;

26     4.    For reasonable attorney's fees;

27

28     5.    For costs of suit:

COMPLAINT FOR DAMAGES

6.    For such other relief as is appropriate.

**Second Cause of Action: Wrongful Termination--Based on the Doctrine of Constructive Forced Termination.**

1.    For past, present, and future lost income in an approximate sum of $250,000.00, more or less;

2.    For general damages in a sum according to proof;

3.    For exemplary and punitive damages in a sum according to proof;

4.    For costs of suit;

5.    For such other and further damages as may be lawful and proper;

**Third Cause of Action: Wrongful Termination for Violation of Public Policy**

1.    For past, present, and future lost income in an approximate sum of $250,000.00, more or less;

2.    For general damages in a sum according to proof;

3.    For exemplary and punitive damages in a sum according to proof;

4.    For costs of suit;

5.    For such further relief as to the Court shall seem lawful, fitting, and proper.

COMPLAINT FOR DAMAGES

1

## Fourth Cause of Action: Breach of Written Contract

2

1.    For past, present, and future lost income in an. approximate sum

3

4

of $250,000.00, more or less.

5

2.    For costs of suit;

6

3.    For such further relief as to the Court shall seem lawful, fitting,

7

8

and proper.

9

## Fifth Cause of Action: Breach of the Implied Covenant of Good

10

## Faith and Fair Dealing

11

1.    For past, present, and future lost income in an approximate sum

12

of $250,000.00, more or less;

13

14

2.    For general damages in a sum according to proof;

15

3.    For exemplary and punitive damages in a sum according to

16

17

proof;

18

4.    For costs of suit;

19

5.    For such other and further relief as to the Court shall seem lawful

20

21

and fitting.

22

## Sixth Cause of Action: Negligence--Failure to Train, Supervise,

23

## Investigate, Follow Issues Up the Chain of Command, Discuss Plaintiff's

## Issue(s) Thoroughly, Maintain Adequate Records, Cooperate with

24

## Plaintiff in Finding Resolution, and Provide Advice

25

1.    For past, present, and future lost income in a sum

26

27

of $250,000.00, more or less;

28

COMPLAINT FOR DAMAGES

1    2.    For general damages in a sum according to proof;

2    3.    For exemplary and punitive damages in a sum according to

3

4 proof;

5    4.    For costs of suit;

6

7    5.    For such other and further relief as the Court shall find

8 lawful, fitting, and proper.

9

10

11

12 Dated: November _18_, 2007

13   *December*

14

15 _____

16 STEPHEN A. FRASER
     Attorney for Plaintiff
17 DANNY JOE ELLIOTT

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES

-21-

## VERIFICATION

I am the attorney for the plaintiff in the above-titled action. I have read the foregoing Complaint for Damages, and state that the same is true under penalty of perjury under the laws of the State of California. And as to those matters stated therein on information and belief, I believe them to be true. The Plaintiff resides outside of the County' in which I maintain my office, and therefore I make this verification on his behalf. Dated November 2007, at Sausalito, California.

*Stephen A. Fraser*

STEPHEN A. FRASER
Attorney for
DANNY JOE ELLIOTT

COMPLAINT FOR DAMAGES

# Exhibit A

**EMPLOYMENT**

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH # E-200708-G-0229-06-prc

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
Mr. Daniel J. Elliot

TELEPHONE NUMBER (INCLUDE AREA CODE)
1(831) 423-2375

ADDRESS
833 Front Street, #347

CITY/STATE/ZIP
Santa Cruz   CA   95060-4532   Santa Cruz   COUNTY   COUNTY CODE
06 087

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE,
OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
Mark Null, Store Manager, Lumbermens dba Lumbermens   TELEPHONE NUMBER (Include Area Code)
(831) 426-1020

ADDRESS
235 River Street   Building Center   DFEH USE ONLY

CITY/STATE/ZIP
Santa Cruz, CA   COUNTY   Santa Cruz   COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)
Over 50

DATE MOST RECENT OR CONTINUING DISCRIMINATION
TOOK PLACE (month, day, and year)   March 1, 2007,   RESPONDENT CODE
approximately

THE PARTICULARS ARE:

On continuing viola-
tion since 2006    I was

| | |
|---|---|
| ___ fired | ___ denied employment |
| ___ laid off | ___ denied promotion |
| ___ demoted | ___ denied transfer |
| ___ harassed | X   denied accommodation |
| ___ genetic characteristics testing | ___ impermissible non-job-related inquiry |
| X   forced to quit | ___ other (specify) |

| |
|---|
| ___ denied family or medical leave |
| ___ denied pregnancy leave |
| ___ denied equal pay |
| ___ denied right to wear pants |
| ___ denied pregnancy accommodation |

by Dave Lawson, Mark Null, and Persons Unknown, Pro-Build Holdings, Inc.,
    Name of Person    Job Title (supervisor/manager/personnel director/etc.)   dba Lumbermens, Inc.,
                                                                               dba San Lorenzo Lumber

because of my:
| | |
|---|---|
| ___ sex | ___ national origin/ancestry |
| ___ age | ___ marital status |
| ___ religion | ___ sexual orientation |
| ___ race/color | ___ association |

| | |
|---|---|
| X   physical disability | ___ cancer |
| ___ mental disability | ___ genetic characteristic |
| ___ other (specify) | |

(Circle one) filing;
Protesting; participating in
investigation (retaliation for)

the reason given by Mark Null, Mgr., San Lorenzo Lumber. on River St., Santa Cruz,
California, on behalf of    Name of Person and Job Title
the owner of the company

Was because
of [please
state what
you believe to
be reason(s)]

Stated that they couldn't accommodate me with a stool, because
then they would have to give one to everyone at the sales counter,
which was untrue.  We kept talking but never did get a stool and
was forced to retire in April, 2007, approximately.

I wish to pursue this matter in court.  I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice.  I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so.  I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated August , 2007

At Sausalito, CA  94965
      City

COMPLAINANT'S SIGNATURE  AUGUST 17, 2007

**RECEIVED**

DATE FILED:  AUG 27 2007

DEPT. OF FAIR EMPLOYMENT AND
HOUSING SAN JOSE

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2570 North 1st Street, Suite 480, San Jose, CA 95131
(408) 325-0344  TTY (800) 700-2320  Fax (408) 325-0339
www.dfeh.ca.gov



August 31, 2007


STEPHEN A. FRASER
ATTORNEY AT LAW
LAW OFFICES OF STEPHEN A. FRASER
3030 BRIDGEWAY, STE. 127
SAUSALITO, CA 94965

RE:    E200708G0229-06-prc
       ELLIOTT/NULL, MARK, AS AN INDIVIDUAL

Dear STEPHEN A. FRASER:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective August 20, 2007 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless
the case is still open at the end of the three-year period.

Sincerely,

*Marlene Massetti*

Marlene Massetti
District Administrator


cc:    Case File


MARK NULL
AS AN INDIVIDUAL
LUMBERMENS dba LUMBERMENS BLDG. CENTER
235 RIVER STREET
SANTA CRUZ, CA  95060

**EMPLOYMENT**

COMPLAINT OF DISCRIMINATION UNDER    DFEH #   E-200708-G-0229-05-prc
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT                    DFEH USE ONLY

CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
Mr. Daniel J. Elliot                    TELEPHONE NUMBER (INCLUDE AREA CODE)
                                        1(831)423-2375
ADDRESS
833 Front Street, #347
CITY/STATE/ZIP                                          COUNTY           COUNTY CODE
Santa Cruz    CA  95060-4532    Santa Cruz             06 087

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE,
OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:
NAME
Dave Lawson, Asst.Manager, Lumbermens dba    TELEPHONE NUMBER (Include Area Code)
                                             (831)426-1020
ADDRESS      Lumbermens Building Center
235 River Street                                      DFEH USE ONLY
CITY/STATE/ZIP                                          COUNTY           COUNTY CODE
Santa Cruz, CA  95060              Santa Cruz
NO. OF EMPLOYEES/MEMBERS (If known)   DATE MOST RECENT OR CONTINUING DISCRIMINATION    RESPONDENT CODE
Over 50                              TOOK PLACE (month, day, and year) March 1, 2007,

THE PARTICULARS ARE:
On continuing viola-  I was                    approximately
tion since 2006
                  ___ fired              ___ denied employment        ___ denied family or medical leave
                  ___ laid off           ___ denied promotion         ___ denied pregnancy leave
                  ___ demoted            ___ denied transfer          ___ denied equal pay
                  ___ harassed           _X_ denied accommodation     ___ denied right to wear pants
                  ___ genetic characteristics testing  ___ impermissible non-job-related inquiry  ___ denied pregnancy accommodation
                  _X_ forced to quit     ___ other (specify)

by Dave Lawson, Mark Null, and Persons Unknown, Pro-Build Holdings, Inc.,
   Name of Person          Job Title (supervisor/manager/personnel director/etc.) dba Lumbermens, Inc.,
                                                                    dba San Lorenzo Lumber
because of my:     ___ sex          ___ national origin/ancestry    _X_ physical disability  ___ cancer            (Circle one) filing;
                  ___ age          ___ marital status              ___ mental disability    ___ genetic characteristic   Protesting; participating in
                  ___ religion     ___ sexual orientation                                                         investigation (retaliation for)
                  ___ race/color   ___ association          ___ other (specify)

the reason given by  Mark Null, Mgr., San Lorenzo Lumber. on River St., Santa Cruz,
California, on behalf of  Name of Person and Job Title
the owner of the company

Was because  Stated that they couldn't accommodate me with a stool, because
of [please
state what   then they would have to give one to everyone at the sales counter,
you believe to  which was untrue.  We kept talking but never did get a stool and
be reason(s)]  was forced to retire in April, 2007, approximately.

I wish to pursue this matter in court.  I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice.  I understand that if I
want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the
DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so.  I understand it is the Department of Fair
Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters
stated on my information and belief, and as to those matters I believe it to be true.

Dated August   , 2007

At  Sausalito, CA  94965                  RECEIVED
    City                                  COMPLAINANT'S SIGNATURE  August 19, 2007

                                          AUG 27 2007

DATE FILED:                  DEPT. OF FAIR EMPLOYMENT AND
DFEH-300-03 (01/05)          HOUSING SAN JOSE
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING                         STATE OF CALIFORNIA

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2570 North 1st Street, Suite 480, San Jose, CA 95131
(408) 325-0344 TTY (800) 700-2320 Fax (408) 325-0339
www.dfeh.ca.gov



August 31, 2007


STEPHEN A. FRASER
ATTORNEY AT LAW
LAW OFFICES OF STEPHEN A. FRASER
3030 BRIDGEWAY, STE. 127
SAUSALITO, CA 94965

RE:    E200708G0229-05-prc
       ELLIOTT/LAWSON, DAVE, AS AN INDIVIDUAL

Dear STEPHEN A. FRASER:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective August 20, 2007 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Marlene Massetti*

Marlene Massetti
District Administrator

cc:     Case File

LAWSON, DAVE
AS AN INDIVIDUAL
LUMBERMENS dba LUMBERMENS BLDG. CENTER
235 RIVER STREET
SANTA CRUZ, CA  95060

DFEH-200-43 (06/06)

# EMPLOYMENT

COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

DFEH # ___E-200708-G-0229-04-prc___

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
Mr. Daniel J. Elliot

TELEPHONE NUMBER (INCLUDE AREA CODE)
1(831) 423-2375

ADDRESS
833 Front Street, #347

CITY/STATE/ZIP   Santa Cruz   CA 95060-4532   Santa Cruz COUNTY   COUNTY CODE 06 087

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
Alex August, Asst. Manager, Lumbermens dba Lumbermens Building Center

TELEPHONE NUMBER (Include Area Code)
(831) 426-1020

ADDRESS
235 River Street

DFEH USE ONLY

CITY/STATE/ZIP   Santa Cruz, CA   95060   Santa Cruz COUNTY

COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)
Over 50

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) March 1, 2007, approximately

RESPONDENT CODE

THE PARTICULARS ARE:

On continuing viola-tion since 2006 I was

_____ fired
_____ laid off
_____ demoted
_____ harassed
_____ genetic characteristics testing
__X__ forced to quit

_____ denied employment
_____ denied promotion
_____ denied transfer
__X__ denied accommodation
_____ impermissible non-job-related inquiry
_____ other (specify)

_____ denied family or medical leave
_____ denied pregnancy leave
_____ denied equal pay
_____ denied right to wear pants
_____ denied pregnancy accommodation

by Dave Lawson, Mark Null, and Persons Unknown, Pro-Build Holdings, Inc.,
Name of Person        Job Title (supervisor/manager/personnel director/etc.) dba Lumbermens, Inc., dba San Lorenzo Lumber

because of my:
_____ sex
_____ age
_____ religion
_____ race/color
_____ national origin/ancestry
_____ marital status
_____ sexual orientation
_____ association
__X__ physical disability
_____ mental disability
_____ other (specify)
_____ cancer
_____ genetic characteristic

(Circle one) filing; Protesting; participating in investigation (retaliation for)

the reason given by Mark Null, Mgr., San Lorenzo Lumber. on River St., Santa Cruz, California, on behalf of   Name of Person and Job Title
the owner of the company

Was because of [please state what you believe to be reason(s)]   Stated that they couldn't accommodate me with a stool, because then they would have to give one to everyone at the sales counter, which was untrue.  We kept talking but never did get a stool and was forced to retire in April, 2007, approximately.

I wish to pursue this matter in court.  I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so.  I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated __August ___, 2007__

At __Sausalito, CA  94965__
         City

COMPLAINANT'S SIGNATURE

AUGUST L.

RECEIVED

DATE FILED:

AUG 27 2007

DEPT. OF FAIR EMPLOYMENT AND HOUSING SAN JOSE

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2570 North 1ˢᵗ Street, Suite 480, San Jose, CA 95131
(408) 325-0344 TTY (800) 700-2320 Fax (408) 325-0339
www.dfeh.ca.gov



August 31, 2007


STEPHEN A. FRASER
ATTORNEY AT LAW
LAW OFFICES OF STEPHEN A. FRASER
3030 BRIDGEWAY, STE. 127
SAUSALITO, CA 94965

RE:    E200708G0229-04-prc
       ELLIOTT/AUGUST, ALEX, AS AN INDIVIDUAL

Dear STEPHEN A. FRASER:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective August 20, 2007 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Marlene Massetti*

Marlene Massetti
District Administrator


cc:    Case File










AUGUST ALEX
AS AN INDIVIDUAL
LUMBERMENS dba LUMBERMENS BLDG. CENTER
235 RIVER STREET
SANTA CRUZ, CA  95060

# EMPLOYMENT

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH #   E-200708-G-0229-03-prc

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| Mr. Daniel J. Elliot | 1(831)423-2375 |

ADDRESS
833 Front Street, #347

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| Santa Cruz   CA   95060-4532   Santa Cruz | 06 | 087 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| Pro-Build Holdings, Inc. | (720)488-2884 |

ADDRESS
7595 Technology Way

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| Denver, CO   80237 | DENVER | |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) March 1, 2007, | RESPONDENT CODE |
|---|---|---|
| Over 50 | | |

THE PARTICULARS ARE:

On continuing viola-tion since 2006   I was     approximately

- [ ] fired
- [ ] laid off
- [ ] demoted
- [ ] harassed
- [ ] genetic characteristics testing
- [X] forced to quit

- [ ] denied employment
- [ ] denied promotion
- [ ] denied transfer
- [X] denied accommodation
- [ ] impermissible non-job-related inquiry
- [ ] other (specify)

- [ ] denied family or medical leave
- [ ] denied pregnancy leave
- [ ] denied equal pay
- [ ] denied right to wear pants
- [ ] denied pregnancy accommodation

by Dave Lawson, Mark Null, and Persons Unknown, Pro-Build Holdings, Inc.,
    Name of Person        Job Title (supervisor/manager/personnel director/etc.)   dba Lumbermens, Inc.,
                                                      dba San Lorenzo Lumber

because of my:
- [ ] sex
- [ ] age
- [ ] religion
- [ ] race/color
- [ ] national origin/ancestry
- [ ] marital status
- [ ] sexual orientation
- [ ] association
- [X] physical disability
- [ ] mental disability
- [ ] other (specify)
- [ ] cancer
- [ ] genetic characteristic

(Circle one) filing;
Protesting; participating in investigation (retaliation for)

the reason given by Mark Null, Mgr., San Lorenzo Lumber. on River St., Santa Cruz,
California, on behalf of    Name of Person and Job Title
the owner of the company

Was because   Stated that they couldn't accommodate me with a stool, because
of [please state what you believe to be reason(s)]   then they would have to give one to everyone at the sales counter, which was untrue. We kept talking but never did get a stool and was forced to retire in April, 2007, approximately.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure" or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated August   , 2007

At   Sausalito, CA   94965
          City

COMPLAINT'S SIGNATURE    August 19, 2007

RECEIVED

AUG 27 2007

DATE FILED:

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DEPT. OF FAIR EMPLOYMENT AND HOUSING SAN JOSE

STATE OF CALIFORNIA

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2570 North 1st Street, Suite 480, San Jose, CA 95131
(408) 325-0344 TTY (800) 700-2320 Fax (408) 325-0339
www.dfeh.ca.gov



August 31, 2007


STEPHEN A. FRASER
ATTORNEY AT LAW
LAW OFFICES OF STEPHEN A. FRASER
3030 BRIDGEWAY, STE. 127
SAUSALITO, CA 94965

RE:  E200708G0229-03-prc
     ELLIOTT/PRO-BUILD HOLDINGS, INC.

Dear STEPHEN A. FRASER:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective August 20, 2007 because an immediate right-to-sue notice was requested.  DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice.  According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint.  The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Marlene Massetti*

Marlene Massetti
District Administrator

cc:    Case File

HUMAN RESOURCES DIRECTOR
PRO-BUILD HOLDINGS, INC.
7595 TECHNOLOGY WAY
DENVER, CO  80237

DFEH-200-43 (06/06)

**EMPLOYMENT**

COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH # __E-200708-G-0229-02-prc__

DFEH USE ONLY

### CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
Mr. Daniel J. Elliot

TELEPHONE NUMBER (INCLUDE AREA CODE)
1(831)423-2375

ADDRESS
833 Front Street, #347

CITY/STATE/ZIP
Santa Cruz    CA  95060-4532    Santa Cruz  COUNTY

COUNTY CODE
06 087

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE,
OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
Lanoga Corporation

TELEPHONE NUMBER (Include Area Code)
(425)883-4125

ADDRESS
17946 NE 65th Street

DFEH USE ONLY

CITY/STATE/ZIP
Redmond, WA  98052

COUNTY
KING

COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)
Over 50

DATE MOST RECENT OR CONTINUING DISCRIMINATION
TOOK PLACE (month, day, and year)  March 1, 2007

RESPONDENT CODE

THE PARTICULARS ARE:

On continuing viola-
tion since 2006
I was   approximately

| | | |
|---|---|---|
| ___ fired | ___ denied employment | ___ denied family or medical leave |
| ___ laid off | ___ denied promotion | ___ denied pregnancy leave |
| ___ demoted | ___ denied transfer | ___ denied equal pay |
| ___ harassed | X denied accommodation | ___ denied right to wear pants |
| ___ genetic characteristics testing | ___ impermissible non-job-related inquiry | ___ denied pregnancy accommodation |
| X forced to quit | ___ other (specify) ___ | |

by Dave Lawson, Mark Null, and Persons Unknown, Pro-Build Holdings, Inc.,
Name of Person          Job Title (supervisor/manager/personnel director/etc.)   dba Lumbermens, Inc.,

because of my:

| | | | |
|---|---|---|---|
| ___ sex | ___ national origin/ancestry | X physical disability | ___ cancer |
| ___ age | ___ marital status | ___ mental disability | ___ genetic characteristic |
| ___ religion | ___ sexual orientation | | |
| ___ race/color | ___ association | ___ other (specify) ___ | |

dba San Lorenzo Lumber
(Circle one) filing;
Protesting; participating in
investigation (retaliation for)

the reason given by Mark Null, Mgr., San Lorenzo Lumber. on River St., Santa Cruz,
California, on behalf of  Name of Person and Job Title
the owner of the company

Was because  Stated that they couldn't accommodate me with a stool, because
of [please
state what
you believe to
be reason(s)]    then they would have to give one to everyone at the sales counter,
which was untrue.  We kept talking but never did get a stool and
was forced to retire in April, 2007, approximately.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I
want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the
DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair
Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters
stated on my information and belief, and as to those matters I believe it to be true.

Dated August  , 2007

At  Sausalito, CA  94965
        City

COMPLAINANT'S SIGNATURE  AUGUST 19, 2007

### RECEIVED

AUG 27 2007

DATE FILED:

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DEPT. OF FAIR EMPLOYMENT AND
HOUSING SAN JOSE

STATE OF CALIFORNIA

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2570 North 1st Street, Suite 480, San Jose, CA 95131
(408) 325-0344 TTY (800) 700-2320 Fax (408) 325-0339
www.dfeh.ca.gov



August 31, 2007


STEPHEN A. FRASER
ATTORNEY AT LAW
LAW OFFICES OF STEPHEN A. FRASER
3030 BRIDGEWAY, STE. 127
SAUSALITO, CA 94965


RE:   E200708G0229-02-prc
      ELLIOTT/LANOGA CORPORATION

Dear STEPHEN A. FRASER:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the
Department of Fair Employment and Housing (DFEH) has been closed effective
August 20, 2007 because an immediate right-to-sue notice was requested.  DFEH
will take no further action on the complaint.

This letter is also the Right-To-Sue Notice.  According to Government Code section
12965, subdivision (b), a civil action may be brought under the provisions of the
Fair Employment and Housing Act against the person, employer, labor organization
or employment agency named in the above-referenced complaint.  The civil action
must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment
Opportunity Commission (EEOC) must be visited to file a complaint within 30 days
of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged
discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Marlene Massetti*

Marlene Massetti
District Administrator

cc:    Case File

HUMAN RESOURCES REPRESENTATIVE
LANOGA CORPORATION
17946 NE 65TH STREET
REDMOND, WA  98052

DFEH-200-43 (06/06)

# EMPLOYMENT

COMPLAINT OF DISCRIMIN...ON UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH # E..J0708-G-0229-01-prc

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
Mr. Daniel J. Elliot

TELEPHONE NUMBER (INCLUDE AREA CODE)
1 (831) 423-2375

ADDRESS
833 Front Street, #347

CITY/STATE/ZIP
Santa Cruz     CA  95060-4532     Santa Cruz

COUNTY

COUNTY CODE
06 087

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
Lumbermens, Inc., which does business in California as San Lorenzo Lumber

TELEPHONE NUMBER (Include Area Code)

ADDRESS
3020 Willamette Drive, NE

DFEH USE ONLY

CITY/STATE/ZIP
Lacey, WA  98516

COUNTY
Thurston

COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)
Over 50

DATE MOST RECENT OR CONTINUING DISCRIMINATION
TOOK PLACE (month, day, and year) March 1, 2007,
approximately

RESPONDENT CODE

THE PARTICULARS ARE:
On continuing viola-tion since 2006    I was

____ fired
____ laid off
____ demoted
____ harassed
____ genetic characteristics testing
_X_ forced to quit

____ denied employment
____ denied promotion
____ denied transfer
_X_ denied accommodation
____ impermissible non-job-related inquiry
____ other (specify)

____ denied family or medical leave
____ denied pregnancy leave
____ denied equal pay
____ denied right to wear pants
____ denied pregnancy accommodation

by Dave Lawson, Mark Null, and Persons Unknown, Pro-Build Holdings, Inc.,
Name of Person                           Job Title (supervisor/manager/personnel director/etc.) dba Lumbermens, Inc.,
                                                              dba San Lorenzo Lumber

because of my:
____ sex
____ age
____ religion
____ race/color

____ national origin/ancestry
____ marital status
____ sexual orientation
____ association

_X_ physical disability
____ mental disability
____ other (specify)

____ cancer
____ genetic characteristic

(Circle one) filing;
Protesting; participating in
investigation (retaliation for)

the reason given by Mark Null, Mgr., San Lorenzo Lumber. on River St., Santa Cruz, California, on behalf of Name of Person and Job Title
the owner of the company

Was because [please state what you believe to be reason(s)]
Stated that they couldn't accommodate me with a stool, because then they would have to give one to everyone at the sales counter, which was untrue. We kept talking but never did get a stool and ... was forced to retire in April, 2007, approximately.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated August    , 2007

COMPLAINANT'S SIGNATURE

At Sausalito, CA  94965
City

RECEIVED

DATE FILED:     AUG 27 2007

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DEPT. OF FAIR EMPLOY....NT AND
HOUSING SAN JOSE

STATE OF CALIFORNIA

**DEPARTMENT OF FAIR EMPLU    ENT & HOUSING**
2570 North 1st Street, Suite 480, San Jose, CA 95131
(408) 325-0344  TTY (800) 700-2320  Fax (408) 325-0339
www.dfeh.ca.gov



August 31, 2007


STEPHEN A. FRASER
ATTORNEY AT LAW
LAW OFFICES OF STEPHEN A. FRASER
3030 BRIDGEWAY, STE. 127
SAUSALITO, CA 94965

RE:    E200708G0229-01-prc
       ELLIOTT/LUMBERMENS, INC., aka SAN LORENZO LUMBER

Dear STEPHEN A. FRASER:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective August 20, 2007 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Marlene Massetti*

Marlene Massetti
District Administrator

cc:    Case File

HUMAN RESOURCES REPRESENTATIVE
LUMBERMENS, INC., aka SAN LORENZO LUMBER
3020 WILLAMETTE DRIVE, NE
LACEY, WA  98516

# Exhibit B



# Employee Handbook

# TABLE OF CONTENTS

**INTRODUCTION**

Introduction to Our Handbook                                    4
Short History                                                  4
Lumbermens Ethics                                             4
Suggestions, Questions And Concerns                           5
Equal Employment Opportunity                                  5
A Word About Unions                                           5
Anti-Harassment Policy                                        6
Nondiscrimination Against and Accommodation Of                7
    Individuals With Disabilities

**EMPLOYMENT**

Introductory Period of Employment                             7
Employee Classifications                                      7
Your Personnel Record                                         8
Your Supervisor                                               8
Fitness for Duty                                              8
Attendance and Punctuality                                    8
Your Working Hours                                            8
Rest and Meal Period                                          9
Overtime                                                      9
Recording Work Hours                                          9
Your Paycheck                                                 9
Appraisal of Performance                                     10
Compensation Review                                          10
Advancement                                                  10
Training and Educational Assistance                          10
Employee Award Programs                                      10
Service Awards                                               10

**ABSENCE FROM WORK**

Holidays                                                     11
Vacations                                                    11
Sick Leave Pay                                               12
Personal Leave                                               12
Family Leave                                                 13
Bereavement Leave                                            13
Jury Duty Leave/Witness Leave                                13
Disability Leave                                             14
Military Leave                                               14
Emergency Leave                                              14
Layoff                                                       14

# TABLE OF CONTENTS

**INTRODUCTION**

Introduction to Our Handbook                                    4
Short History                                                  4
Lumbermens Ethics                                             4
Suggestions, Questions And Concerns                          5
Equal Employment Opportunity                                 5
A Word About Unions                                          5
Anti-Harassment Policy                                       6
Nondiscrimination Against and Accommodation Of               7
    Individuals With Disabilities

**EMPLOYMENT**

Introductory Period of Employment                            7
Employee Classifications                                     7
Your Personnel Record                                        8
Your Supervisor                                              8
Fitness for Duty                                             8
Attendance and Punctuality                                   8
Your Working Hours                                           8
Rest and Meal Period                                         9
Overtime                                                     9
Recording Work Hours                                         9
Your Paycheck                                                9
Appraisal of Performance                                     10
Compensation Review                                          10
Advancement                                                  10
Training and Educational Assistance                          10
Employee Award Programs                                      10
Service Awards                                               10

**ABSENCE FROM WORK**

Holidays                                                     11
Vacations                                                    11
Sick Leave Pay                                               12
Personal Leave                                               12
Family Leave                                                 13
Bereavement Leave                                            13
Jury Duty Leave/Witness Leave                                13
Disability Leave                                             14
Military Leave                                               14
Emergency Leave                                              14
Layoff                                                       14

02/10/04

I

# BENEFITS

Medical and Dental Insurance 15
Life/Accidental Death and Dismemberment Insurance 15
Long-Term Disability Insurance 15
Flexible Spending Accounts 15
Retirement 401k Plan 16
Workers' Compensation Insurance 16
Social Security 16
Unemployment Compensation 16

## PERSONNEL POLICIES AND PRACTICES

Appearance 16
Credit Union 16
Employee Purchases 17
Customer Relations 17
Customers are our Bosses 18 & 19
Effective Telephone Techniques 20 & 21
Telephone and Fax Use 21
Personal Telephone or Fax Use 21
Cellular Phone Confidentiality 21
Email and Internet Policy 22
Electronic Data Policy 22
Computer Security 22
Outside Employment 23
Employment of Relatives 23
Confidential Information 23
Safety Equipment and Gloves 23
Safety and Health 23
Safety Policies & Practices 24 - 36
Loss Prevention 36
Weapons Policy 36
Tobacco Usage 36
Housekeeping 37
Solicitation and Distribution 37
Off Duty Access 37
Removing Company Property From Premises 37
Company Vehicles 37
Parking 38
Guidelines for Appropriate Conduct 37
A Drug and Alcohol Free Workplace 39 - 41
Gifts and Gratuities 41
Social Activities 41
Civic Activities 42
Disaster Planning Dealing With The Media 42
If You Must Leave Us 42
A Few Closing Words 42
Receipt of Employee Handbook 43
Email and Internet Policy Acknowledgement 43
Drug and Alcohol Free Workplace Acknowledgement 43

# Welcome to Lumbermens Team

As you begin your job on the Lumbermens team, let me extend to you a warm and sincere welcome. You are a part of an outstanding and financially strong company, a leader and innovator in the industry.

Our growth and success are a result of our desire and your commitment to serve our customers' needs.

## THE LUMBERMENS DIFFERENCE: CUSTOMER SERVICE

Many companies promote customer service, but few actually meet their customers' expectations. We believe that customer service is the hallmark of Lumbermens. Our customer service sets us apart from the competition. When customers shop for building materials, they have many stores to choose from. Why do they come to Lumbermens? It is not always price and we are not always on their way home. Customers keep coming back to Lumbermens because of customer service; because of you.

As a company, we spend substantial time and energy in creating a positive image in the minds of our customers. Our employees are committed to quality customer service. The net result of this effort is that we are the store of choice for building materials because we have successfully differentiated ourselves from the competition in the most important area – we provide exceptional customer service. Lumbermens is looking to our employees to ensure that our advertised promise of quality customer is met.

That Lumbermens brand of customer service is built around a positive attitude. We recognize that our business is technical and it is difficult for new employees to be completely versed about the features, advantages and benefits of the products we sell. We offer frequent product knowledge training programs and encourage all employees to participate in order to develop their professional selling skills.

We also understand that each and every business day presents situations which challenge our abilities to provide the service our customers expect. However, your genuine willingness to help the customer with a smile on your face will overcome any situation. New and old customers alike will become loyal supporters of Lumbermens and will turn to you for the solutions to their building material problems.

This entire cycle begins and ends with you. Our success as a company is directly linked to the seemingly insignificant details of saying "Good morning. What project are you working on today? And Thank you for shopping at Lumbermens." Our customers don't care how much you know, but they want to know how much you care.

You are an important part of this company. It is through our combined hard work, good ideas, and dedication to teamwork that we achieve success. I encourage you to strive to do your best. By working together as a team, I am confident that the future will be both productive and prosperous for all of us.

At Lumbermens, we have been building solutions for our customers for more than a century. We stand behind the products we sell. We are very proud of our entire team who have earned the reputation of being #1 in customer service in the Northwest.

Take pride in the fact that you make a difference. You are now a Lumbermens customer service representative.

Welcome to the TEAM,


M. David Dittmer
President


02/10/04

You may have questions about your job duties, your benefits and the general operation of our company. We have prepared this handbook as a guideline to assist you in finding the answers to questions that you may have. Every effort has been made to make this handbook as comprehensive as possible. However, it cannot answer all questions or anticipate every situation.

Neither the policies contained in this employee handbook, nor any other written or verbal communication by a manager, are intended to create a contract of employment or warranty of benefits.

Our company adheres to the policy of employment-at-will, which permits the company or the employee to terminate the employment relationship at any time, with or without cause or notice, for any reason.

In order to retain necessary flexibility in the administration of policies and procedures, the company reserves the right to: modify, rescind, delete or add to the provisions of this handbook from time to time, at its sole discretion.

Please read it carefully and keep it for future reference.

## Short History

Lumbermens roots go back to 1895 when Simpson Timber Company opened a store called Lumbermens Mercantile for its employees at their mill in Shelton, Washington. Over the next seventy years, the store in Shelton flourished with the growth of the area. In 1965 Robert Slettedahl purchased the store from Simpson Timber Company and transformed Lumbermens into a complete building material center.

Lumbermens has grown steadily in recent years and has become one of the largest building material suppliers in the Northwest. Our products and services are used by retail consumers, building contractors, and commercial/industrial users throughout Washington, Oregon, Idaho, Arizona and California. In addition to typical building material centers, Lumbermens operates a network of truss and millwork manufacturing facilities, distribution centers, a shell home construction division and a Pro Services division.

Lumbermens is a part of the Lanoga Corporation based in Redmond, WA. Lanoga is a privately held company, which owns and operates four other divisions: Spenard Builders Supply, in Alaska, United Building Centers in the Midwest, Home Lumber in Colorado and Dixieline in San Diego, California. We have much in common with our sister divisions and interface closely at various levels.

Our heritage is in the strength of the people who were before us. Men and women whose energies and enthusiasm built a company whose roots provided the foundation for the future. It is our responsibility to continue to move Lumbermens forward with the same dedication to excellence as our forefathers.

## Lumbermens Ethics

Lumbermens is proud of its reputation for total honesty and fairness in all business matters. Each Lumbermens employee shares in an obligation to maintain this reputation in all relationships with customers, vendors, competitors, and other business contacts. All employees are hired and compensated by Lumbermens to perform assigned work in a conscientious manner.

We expect all of our employees to act (a) in accordance with the law, (b) with complete regard for Lumbermens rights, interests, and ethical responsibilities, (c) to protect their own good reputation and also that of the company, and (d) to carefully avoid any dealings or situations in which the employee's own interests conflict or might be thought of as conflicting with the interests of Lumbermens.

When in doubt about any ethical concerns, the best approach is to discuss the situation with your supervisor or Human Resources Manager.

Lumbermens recognizes the rights of all employees to engage in activities outside the company which (a) are legal, (b) do not interfere with the performance of assigned tasks, (c) do not involve misuse of Lumbermens influence or assets, and (d) do not involve risk to Lumbermens reputation.

We encourage your suggestions, which are intended to improve our operations and procedures. Should you have a suggestion, give it in writing to your supervisor or forward your suggestion to the Division Headquarters. A suggestion made and implemented which increases profits, will go into your personnel file and becomes part of your record. It may also result in special recognition from the company.

If you have a problem or a question, you should discuss the situation with your immediate supervisor. You and your supervisor work closely on a day-to-day basis and our experience has shown that most problems can be solved at this level. We encourage you to speak honestly and openly with your supervisor.

If you feel that your problems have not been dealt with fully, or if for some reason you do not wish to discuss your concern with your supervisor, meet with the next higher level of management. He or she will review your problem and discuss possible resolutions. Finally, if you still feel the matter is not resolved satisfactorily, you may speak to a company officer at Division Headquarters.

We are anxious to hear from you. You will find that every management person in the company is willing to listen to your suggestions, questions and concerns.

## Equal Employment Opportunity

Lumbermens is an equal opportunity employer. Employees and applicants for employment will not be discriminated against on the basis of race, color, religion, sex, national origin, age, marital status, pregnancy, disability or any other basis prohibited by local, state, or federal laws. In addition, Lumbermens complies with applicable state and local laws governing nondiscrimination of employment in every city in which Lumbermens has facilities. This policy applies to all terms and conditions of employment, including but not limited to, recruitment, hiring, placement, promotion, classifying, termination, layoff, recall, transfer, leaves of absence, compensation, policies, and is dedicated to fair and impartial employment practices.

In addition to the above, sexual orientation, medical condition (cancer), pregnancy, childbirth, or related medical condition, political activity and ancestry are protected classes in California. It is also an unlawful business practice for an employer to refuse to permit an employee to wear pants on account of the sex of the employee.

Our goal is to maintain a satisfied and productive team of employees. We firmly believe that every person has the right to be treated with dignity and respect. We believe that the key to having a happy, satisfied and productive work force is effective leadership by supervisors and fair and nondiscriminatory personnel policies.

## A Word About Unions

At Lumbermens, every member of the management team is committed to our philosophy of impartial treatment of employees at all times. You are always free to speak to your supervisor or any member of the management team. We encourage you to raise and get answers to any questions that may be on your mind. Every employee is treated as an individual and as an important participant in the operation of our company. We hope to maintain this open and longstanding relationship.

Lumbermens strongly believes that individual consideration in the employee-supervisor relationship provides the best climate for our maximum development, team work and the attainment of our goals. We do not believe union representation contributes to achieving these ends. We enthusiastically accept our responsibility to provide you with good working conditions, good wages and benefits, and the personal respect that is rightfully yours. All this is a part of your job with Lumbermens and need not be "purchased" from an outside third party.

At Lumbermens, you have the opportunity to express your suggestions, questions, and concerns to us directly so that we can understand each other better. We can continue this long-standing policy without a union. We will continue to listen to your concerns and to do our best to give you responsible replies.

02/10/04

5

Lumbermens is committed to providing a workplace which is free of verbal, physical, visual forms of harassment, so that everyone can work in a productive, respectful and professional environment. Harassment in employment based on sex, race, national origin, religion, age, disability, color, marital status or any other basis prohibited by local, state or federal law is strictly prohibited. Employees who violate this policy are subject to discipline, up to and including possible termination.

In addition to the above, sexual orientation, medical condition (cancer), pregnancy, childbirth or related medical condition, political activity and ancestry are protected classes in California.

Examples of harassment based on race, national origin, religion, age, disability, color or marital status can include, but are not limited to:

♦ Cartoons or other visual displays of objects, pictures or posters that depict such protected groups in a derogatory way;
♦ Verbal conduct, including making or using derogatory comments, epithets, slurs and jokes towards such groups.

Sexual harassment is generally defined as unwelcome sexual advances, request for sexual favors, or other visual, verbal or physical conduct of sexual nature. Sexual harassment includes harassment based on another person's gender or harassment based upon pregnancy, childbirth, or related medical conditions. It also includes harassment of another employee of the same gender as the harasser.

Examples of sexual harassment include, but are not limited to, the following types of behavior:

♦ Unwelcome sexual advances, like requests for dates or propositions for sexual favors;
♦ Offering or conditioning and employment benefit, like a raise, a promotion or a special job assignment, in exchange for sexual favors;
♦ Making or threatening reprisals after an employee has turned down a sexual advance;
♦ Visual conduct, like leering, making sexual gestures, or displaying sexually suggestive objects, pictures, cartoons or posters;
♦ Verbal conduct, like making or using derogatory comments, epithets, slurs or jokes of a sexual nature;
♦ Other verbal abuse of a sexual nature, like graphic verbal commentaries about an individual's sex life or body, sexually degrading words used to describe an individual, or suggestive or obscene letters, notes or invitations; and
♦ Unwelcome physical contact, including pats, hugs, touching, assault, or impeding or blocking movements. This policy is also violated if an employee is fired, denied a job, or denied some other employment benefit because the employee refused to grant favors, complained about harassment, or assisted in an investigation of harassment.

Lumbermens is committed to taking reasonable steps to prevent harassment from occurring and will take immediate and appropriate action when we know that unlawful harassment has occurred. To do this, however, we need the cooperation of all employees. Employees should never tolerate inappropriate behavior. They should make their feelings known to the offending person. But if they are not comfortable doing this, then they must promptly report any offending behavior, whether such behavior is directed towards them personally or to other employees of the company, to any supervisor, manager or the Human Resources Manager at DHQ.

Any employee who believes that he or she, or a coworker, has been harassed by another coworker, a supervisor, or by anyone else with whom an employee comes in contact in the workplace (e.g. salesperson's, vendors, clients or customers) must promptly report such incidents and the names of the individuals involved to any supervisor, manager, or to the Human Resources Manager at DHQ. Lumbermens will promptly and thoroughly investigate all claims of harassment. Persons with relevant information will be interviewed. After the investigation is completed, the company will share its findings with the complaining employee, the alleged harasser, and if appropriate other employees directly concerned with the incident.

If Lumbermens concludes that unlawful harassment occurred, prompt and effective remedial action will be taken. This may include discipline of the harasser and other actions to remedy the effects of the harassment and prevent further harassment. No actions will be taken against any employee who in good faith files a complaint of harassment or assists in the investigation of such a complaint. Employees who believe they have been retaliated against for having reported harassment or participating in the investigation of a harassment complaint are urged to promptly notify their supervisor, manager or the Human Resources Manager at DHQ.

Lumbermens complies with the Americans With Disabilities Act and applicable state and local laws providing for nondiscrimination in employment against qualified individuals with disabilities. Lumbermens provides reasonable accommodation for such individuals in accordance with these laws. Lumbermens will provide reasonable accommodation to qualified applicants and employees, except where such an accommodation would create an undue hardship on the operation of the business. Qualified individuals with disabilities may make requests for reasonable accommodation to the manager.

## Introductory Period of Employment

The first 60 days of your active employment is an introductory period. During this period, your supervisor will orient you to your job and to Lumbermens. He or she will give you the necessary forms to fill out, explain procedures and provide further orientation and training. Your performance and potential are carefully evaluated during the introductory period to determine whether your skills, qualifications and work habits are best suited to your work assignments. In some cases, the introductory period may be extended for an additional 30 days.

## Employee Classifications

### Introductory Employees
All employees, during the first 60 days of employment.

### Regular Full-Time Employees
Employees who have successfully completed the introductory period and are regularly scheduled to work 32 hours or more per week on a continuous basis. Employees classified as regular full-time employees are eligible for employee benefits, including retirement, group insurance, paid holidays, vacations, and sick leave.

### Regular Part-Time Employees
Employees who have successfully completed the introductory period and are regularly scheduled to work 31 hours or less per week on a continuous basis. Employees classified as regular part-time employees are eligible for 4 hours pay per Holiday (see Holiday schedule) as long as they work at least 20 hours per week, and may be eligible to participate in the retirement 401k plan if they work in excess of 1000 hours in a year. (See Retirement 401k Plan section).

### Temporary Employees
Employees who are hired for a specified period of time not intended to exceed 6 continuous months. Temporary employees are not eligible for employee benefits.

### Non-Exempt Employees
Employees who are covered by the overtime provisions of the Federal Fair Labor Standards Act or applicable state wage/hour laws. Non-exempt employees are entitled to overtime pay for hours worked in excess of 8 hours per day and 40 physical hours in the workweek. (See additional information under the overtime heading)

### Exempt Employees
Employees who are classified by the company as exempt from the overtime provision of the Federal Fair Labor Standards Act and any applicable state wage/hour laws. These include managerial, professional, outside sales, and supervisory employees.

02/10/04

Lumbermens is responsible for maintaining current and accurate records concerning your employment. It is important that your personnel record is accurate and up-to-date so you can continue to receive uninterrupted benefits. This information is also necessary to determine the amount of deductions for federal and state income tax. You should notify the company of any change in your name, address, telephone number, marital status, number of dependents, insurance coverage or beneficiary, tax withholding information and emergency contact telephone number. Your personnel file is available for your review. Contact the Human Resource Manager at Division Headquarters to make an appointment.

## Your Supervisor

Your supervisor is a vital part of our management team. He or she is directly responsible for planning the work schedule, ensuring the quality of your work and providing you with whatever assistance you may need. Your supervisor will arrange your job instruction, introduce you to your fellow employees, and review your work performance.

An important part of your supervisor's responsibility is to answer questions, listen to your problems and take action where appropriate. Your supervisor is there, not only to supervise you, but to make your concerns known to the appropriate level of management. Give your supervisor your cooperation. Feel free to discuss any matter with him or her. If your supervisor does not have an answer to your question, he or she will do their best to get the answer for you.

## Fitness for Duty

All employees will arrive at work ready and able to perform their job functions. Employees who are unable to perform their job functions due to an injury or illness may be accommodated with temporary duties or another form of reasonable accommodation.

## Attendance and Punctuality

The success of Lumbermens depends upon the cooperation and commitment of each member of our team. Therefore, your attendance and punctuality are extremely important. Your fellow employees bear the burden of your absence. Your responsibility to our company and your fellow employees requires good attendance. Please report to work on time. This means that you should be at your work place and ready to work at your starting time. If you must be tardy, call your supervisor to let him or her know that you will be late.

We recognize that there may be times when your absence or tardiness cannot be avoided. In such cases, you are expected to notify your supervisor as early as possible, preferably at least 1 hour before your regular starting time.

If you know of a future need to be absent, advise your supervisor as soon as possible to obtain his or her approval. This will allow your supervisor ample time to make the necessary changes to the work schedule.

Excessive absenteeism or tardiness or unexcused absences may result in disciplinary action up to and including termination. If you fail to report to work for 2 consecutive days without notifying your supervisor, you will be considered to have voluntarily resigned from the company.

## Your Working Hours

Lumbermens establishes business hours and scheduled shifts to best meet the needs of our customers. The exact hours and days of your workweek may vary, depending on the requirements of your department. Your supervisor will notify you of your hours of work. Due to the nature of our business, you may be required to work on a rotating basis and it may be necessary to change your hours of work from time to time. Your cooperation is both expected and appreciated. We will endeavor to give you as much advance notice as possible and everything will be done to keep unscheduled changes to a minimum.

If it becomes necessary for you to change your scheduled days off, these changes must be arranged with and approved in advance by your supervisor.

02/10/04

8

Lumbermens provides you with rest periods during the workday according to applicable laws. Unpaid meal periods of at least 30 minutes are provided for employees who work a shift in excess of 5 hours. Lumbermens pays for a 10 minute break for each 4 hours you work. If you are unable to take your break at the appropriate time you may not add the time onto your lunch break, another break, or leave early. It is important that employees take their lunch period and rest breaks on a daily basis.

## Overtime

At times it may be necessary for employees to work overtime. Your supervisor will notify you whenever overtime is necessary. We expect and will appreciate your cooperation. Every effort will be made to provide you with advance notice of any overtime that will be required of you.

Non-exempt hourly employees will be paid for overtime as follows:

Time and a half for hours worked in excess of 8 (but not more than 12) in a day.
Time and a half for hours worked in excess of 40 hours in a week.
Double time for hours worked in excess of 12 in a day.
Time and a half for the first 8 hours worked on any 7th day in a workweek.
Double time for hours over 8 worked on any 7th day in a workweek.

Only actual physically worked hours count toward computing overtime.

Please remember that you are not allowed to work overtime unless it has been authorized by your supervisor. Exempt employees are not entitled to overtime pay.

## Recording Work Hours

Accurately recording time worked is the responsibility and requirement of every employee. Federal and state laws require Lumbermens to keep an accurate record of time worked in order to calculate your pay and benefits. To ensure that accurate records are kept of the hours you actually work and to ensure that you are paid properly, you will be required to record your time worked and your absences on your time card. It is your responsibility to sign your time card to certify the accuracy of all time recorded. You are to punch in/out or record starting and ending shifts, breaking for lunch and leaving the premises for non-business reasons. After reviewing the form and resolving any discrepancies, your supervisor will approve and forward it to the Payroll Department at Division Headquarters for processing. Please ensure that your actual hours worked are recorded accurately. Falsification of your time card or that of another employee is grounds for disciplinary action up to and including termination.

## Your Paycheck

Paychecks are distributed every other Friday. If you are absent, you may make other arrangements to get your paycheck. Your payroll stub itemizes the deductions made from your gross earnings. Federal and state laws requires we make deductions for Social Security, Federal Income Tax, State Income Tax and any other legally mandated taxes and deductions. There may be other deductions for which you have provided written authorization. In order to make sure your deductions are correctly made and updated, be certain to advise the Payroll Department at Division Headquarters of any change on your W-4 form relating to your withholding status. Any questions that you may have about your paycheck should be addressed to your supervisor or the Payroll Department at Division Headquarters. Please review your paycheck for errors. If you find a mistake, report it to your supervisor immediately. In the event that your paycheck is lost or stolen, please notify your supervisor immediately. Your compensation is strictly confidential and should not be discussed with other employees.

Lumbermens makes direct deposit available to all employees. If you would like to have your paycheck deposited directly to your bank account or accounts, please see the office person at your branch or call the Payroll Department at Division Headquarters for the necessary form.

Your supervisor will do an Appraisal of Performance for you on an annual basis. The Appraisal of Performance is to review areas that need improvement, goals for the upcoming year and plans for future development. The growth and development of each employee are crucial to the success of Lumbermens. The Appraisal of Performance is a developmental tool that provides you and your supervisor with valuable information. A company "Appraisal of Performance" form is completed and retained in your personnel file. This system does not replace the need for daily, two-way communications between you and your supervisor. It does, however, provide the opportunity of a formal review and a record of your performance.

**Compensation Review**

Lumbermens believes in a pay for performance system. Each employee's performance is reviewed annually. Pay adjustments may be made at that time, based upon the annual performance of the employee. The key to pay increases is an ability to maintain a high standard of performance as demonstrated by day-to-day actions.

You are an important Lumbermens employee and how well you perform your job impacts not only your progress but also the success of the company in total. Our goal is to recognize and reward individual excellence and sustained positive performance. We feel the best way to accomplish this is through our pay for performance system.

**Advancement**

At Lumbermens, we believe that everyone should have the opportunity to increase their knowledge, skills, responsibility and earnings. We would like to see you improve and we encourage you to do so. Check with your supervisor to see what training and educational opportunities are available to you.

Your progress in our company is based on individual merit. In selecting employees for advancement, we will consider your overall job qualifications. Some attributes taken into consideration are your present accomplishments, training, experience, specific abilities, attendance, disciplinary record and your ability to accept future responsibilities. We strive to promote the most capable and experienced individual, based on demonstrated ability to assume greater responsibility.

Your supervisor is very interested in helping you qualify for a more responsible position. Feel free to discuss the various ways you can prepare yourself for advancement. Promotional opportunities will continue to be available as our company grows.

**Training and Educational Assistance**

After one year of employment, Lumbermens will provide financial aid to regular part-time and full-time employees who enroll in and successfully complete approved courses of study. Before starting a course, an application form must be completed and approved by your branch manager and the Human Resources Manager. The necessary form can be requested for the Human Resources Department. Reimbursement is 80% of the cost of registration fees, text books, and tuition for each course up to a maximum of $500 per calendar year. Management may limit the total amount budgeted each year for educational assistance. Reimbursement will be made upon completion of the course with a passing grade.

Lumbermens supports employee development through various training programs. We believe that, regardless of previous education and experience, everyone can learn new skills which help achieve their full potential. Please feel free to discuss in-company training or outside educational opportunities with your supervisor.

**Employee Award Programs**

Lumbermens is committed to recognizing outstanding employee achievement. We have a variety of employee award programs. These programs recognize employees who provide outstanding customer service, actively support the Lumbermens team, strive for better job performance, and are safety oriented. The presentations for these awards are made periodically during the year by management based on individual award criteria.

**Service Awards**

We are very proud of the many employees who have long periods of service with our company. To give special recognition, service awards are presented after every five years of full-time or part-time continuous service.

The following are paid holidays for regular full-time and regular part-time employees who have completed the sixty day introductory period.

| | | | |
|---|---|---|---|
| New Year's Day | Independence Day | Thanksgiving Day | Christmas Eve Day |
| Memorial Day | Labor Day | Christmas Day | |

Full-time employees will be paid for 8 hours holiday pay. Part-time employees will be paid for 4 hours holiday pay as long as they are working an average of 20 hours per week. An employee must work scheduled days before the Holiday and scheduled days after the holiday to be eligible for the holiday pay.

An employee will not receive holiday pay if laid off for lack of work or on an unpaid leave of absence.

If a holiday falls on an employee's day off, your supervisor has the option of scheduling an additional day off during that work week, or, if this is not possible, paying the employee for the holiday plus the hours worked during the work week in which the holiday falls. Non-exempt employees working on a holiday will receive regular pay plus regular pay for the hours worked.

## Vacations

Lumbermens recognizes the importance of uninterrupted periods of rest and relaxation for our employees. We provide vacations with pay for regular full-time employees as follows:

| Years of continuous Full-time service | Vacation hours earned per year |
|---|---|
| $1^{st} - 7^{th}$ | 80 hours |
| $8^{th} - 14^{th}$ | 120 hours |
| 15th and beyond | 160 hours |

The 1st year vacation allowance accrues on an employee's first anniversary date of full-time employment. One-half of an employee's annual vacation allowance accrues every 6 months, thereafter. Vacation time in excess of the maximum accrual is forfeited without notice. With management's written approval, an employee's vacation may be carried over to the next year. In no event will the amount of accrual be more than twice the annual accrual. Upon termination of employment an employee will be paid for all accrued, unused vacation time.

Whenever possible, vacations will be granted at the times desired. Conflicts in requests for vacation time will be resolved by management according to the company's need to maintain adequate branch or office staffing. An employee may not work and receive extra pay in lieu of taking a vacation.

Lumbermens recognizes that inability to work because of illness or injury may cause economic hardship. Lumbermens also recognizes that employees may require time off to secure necessary treatment for disabilities. For these reasons, Lumbermens provides sick days to regular full-time employees.

Regular full-time employees earn one hour of paid sick leave for each week of continuous service starting after the 60 day introductory period. For the purpose of determining continuous service, unpaid time off from work will not be counted. Sick leave may only be used on the employee's scheduled workday for an employee illness or injury, the illness of a dependent child, or to care for a spouse with a life threatening illness.

Sick leave will be paid at the employee's regular straight time hourly wage rate. Any industrial insurance benefit payments received during sick leave will be deducted from the employee's sick pay.

Payment of sick leave benefits is further conditioned upon the employee notifying the employer of the employee's absence prior to the scheduled work period except where medical emergency precludes notice. Failure to give the required notice may result in no payment of sick leave benefits.

The employee shall be required to provide certification of illness (for themselves or their spouse or child, if applicable) or a written release to return to work from a qualified health care provider whenever requested by the employer.

Any employee found to have abused sick leave privileges by falsification or misrepresentation shall be subject to disciplinary action, including but not limited to reduction or elimination of sick leave benefits, repayment to Lumbermens for any amounts paid to the employee during such periods of absence or termination of employment.

Part-time and temporary employees are not eligible for paid sick leave. Sick leave may not be used for personal business, vacation time, or converted to cash upon termination of employment.

Sick leave may accumulate up to 65 working days. This accrual of time is intended to bridge the 90 calendar day waiting period under Lumbermens long term disability plan. If your status is changed from full-time to part-time your sick leave balance will be cleared to a (O) balance.

## Personal Leave

An unpaid personal leave of absence for a specified period of time up to 90 days may be granted, at the company's discretion, to a regular full-time or regular part-time employee who has completed at least 1 year of continuous employment. Requests for a personal leave of absence must be presented to your manager at least 30 days in advance, whenever possible. Your request will be considered on the basis of our staffing requirements, the reason for the leave, as well as your performance and attendance record.

Your medical and dental insurance coverage will continue until the end of the month in which you take your leave. If you are not able to come back to work within 30 days you will be sent paperwork offering you COBRA insurance. COBRA insurance is the continuation insurance coverage, which you may buy for up to 18 months. You will be responsible for the full insurance premium. Contact the Human Resource Department for the applicable amount.

Vacation and sick leave will not accrue while on personal leave, nor are you eligible for holiday pay. Service vesting for vacation will resume upon return from the leave. You should notify your supervisor when you are ready to return to work. This notification should be made at least 2 weeks before the expiration of your leave. Your supervisor will notify you if an opening exists. The company cannot guarantee re-employment.

Failure to advise the company of your availability to work, applying for unemployment benefits, obtaining another position, engaging in another business, or failure to return to work when notified by the company will be deemed a voluntary resignation.

Employees who have at least 12 months of continuous employment and have worked 1,250 hours over the previous 12 months are eligible for Family Leave in accordance with Federal Family Leave Laws. This leave will provide a maximum of 12 workweeks of unpaid leave during a 12 month period. Lumbermens will grant an eligible employee a family leave because of (a) the birth of a child or the placement of a child for adoption, or foster care with the employee (b) the employee is needed to care for a family member (spouse, child or parent) with a serious health condition, or (c) in the event of an employee's own serious health condition. You will be required to provide appropriate medical certification in the event of your own serious health condition or that of a family member.

Request for family leave must be presented to your manager at least 30 days in advance, whenever possible. Have your manager notify the Human Resources Manager at DHQ, who will then send you the forms.

Any accrued vacation and sick leave may be applied to the time off the job. Sick leave may only be used for an employee illness, the illness of a dependent child or a spouse with a life threatening illness. Vacation and sick leave will not accrue while on the leave, nor will you be eligible for holiday pay. Service vesting for vacation will resume upon return from the leave. All group health benefits will continue during the leave provided you continue paying the employee insurance premium. Contact the Human Resources Department to make payment arrangements.

Failure to advise the company of your availability for work when it occurs, or failure to return to work when the leave expires will be deemed a voluntary resignation. The company will make every attempt to reinstate you to your former position, if available, or an equivalent position with equivalent benefits and pay. Exceptions to this provision may apply if business circumstances have changed.

## Bereavement Leave

When there is a death in your immediate family (spouse, children, parents, brothers, sisters, grandparents, grandchildren, father-in-law, mother-in-law, brother-in-law, sister-in-law, step-children, step-parent, step-brother, or step-sister), a regular full-time employee will be allowed up to three days off with pay for the loss of time during regular scheduled working days. The funeral must take place during the three days the employee has taken off and the employee must attend. Additional time off may be taken as vacation or as an unpaid personal leave upon approval of the manager.

## Jury Duty Leave/Witness Leave

We believe it is your civic duty to serve on a jury if called. For this reason, you will be granted a temporary leave of absence if you are called for jury duty. This time off will be unpaid.

You must present your jury summons to your manager as soon as you receive it. You are expected to report for work during hours or days that your presence is not required in court.

Employees who are subpoenaed to serve as a witness in a criminal or civil proceeding will be given the necessary time off. This excused time off will be unpaid. Lumbermens will not discriminate against any employee who is requested to serve as a witness.

Employees who have been victims of a violent crime may take time off to appear in court to comply with a subpoena or other court order as a witness in any judicial proceeding. An employee of a violent crime may also take time off to obtain or attempt to obtain any relief, including, but not limited to, a temporary restraining order, restraining order or other injunctive relief, to help ensure the health, safety, or welfare of the victim or his/her child. The time off will be unpaid.

Exempt employees may be provided time off with pay when necessary to comply with State and Federal wage and hour laws.

If you are a regular full-time or regular part-time employee, you will be eligible for an unpaid disability leave of absence due to illness, injury or maternity. The leave of absence will be for the period of disability.

All requests for a disability leave of absence (or extensions) must be made in writing to your manager for approval. The request must include a doctor's certificate stating the nature of your injury and the estimated period of disability.

The company will maintain health insurance coverage during the certified disability leave of absence, up to 90 days. You are responsible for paying the employee insurance premium while on the disability leave of absence. After the 90 day period you will be sent a letter and application offering you the COBRA insurance. The COBRA insurance is a continuation of the insurance that you already have, you are just responsible for paying the full premium.

The company maintains an active back-to-work program for all employees. When you are able to return to work, you should give the company at least 2 weeks notice. If reinstated, a doctor's certificate stating that you are physically able to return to your normal duties or light duty work will be required. The company will make every attempt to reinstate you to your former position, if available, or an equivalent position with equivalent employment benefits and pay. Exceptions to this provision may apply if business circumstances have changed.

Failure to notify the company of your availability for work when it occurs, failure to return to work when the leave expires, or failure to provide a doctor's certification of your ability to return to work will be deemed a voluntary resignation.

Any accrued vacation and sick leave may be applied to time off the job in conjunction with the disability leave of absence. You are not eligible for holiday pay during a disability leave of absence. Vacation and sick leave do not accrue during the leave of absence, however, service vesting for vacation will be retained upon return from the leave.

## Military Leave

A leave of absence up to 2 weeks will be granted to a regular full-time employee to attend required annual or periodic reserve training events in the U.S. Armed Forces or National Guard. The company will pay the difference between regular wages and military pay. At the employee's option, a military leave may be taken in addition to a paid vacation.

When a regular full-time employee enters active duty in the U.S. Armed Forces or National Guard, he or she will be granted a leave of absence without pay. Upon discharge, the individual will have reemployment rights in accordance with applicable laws.

## Emergency Leave

Employees who are volunteer firefighters, reserve peace officer, or emergency rescue personnel will be given the necessary time off to respond to an emergency situation. This time off will be unpaid.

Employees must provide a written statement from their supervisor (fire, peace officer or emergency rescue) stating that the absence was due to an emergency.

## Layoff

An employee, who has been laid off due to lack of work, will be placed on a layoff status. If the company is unable to recall the employee to work within 3 months, he or she will be terminated. The employee is still responsible for paying the employee portion of the medical insurance premium while on layoff status. While on layoff status, an employee will not earn vacation or sick leave.

## Medical and Dental Insurance

Lumbermens has a comprehensive medical and dental insurance plan for regular full-time employees after a 60 day introductory period. Your coverage begins the first day of the month following the completion of your 60 day introductory period. The plan provides a broad range of protection for employees and their dependents, including basic hospital, major medical and dental.

Further details of the plan coverage and eligibility are in a separate booklet.

All new regular full-time employees are encouraged to enroll for coverage. The company assumes no liability if you decide not to enroll. If you choose not to enroll in the medical and dental insurance plan, you will need to fill out the Benefit Enrollment Form declining the medical and dental insurance coverage.

Coverage will be cancelled at the end of any month that the employee insurance premium is not paid.

Open enrollment for the medical insurance is January 1. Please submit to the Payroll Department any changes for insurance coverage by December 5th of the current year. If you have a baby, either by birth or through adoption you have only 30 days from date of birth to enroll the baby. If you get married, you have only 30 days from date of marriage to add your new spouse and/or stepchildren. If you fail to add a new family member within this 30 day period, you must wait for the next open enrollment to add them to the Lumbermens insurance plan

## Life/Accidental Death and Dismemberment Insurance

Lumbermens provides a life insurance plan for regular full-time employee after 60 days of full-time employment. Your coverage begins the first of the month following your 60 day introductory period. The coverage includes accidental death and dismemberment insurance. The plan is discussed in complete detail in a separate booklet which is provided to employees upon eligibility.

Lumbermens offers elective life insurance for you and your family. If you would like more information about this benefit, please ask your supervisor or call the Payroll Department at Division Headquarters.

## Long-Term Disability Insurance

Lumbermens provides regular full-time employees with a long-term disability insurance plan after the sixty day introductory period. In the event you become totally disabled, the plan will provide you with a monthly income. Other sources of disability income (e.g., Social Security, Workers' Compensation and state disability) are taken into consideration in determining the benefit. The monthly benefit begins after 90 continuous calendar days of disability, which is the maximum time for leave pay.

Complete details of the plan are in a separate booklet which is provided to employees upon eligibility.

Lumbermens offers elective long-term disability for you and your family. If you would like more information about this benefit, please ask your supervisor or call the Payroll Department at Division Headquarters.

## Flexible Spending Accounts

All regular full-time employees are eligible to save pretax dollars in a Flexible Spending Account (FSA). FSA'a are special accounts which allow you to set money aside for certain non-covered medical, dental and child care expenses. These include such things as deductibles, co-pays, vision, and other out-of-pocket expenses which are not covered by the Lumbermens insurance plan. For complete details of this program ask your supervisor or call the Payroll Department at Division Headquarters.

Lumbermens as a 401k retirement plan for employees who have completed one year of service, are at least twenty-one years of age and have worked 1,000 hours or more in a calendar year. This plan allows an employee to save up to 75% of their pre-tax compensation for retirement while reducing current taxable income, up to the annual statutory maximum. Additionally, the company may match a certain percentage of your contributions to this plan. The percentage of match is determined annually by the Lanoga Board of Directors. Plan details and enrollment information are distributed, when eligible, by Lanoga Corporation,. You may change your enrollment by calling the Lanoga 401k response system or via the internet. The changes are effective the first day of every quarter. (January 1, April 1, July 1 and October 1). You may change where your funds are invested on a daily basis.

## Workers' Compensation Insurance

Workers' Compensation Benefits are provided by the company in accordance with the appropriate state law. These benefits cover injuries or illness arising out of or in the course of employment and include coverage for work-related accident medical claims and partial payment for loss of earnings. Partial time-loss compensation is paid only when authorized in writing by a physician. Lumbermens is concerned for your on-the-job safety. All employees are active participants in a safety & accident prevention program. (See a separate booklet called "Safety & Health Handbook" concerning all employee's responsibilities under the program.) We have confidence in our ability to work safely, which has prompted us to pay directly all claims for our accidents. Our ability to self-insure is a reflection of our financial strength and our good safety record. The cost of this insurance is paid by Lumbermens. No deductions are made from your pay for this insurance. Falsifying a workers compensation claim will be grounds for termination.

## Social Security

All employees are covered by the Federal Social Security Act. Your contributions are deducted from your paycheck as required by law. Additionally, Lumbermens contributes an equal amount to provide you with Social Security benefits. If you would like detailed information regarding your individual benefits, you may contact your nearest Social Security office for assistance.

## Unemployment Compensation

Unemployment compensation provides temporary income if you become unemployed through no fault of your own or if you leave for reasons that meet the eligibility requirements. Under these circumstances, you will receive weekly benefits under the provisions of the State Unemployment Compensation Act. The company pays the cost of this insurance. No deductions are made from your pay for this insurance.

## Appearance

An employee's neat and clean appearance is important to our business, especially when employees are greeting and servicing our customers. How you look influences the image the customers and public have of Lumbermens.

It is important to make a good impression on our customers through our professional, businesslike appearance. This includes wearing appropriate dress for your position and having neat hair, mustache, and/or beard. Depending on your position, the company may require you to wear certain Lumbermens apparel, including a name tag.

## Credit Union

Lumbermens employees and relatives have the opportunity of joining the Simpson Community Federal Credit Union headquartered in Shelton, Washington. The credit union offers a wide range of financial services. It is a convenient way to save or borrow money at favorable interest rates. Call the Human Resources Department at Division Headquarters for information.

All employees who have completed the introductory period are entitled to purchase materials at the company's landed cost plus ten percent. **Such purchases are solely for the personal use and benefit of the employee. Materials purchased by an employee cannot be resold or used in any business venture.** Purchases of materials for other than the employee's personal use must be approved by the branch manager and will be sold to the employee at the appropriate price. Personal use is defined as material used by the employee, spouse, or dependents residing in the same household as the employee.

Employees may only purchase materials during branch hours. Should the need arise to purchase materials after branch hours, the employee must have the permission of the branch manager and have another authorized employee present. All purchases will be entered on a sales invoice by another employee and may be paid by cash, check, credit card, or charged if the employee has an approved open account. In no event is an employee allowed to take material off the premises without an invoice being completed. Failure to comply with established procedures will result in disciplinary action up to and including termination.

Special orders for employees are limited to product lines common to the branch. All special orders must be processed through the company and will be priced at 10% over the total invoice plus freight and/or other charges.

For purposes of clarification, construction of a multi-family dwelling or commercial building or the manufacture of any product for resale is considered a business venture.

An employee who has an employee account that is 30 days past due must inform the branch credit department of the reasons and make arrangements for payment. If an account is 60 days past due it will be closed, and the employee may be suspended if adequate arrangements are not made.

Employee purchases which are intended as gifts must be approved by the branch manager.

## Customer Relations

Wherever you work in the store, warehouse, yard, or office, you are an important link in the chain of successful relations with our customers. They are the reason for Lumbermens existence. We want satisfied customers, who are pleased with our employees, value our products and services, make repeat visits, and tell their friends about us. If a customer is satisfied, he or she will come back frequently.

Lumbermens has a "SATISFACTION GUARANTEED" program. Our employees show that they care about customers by being courteous, pleasant, honest, and always doing their best to help customers with any building material project or problem. Moreover, we want to have an atmosphere conducive to pleasant shopping and to avoid situations which might create discomfort for our customers.

Always be "aware of customers", this means being alert to their presence at all times. Acknowledge the customer in a pleasant way, develop a practical sense of the customer's needs, answer questions about products, and sell add-ons when completing a transaction. Always express your appreciation by thanking the customer sincerely for shopping at Lumbermens. Courteous treatment creates customer loyalty. Everyone should be enthusiastic and find enjoyment and satisfaction in doing the very best possible job of servicing our customers.

It is important to create good impressions with our customers, therefore, eating and drinking beverages are allowed only in designated areas and are not allowed while serving a customer or while you are on the sales floor. Our branches are tobacco-free. Smoking and chewing are allowed in designated areas only, never in front of a customer. It is important that employees making product deliveries to customers follow these same guidelines. Always remember everyone at Lumbermens had the same boss "OUR CUSTOMERS".

02/10/04

"Lumbermens guarantees that you will be satisfied with every purchase. If for any reason you are dissatisfied with any of our products, simply return the item with a sales receipt and the choice is yours - a full refund or replacement. Your satisfaction is guaranteed! At Lumbermens...We care!"

Lumbermens wants to have **SATISFIED CUSTOMERS** who find our stores are convenient places to shop, are pleased with our employees, products, and services, and tell their friends about us. If a customer is satisfied, he or she will come back frequently.

## Creating Positive Customer Relations:

- Always be "aware of customers." This means being alert to their presence at all times.

- Acknowledge the customer in a pleasant way-say "good morning" or "nice to have you in the store today" promotes a warm feeling.

- Develop a practical sense of customer's needs, wants and desires...Ask questions such as: "What project are you working on?" "How may I assist you?" **Don't Ask – "Can I help you?"**

- Courteous treatment puts customers in a better buying mood. They are more receptive when we show interest in them. Maintain a helpful attitude.

- **Be enthusiastic!** Everyone should find enjoyment and satisfaction in doing the very best possible job. Along with the pleasure of daily people contact, the pride of a job well done makes every day a great day!

- Cashiers are at the focal point of the store. They must be knowledgeable and have a friendly and concerned attitude. We need proper cashier coverage at all times - insuring prompt customer checkout and maximum satisfaction.

- When completing a transaction, always express your appreciation to a customer. Use the phrase, "**Thank you for shopping at Lumbermens.**"

## Helping Customers Select Merchandise:

Our stores are self-selection building materials centers with merchandise easily accessible for our customers to select and take out of the store. How do customers function within this system? By relieving you from the physical movement of goods out of the store, **we can best serve our customers as follows:**

- Inform the customer about how to use our store to the best advantage. It may be worthwhile to lead the customer to an area, and explain how to select what they want...then, take the items to the cashier for check-out. However, if they require assistance...to let you know.

- Answer questions about products to use on a particular job, i.e., "To install this sink you will need the following fittings... **(Sell add ons!)**

- Help determine the quantity of material for a particular job, i.e., "You will need 3 boxes of ceiling tile for your 12 x 12 room."

- Remember that most containers indicate directions and coverage for the contents. Do not be ashamed to read the label in front of the customer. He or she does not expect you to know everything.

- Wrong product information is worse than no information; **ask** your supervisor or an experienced fellow employee if you are not sure of an answer.

It is most important when informing our customers about self-selection to state in **positive** terms:

- **Incorrect** – "I'm sorry, we are self-service, and you will have to get it yourself."

- **Correct** – "The mouldings that we stock are in those racks. You can pick out the ones that you like. If you have any questions, I will be working right here, and I will be happy to answer them for you." or, "Let me help show you our line of mouldings."

- Remember - Most customers want to be able to pick out their own material. In some cases, out competition does not allow this.

## Servicing Customers in Outside Areas:

- Warehouse and yard personnel should observe positive customer relations. This includes acknowledging them in a pleasant manner and providing helpful and courteous service.

- Because we stock a wide variety of products, it is very important that the correct merchandise is given to the customer. Care must be taken when loading to prevent damage to the customer's vehicle.

## Resolving Customer Complaints:

- Be sure you understand Lumbermens complaint policy and procedures by discussing them with your store manager. Handle complaints in a professional, businesslike manner.

- Be sympathetic and understanding when a customer has a problem. Act quickly to resolve it. If replacement materials have to be ordered, tell the customer approximately when they will be delivered.

- All complaints must be handled efficiently to insure complete customer satisfaction. If you cannot handle the complaint, let your supervisor or store manager take care of the customer.

## In Conclusion:

- The most important part of customer satisfaction is **convenience**. With this in mind, let's finalize on some pertinent questions:

- Can our customers park close to the main entrance? Do employees park as far away from the building as possible?

- Can our customers find, determine the price, and select merchandise easily...without confusion?

- Can our customers get out of our store quickly, or do we hold up departure with a line at the checkout?

## Self-evaluation of Your Service to Customers:

### How did I do?

1. Was I as helpful as possible?
2. Did I spend the proper amount of time with the customer?
3. Did I try to meet all the customer's needs?
4. Did the customer appear satisfied?
5. Did the customer buy?
6. Were there any add ons?

Total customer convenience and satisfaction insures success for your store and you. And always remember...

**Everyone at Lumbermens has the Same Boss – Our Customers!**

**Effective Telephone Techniques**

At Lumbermens, we care about our customers and want to be recognized for our quality service-in person and on the telephone. We should strive to be courteous, helpful, and friendly at all times. When we create good impressions with people, we build goodwill and increase sales.

The following are guidelines to help you become more proficient on the telephone:

**Answer Promptly with a "Smile in your Voice"**
    Whenever possible, answer on the first ring.
    Depress the proper line button before lifting the receiver.
    Hold the mouthpiece about 1" from your lips and speak directly
    Into it in a normal tone of voice.

**IDENTIFY YOURSELF**
    Proper identification eliminates guess work and saves time:
    "Good morning, Lumbermens. This is John Smith. How may I
    help you?"
    Whenever possible, obtain the caller's name.

**Sales Tips**
- Listen attentively to determine the caller's needs. If necessary, write down pertinent information.
- Give the impression that YOU CARE - ask the right questions: "What project are you working on?"
- "How will it be used?" "How many do you need?" "What length, size, thickness, etc.?"
- Mention appropriate products, features, and/or substitutes: "We can order redwood, but you may want to consider treated wood which is very attractive, has a lifetime guarantee, and is much less expensive."
- "Our Lumbermens Homes Division may be able to help you on your project."
- Be specific when quoting prices: Don't say…"Our plywood is $___." Say…"Half inch, five ply, fir CDX, agency certified is $___."
- Suggest alternatives or add-ons: "Our ___ line of products are the best quality and will last a long time." "Perhaps for that painting project you'll need brushes, rollers, etc. - we have a good supply."
- Mention benefits and services by shopping at Lumbermens: Credit, Free estimates, delivery, etc.

**Always Invite Callers to Visit the Store**
- Particularly appropriate for large or involved projects.
- Refer to sales dates and merchandise which is on sale.
- Offer to show, demonstrate, etc: "Come in and ask for Bill. We have a large selection and I'll be glad to help you."

**Leaving and Returning to the Line**
- Tell the caller what you are going to do, how long it will take, and obtain consent: "I'll have to leave the line for a moment to check our files, Mrs. Jones. Will you hold please?"
- When you return to the line, alert the caller you are back: "I have the information now, Mrs. Jones. Thank you for waiting."
- **Important -** If the caller's question *cannot* be answered in a *short* period of time, ask to call back, and then make sure you do!

**Transfer Calls Carefully**
- Screening or transferring calls may irritate some callers.
- In some cases you may want to obtain information and call back or have someone else call back.
- If it is necessary to transfer an incoming call, tell the caller who can help and obtain consent: "Mrs. Smith in the Credit Department can answer your question. May I transfer you?"

**Take Messages Accurately**
- Keep a pad handy
- Verify information, spelling, etc.
- Obtain area code and location for out-of-town callers.
- A message taken incorrectly may lead to the loss of a sale.

- Tell the person, who will take our incoming calls, where you are going and approximate time of return.
- Always make call backs promptly when returning to your job.

## Explain Your Co-Worker's Absence

- Create a good image of the person for whom you are taking calls.
- Statements like "He's out to coffee" or "She hasn't come in yet" create the wrong impression.
- It's better to say: "Mr. Anderson isn't available right now, he is with a customer, etc. May I help you or take a message and have him return your call?"

## Close Courteously

- Let the caller know you were glad to be of service
- Offer additional assistance: "If there are other projects you're working on, I'll be very glad to help you."
- Thank the person for calling Lumbermens and say "good-bye" pleasantly.
- Let the caller hang up first.

## And Remember...

- Use the caller's name during the conversation.
- Develop good speech habits - avoid slang.
- Place and receive your own calls whenever possible.
- Plan your conversation in advance and keep time differences in mind when calling long distance.
- Treat everyone you talk with on the telephone as a *POTENTIAL CUSTOMER!* Invite them to visit Lumbermens.

## Telephone and Fax Use

We care about our customers and want to be recognized for our friendly and quality service both in person and on the telephone. Treat everyone you talk to on the telephone as a POTENTIAL CUSTOMER! We should always answer the telephone promptly, with a smile in our voice, identify yourself, listen to the customer's needs, provide sales tips, and always invite the customer to visit the store.

PERSONAL TELEPHONE OR FAX USE: We understand that there may be times when you will need to make or receive personal phone calls or fax messages while at work. However, we ask that such communications be kept to a minimum and short in duration. Personal calls should be made during breaks and not on the sales floor. Employees are not to use company phones or faxes to make personal long distance calls without permission from their supervisor. Employees misusing company communication equipment will be subject to disciplinary action up to and including termination.

## Cellular Phone Confidentiality

Technology exists that allows unauthorized individuals to intercept, monitor and record cellular phone conversations. Therefore, it shall be Lumbermens policy that confidential company information should not be discussed on cellular phones.

Lumbermens email and internet systems are to be used for conducting Lumbermens business only. The use of the email and internet systems for personal reasons is strictly prohibited. Personal reason or improper use include but are not limited to:

- Viewing, transmitting, retrieving, downloading, or storing images that are offensive, derogatory, defamatory, off-color, sexual in content, or otherwise inappropriate in a business environment.

- Making threatening or harassing statements to another employee, customer, vendor, or other outside party.

- Viewing, transmitting, retrieving, downloading, or storing messages or images relating to race, religion, color, gender, national origin, citizenship status, age, disability, sexual orientation, or any other status protected under federal, state and local laws.

All messages composed, sent or received on Lumbermens systems ie: email, internet or other, including attached files, are and remain the property of Lumbermens. They are not private property of any employee.

Email and internet usage will be randomly checked. Violations of this policy may be cause for disciplinary action, up to and including termination.

## Electronic Data Policy

Lumbermens maintains a voice mail system and an electronic mail (email) system to assist in the conduct of business within the Company. These systems, including the equipment and the data stored in the system, are and remain at all times the property of Lumbermens. As such, all messages created, sent, received or stored in the system are and remain the property of Lumbermens.

Messages should be limited to the conduct of business at Lumbermens. Voice mail and electronic mail may not be used for the conduct of personal business.

Lumbermens reserves the right to retrieve and review any message composed, sent or received. Please note that even when a message is deleted or erased, it is still possible to recreate the message; therefore, ultimate privacy of messages cannot be ensured to anyone. While voice mail and electronic mail may accommodate the use of passwords for security, confidentiality cannot be guaranteed. Messages may be reviewed by someone other than the intended recipient. Moreover, all passwords must be made known to the Company. The reason for this is simple: your system may need to be accessed by the Company when you are absent.

Messages may not contain content that may reasonably be considered offensive or disruptive to any employee. Offensive content would include, but would not be limited to, sexual comments or images, racial slurs, gender-specific comments or any comments that would offend someone on the basis of his or her age, sexual orientation, religious or political beliefs, national origin, or disability.

Employees learning of any misuse of the voice mail or electronic mail system or violations of this policy shall notify their supervisor, manager or the Human Resources Manager at DHQ immediately.

## Computer Security

The security of the information in our computer system is vital to Lumbermens, our customers and our employees. As our information system becomes bigger and more technical, the information within the system becomes even more valuable. Since the recreation of that information would be difficult, if not impossible, we need to protect its validity. The most vulnerable point in any network is the workstation. The workstation provides access to all network resources when logged in, and in the hands of certain individuals this access could be devastating.

The information that is confidential and must be protected from disclosure or corruption, includes but is not limited to: customer pricing, account status, customer addresses and phone numbers, company costs and markup, employee payroll, accounts payable and most importantly accounts receivable. Each individual's work integrity is another issue to consider. When someone else uses your computer while logged in under your name, there is no way to discern your work from theirs. Employees must log out from their respective stations any time that they will be leaving their computer for an extended period.

Although we have no desire to interfere with your outside interests, activities or investments, we recommend you not engage in outside activities which could potentially lead to a conflict of interest with Lumbermens. This would include soliciting work from customers and fellow employees.

## Employment of Relatives

Lumbermens believes that it is in the best interests of the company and its employees to keep business relationships separate from personal and family relationships. Accordingly, Lumbermens reserves the right not to employ relatives or persons living together in a relationship that is essentially equivalent to marriage, at the same location, except under circumstances where (a) neither employee will supervise, appoint, remove, nor discipline the other; (b) neither employee will evaluate the work of the other; and (c) the working relationship will not create a conflict of interest or the appearance of favoritism in the opinion of management.

For purposes of this policy, relative includes spouse, parent, child, grandparent, grandchild, sister, brother, niece, nephew, cousin, aunt, uncle, in-laws, step-parent, step-children, step-brother, and step-sister.

If two employees, one of who supervises the other, develops a close or spousal relationship after employment, one of the two may be transferred, or if no suitable position is available, may be terminated. The decision as to which employee will be terminated if transfer is not possible will be left to the employees involved, unless business necessity requires the company to make the decision.

## Confidential Information

Confidential information is that gained by virtue of your employment with Lumbermens that is not generally available to the public or our competitors. This includes, but is not limited to customer information, product information, employee information, computer information or other company data. You have a duty to keep this information confidential and not to use or disclose it except for Lumbermens benefit.

## Safety Equipment and Gloves

Lumbermens will sell selected safety equipment and gloves at landed coast + 10% to employees. Employees who keep their employee accounts current can charge the selected safety equipment and gloves on their employee account. Those whose employee accounts are not current will still receive the landed cast + 10% price for the selected safety equipment by paying cash.

## Safety and Health

Lumbermens is dedicated and committed to providing and maintaining a safe and healthful working environment. Lumbermens makes every effort to comply with all relevant federal and state occupational health and safety laws. Your cooperation is a vital part of our safety program, which is intended to protect you, your fellow employees, our customers and other visitors from health and safety risks.

Lumbermens maintains an active safety program, which includes safety committee meetings, inspections, and prompt correction of hazards. All Lumbermens employees are expected to work diligently to maintain safe and healthful working conditions. Please adhere to all vehicle and equipment safety and operating practices and procedures, which are designed to prevent injuries. Violation of these policies and procedures will result in discipline up to and including termination. In addition, you may be required to wear safety equipment.

Accidents can cause hardships, personal suffering, and permanent disability. Each supervisor supports and promotes safety and health as an important part of his or her daily job responsibilities. A cooperative effort between management and employees to prevent accidents will benefit everyone. Lumbermens is concerned about the safety and well being of our employees and does not want you to be injured or hurt.

Lumbermens displays its dedication and commitment to maintaining a safe working environment through the President's Safety Award. Additionally, the employee incentive program rewards the store team for working safely.

**THINK SAFE-BE SAFE!**       **NOTHING WE DO IS WORTH INJURING ANYONE!**

02/10/04

1. Exercising maximum care and good judgment at all times to prevent accidents and injuries.
2. Practical jokes, horseplay, scuffling or similar conduct are not allowed.
3. Report any condition or practice that appears unsafe to a supervisor or your branch manager immediately.
4. **Immediately** report injuries to your supervisor, regardless of how minor and seek first aid for all injuries of fellow employees, customers or yourself.
5. Familiarize yourself with the location of fire extinguishers and medical kit(s) in your work area(s).
6. Operate equipment only if you are properly trained and authorized to do so.
7. Operate equipment within specified limitations for lifting capacity, speed, etc.
8. Obey all traffic laws and regulations.
9. Do not use damaged or unstable ladders or ladders missing any safety equipment. Obey all safety instructions on ladders.
10. Inspect all vehicles prior to use.
11. Follow all drug and alcohol free workplace policies and procedures.
12. Supervisors are charged with the responsibility to insure their work areas are kept neat and clean at all times. All employees are expected to assist in this effort.
13. Follow safe lifting practices.
14. Recreational type footwear, such as tennis shoes or running shoes, is not permitted while working in the warehouse, yard, or on job sites. We do not provide work shoes; you must provide suitable footwear yourself.
15. Personal protective equipment must be worn, including goggles, gloves, approved respiratory protection and hearing protection, when operating power saws or as required.
16. Know the evacuation route from your workplace in an emergency.
17. Know the employees who are trained to administer CPR and first aid at your location.
18. Walks, aisles, stairways, fire escapes, and other passageways shall be kept clear of obstructions and tripping hazards. Access to electrical panels, control valves, fire extinguishers, etc., shall be kept clear of obstructions.
19. Tools and materials shall not be placed where they may cause tripping or stumbling hazards, or where they may fall.
20. All liquid spills such as oil, paint, water, etc., are to be cleaned up promptly. Absorbent material should be used as a cleanup aid.
21. Any scrap material such as wood, metal scraps, and metal bands are to be disposed of in designated containers.
22. Make sure all gases are identified and properly stored in upright positions and separated as required.
23. Make sure all solvents, sealants, paint thinners or adhesives are labeled, properly covered, and stored in designated areas.
24. Dirty/oily rags, petroleum and chemical wastes are to be stored in approved containers with tight fitting lids and disposed of pursuant to established procedures.
25. Be extremely cautious of fire hazards when emptying ashtrays.
26. For health reasons and as a courtesy to your fellow employees, each employee is asked to cooperate in keeping rest rooms, drinking fountains, break rooms, and other facilities neat and clean.

## Safety Policies & Practices

### Personal Protective Equipment

Protective equipment is available and required under certain conditions to reduce the risk of injury to you and others. Your supervisor will inform you of the equipment that may be required for a given task. Please help maintain this equipment in a clean and serviceable condition. If you ever have a question about the need for or availability of protective equipment, check with your supervisor or branch manager. **ALWAYS USE THE PROTECTIVE EQUIPMENT PROVIDED TO YOU.**

**Eye Protection:** Lumbermens will provide safety glasses anytime you are performing duties which pose the possibility of an eye injury from flying particles, chips, caustic material, etc. This is most common in our manufacturing areas and around radial arm or panel saws in the yard or warehouse.

**Hearing Protection:** Lumbermens will provide hearing protection in areas where noise is loud or persistent. Such sound intensity is likely to occur around powerful motors or high speed tools. This is most common in manufacturing areas. Hearing protection is also required while using a radial arm saw, a panel saw or a chain saw in the yard or warehouse.

**Foot Protection:** Adequate foot wear consisting of leather work boots or other boots of suitable materials that provide support and protection to your feet and ankles is required if you are in a yard, warehouse, shop or delivery position. Under no circumstances are you to wear recreational footwear such as tennis shoes while working in any of these positions. You are responsible for providing your own protective footwear.

**Hand Protection:** Lumbermens suggests that you wear work gloves when handling materials that could cause cuts, abrasions or splinters, or whenever they may help you handle materials more safely. You are responsible for providing your own work gloves.

**Back Support Belts:** It is currently unclear whether back belts help prevent injury or not, and they are not required by any safety regulatory agency or by Lumbermens Building Centers. It is your choice whether or not you use a back belt. If you do choose to wear a back belt, you should be aware of the following:

- Back belts should NOT be tightened at all times. They should be worn snugly during tasks that involve lifting, leaning, reaching, etc., but loosened at other times.
- Back belts should be worn snug and low around the pelvis. If they continue to ride up, a larger size may be needed.
- Never attempt to lift more weight with a back belt than you would without. A false sense of security can result in greater risk of injury.

## Respiratory Protection

Lumbermens will provide respiratory protection equipment where an employee may be exposed to concentrated levels of wood dusts or other irritants that contain allergenic or biologically-active ingredients.

## Falls and Twists

Falls and twists are very common in our type of work environment. Statistics show falls account for about 9% of all injuries in lumberyards. To avoid this sort of injury, be sure to do the following:

1. Maintain your work area. Keep it clean, orderly and free of tripping or slipping hazards. Spills should be cleaned up promptly. Keep banding, stickers, lumber and covers, pallets, scrap and other debris cleaned up and out of walkways.
2. Keep all work surfaces and walkways clean and well maintained. Remove, replace or repair protruding nail heads, holes or loose boards as soon as they are noticed.
3. Avoid climbing on storage racks. Use a good ladder or forklift to reach material not accessible from ground level.
4. All walking surfaces, driveways, and yards are to be kept as free as possible of debris, ice or snow buildup. Sand, gravel or other traction enhancing materials should be used on ice or packed snow to help prevent slips and falls. Take immediate corrective action to eliminate slick conditions whenever possible. Otherwise, report them immediately to your supervisor or branch manager.
5. Avoid climbing on stacks of material.
6. Use handholds when climbing onto trucks, trailers or railroad cars.
7. Do not jump from vehicles or loading docks, climb down carefully.
8. Keep removable safety rails in place at all times, except when material handling requires their removal. Be careful when rails are removed. **REMEMBER TO PUT SAFETY RAILS BACK IN PLACE WHEN DONE MOVING MATERIALS.**
9. Be extremely careful when climbing or walking on truck beds in freezing weather. Truck beds, especially steel, freeze quickly and become extremely slick and dangerous.
10. Always wear the right footwear for the job and weather conditions.

Each branch has at least one approved first aid kit available. For your safety as well as the safety of your fellow employees, familiarize yourself with the location of the kit(s) in your work area(s). Each delivery truck also carries a DOT approved first aid kit. Normally the kits are refilled on a regular basis. However, as a precaution, inform your supervisor when materials for the first aid kit are used. All branches have at least one employee that has first aid and CPR training working at all times. For your safety and the safety of your fellow employees become familiar with the employees at your branch that have this training.

If an injury occurs, call for professional help and administer first aid. However, please do not attempt to give first aid to an injured customer or fellow employee unless you are certified to do so. In addition, please remember that only the manager can answer questions about the company's liability to customers. Do not volunteer any information or attempt to answer any customer's questions pertaining to an accident or injury. Direct any inquiries about the accident or injury to the manager.

## Ladders

When using a ladder, always do the following:

1. Use the correct size and type ladder for the job you're doing.  Never splice two ladders together.
2. Be sure that a stepladder is fully open and locked before using it.
3. To climb a ladder: face the ladder, use both hands, and use each rung when going up or down the ladder.
4. Never stand higher than the third rung from the top on straight or extension ladders, or the second tread from the top on stepladders.
5. When using a straight or extension ladder, take extra caution to insure the base does not slip. Make sure safety feet are attached and in the proper positions.
6. When using a rolling ladder, make sure the base is securely locked down before climbing.
7. Never use a ladder that is in poor repair, unstable or missing safety equipment. See your supervisor or branch manager for a new ladder or to get replacement parts.

## Exits

1. Nothing should impair the visibility of any exit signs.
2. Keep areas around and approaches to exit doors clear of material or other obstructions at all times.
3. Keep exits unlocked during working hours.

## Fire Protection

Familiarize yourself with the locations and operating procedures of the fire extinguishers that have been provided in your work area.

Portable fire extinguishers are inspected and certified by a qualified inspection company at least annually to insure:

1. There are enough extinguishers and they are in appropriate locations.
2. They have not been tampered with and are fully charged.
3. They are in good operating order.

If you ever use a fire extinguisher, or notice that one has been used, removed or tampered with, please notify your supervisor or branch manager immediately.

The safety committee at your branch will be inspecting each fire extinguisher monthly while doing their walk around inspection.

Dust control systems in woodworking shops remove most dusts. However, dust can still accumulate in portions of your work area over time and is potentially hazardous because of the danger of fire and explosion. Employees are asked to report any hazardous situations to their supervisors. The following will help prevent dust fires or explosions:

1. Clean your equipment and work area regularly.
2. Watch for and vacuum up all dust accumulations, even in out-of-the-way areas.
3. Be alert to and eliminate potential ignition sources whenever possible.
4. Know the location and proper use of how to use fire fighting equipment. Keep it clear of merchandise and readily accessible.
5. Utilize all exhaust and vacuum systems provided. Empty vacuum systems regularly and keep filters clean.
6. Never use compressed air for cleaning purposes.
7. Dispose of dust material in designated areas.

## Working in Cold and Inclement Weather

Various types of injury may occur as a result of exposure to cold weather conditions. Two of the most common are frostbite and hypothermia. Frostbite occurs when the skin actually freezes and ruptures (degree of damage ranges from redness of the skin to gangrene). While skin will freeze in quiet, +30 degree F. air, the rate at which it freezes increases rapidly as wind speed increases. Hypothermia occurs when exposure to cold causes a person's body to lose heat faster than it can be replaced. The result is a dangerous drop in a person's internal body temperature resulting in a serious medical condition. Causes of hypothermia include: extreme cold; prolonged exposure to mild cold; wind chill and wetness.

Accomplishing your work becomes more challenging in cold weather conditions. Simple tasks performed quickly and easily under normal conditions will require more time, effort, patience and safety awareness in cold conditions.

Cold weather situations will require additional personal protective clothing such as boots, gloves, hats, etc. The best advice for working in cold weather is to dress appropriately for the conditions. A good practice is to layer clothing so you can easily adjust to your current environment and activity level. Wearing a water/windproof outer layer with layers of wool underneath helps to keep you dry and warm. In addition, it's good to have extra gloves handy so you can rotate with a dry pair. Since heat is rapidly lost from the head, some type of warm hat or other protective head gear should be worn.

When you are warm you are more likely to think clearly and take the time necessary to accomplish your work safely.

## Fire

In case of fire:

- Notify your supervisor about the location of the fire.
- Use fire extinguisher if fire is small and manageable.
- Call the appropriate emergency number.

Immediately evacuate the building according to the posted emergency plan and proceed to the designated meeting area so that all personnel may be accounted for. All employees should stay within this assigned area until informed to return by a supervisor or emergency personnel.

## Earthquake

In the event of an earthquake:

- Stay clam.
- If you are **inside**, stand in a doorway or crouch under a heavy desk or table away from windows. Stay clear of aisles.
- If you are **outside**, stand away from buildings, trees, lumber stacks/racks, telephone and electrical wires.
- If you are **driving** on the road, drive away from underpasses/overpasses, stop in a safe area away from overhead electrical wires and stay in your vehicle.

- Check for injuries and provide first aid.
- Immediately evacuate the building according to the posted emergency plan and proceed to the designated meeting area so that all personnel may be accounted for.
- Supervisors are to perform a safety check of their area for building damage and structural problems. Beware, aftershocks may cause more damage. Do not enter a building which appears unsafe.
- Electrical, water and gas service should be turned off only if there are leaks or shorts found.
- Turn on a radio and listen for instructions from public safety agencies.
- Use the telephone for emergencies only.

## Material Storage

Accidents involving storing and handling building materials account for nearly 30% of all injuries. When handling lumber or other materials, safe procedures should be used to include the following:

1. Always store material on stickers so it is adequately elevated, regularly supported (usually every four to six feet) and level, both front to back and side to side.
2. Never set stickers or racking directly on ice or snow. Ice or snow left under stickers will melt unevenly and make the material unstable.
3. Always use stickers between bundles that are thicker than the forks used to pick it. Stickers that are too thin will result in the stack being pushed backward when material is picked which could cause the pile to be unstable.
4. Only stack material as high as the foundation and lifting equipment safely allow. Usually six bundles high is an absolute maximum. This may be too high if the ground is uneven or unstable.
5. Keep all storage areas policed and free of stray stickers, banding, wrappers and other debris.
6. Never exceed the design capacity of storage racks.
7. Make sure material stored in racks is stable. Watch for and immediately remove any material from racking that could fall and cause injury.
8. When stacking pallets, be careful to consider the load carrying capacity of the material beneath. Exceeding these limits could damage the material on the bottom and in some cases cause the stacks to collapse.

Direct any questions regarding the proper storage of materials to your supervisor or branch manager.

## Lifting & Carrying

Safe lifting practices should be followed when handling lumber, other building materials  and other items. Back strain and injuries can occur when lifting and carrying is not done properly. The proper lifting and carrying techniques are important. A chart illustrating safe lifting practices is included in the back of this guide.

Some guidelines for lifting and carrying include the following:

1. Feet should be parted, with one foot along the side of the object being lifted, the other behind.  Feet comfortably spread give greater stability; the rear foot is in position for the upward thrust of the lift.
2. Use the sit down position and keep the back straight - remember, "straight" does not mean "vertical".  A straight back keeps the spine, back muscles and organs of the body in correct alignment.  It minimizes the compression of internal organs that may cause a hernia.
3. The load should be drawn close; the arms and elbows should be tucked into the side of the body.  This helps to keep the body weight centered.  When the arms are held away from the body, they lose much of their strength and power.
4. Tuck in the chin so the neck and head continue the straight back line and keep the spine straight and firm.
5. Position the body so its weight is centered over the feet.  This provides a more powerful line of thrust and insures greater balance.  Start the lift with a thrust of the rear foot.
6. The fingers and hands are extended around the object you are going to lift. Use a full palm grip while lifting. Fingers alone have little lifting power.

Setting down an object requires the reverse procedure.

1. Consider the size, weight, and shape of the object to be carried. Do not lift more than can be handled comfortably. Do not be afraid to ask for help.
2. Never carry a load that you cannot see over or around without help. Make sure the path of travel is clear.
3. Inspect the material for slivers, jagged edges, burrs, rough or slippery surfaces. Wipe off greasy, wet, slippery or dirty objects before trying to handle them. Wear hand protection.
4. Get a firm grip on the object to be lifted.
5. Keep fingers and hands away from pinch points, especially when setting the object down. When handling lumber, pipes, and other long objects, keep hands away from the ends to prevent them from being pinched.
6. Keep hands free of oil and grease.

Use these specific techniques for specific situations:

1. **Placing an Object on a Bench or Table:** First set the object on the edge and put it far enough onto the support so it will not fall. Release your grip gradually while setting the object down. Move it into place by pushing with the hands and body from the front of the object. This method prevents fingers from getting pinched.

2. **Raising Object Above Shoulder Height:** Lift the object first to waist height. Rest the edge of the object on a ledge, stand, or hip. Shift hand position so the object can be boosted after knees are bent. Straighten knees as the object is lifted or shifted to the shoulders.

3. **Direction Change:** Lift the object to carrying position and turn the entire body, including the feet. **Do not twist the body.** In repetitive work, the person and the object should both be positioned so the person will not have to twist the body when moving the material.

4. **Heavy Objects:** If the object is too heavy to be handled alone - **GET HELP.** When two or more are handling the same object, one person should "call the signals". Everyone on the lift should know who this person is and warn them if anyone is about to relax their grip.

## Hazardous Materials

A hazardous communications program is in place to ensure you receive information about the dangers of all hazardous chemicals used by Lumbermens and physical agents you may be exposed to while performing your work. The program provides information to you on container labeling, material safety data sheets (MSDS), emergency safety procedures and training.

Information on hazardous materials is available through your immediate supervisor or from material safety data sheets (MSDS). Lumbermens contracts with an MSDS compliance program to provide this information upon request. Your supervisor will show you where the MSDS file is located and what phone number to call if you need a material safety data sheet.

Use only approved containers to store and handle chemicals or flammable and combustible liquids. All containers are to be clearly marked to identify their contents and must be stored only in designated areas.

When transporting chemicals, compressed gases, flammable and combustible liquids, follow all regulations and safety requirement. If you aren't sure of applicable requirements, ask your supervisor.

## Forklifts

We use a variety of forklifts. Forklifts are used to handle a large part of the materials that we sell. Knowledge of their correct operation is required before operating a forklift. Forklifts are heavy, cumbersome and extremely powerful. We often carry heavy awkward loads on the forklifts. They have many exposed working parts that can quickly cause severe injury or death. It only takes one poor decision and in the following brief moment you or a co-worker could be injured for life, or even killed. **NEVER OPERATE A FORKLIFT YOU ARE NOT FAMILIAR WITH AND NEVER TAKE CHANCES WITH A FORKLIFT-**Lumbermens does not want you to be injured or to injure anyone else. Listed below are some of the most pertinent operating safety tips. Use these tips plus any special instructions in the vehicle owner's manual. **Remember, your safety and the safety of others depends on you.**

1. **Authorized Employees Only**-To operate a forklift you must be at least 18 years of age, be properly trained and oriented to the particular machine by your supervisor or a designee, and authorized by branch management.

2. **Parking**-When a forklift is left unattended, the forks must be fully lowered, the control lever positioned in neutral or park, the power shut off, and the brakes set. The wheels must be blocked if parked on an incline.

3. **Safety Inspection**-Forklifts must be inspected daily for any conditions adversely affecting the safety of the vehicle before being placed into service. It is the operator's responsibility to insure all gauges, horns, and control devices are working properly. Fire extinguishers are to be checked regularly. Report any safety concerns to your supervisor or branch manager before using the forklift.

4. **Obstructed View**-If the load being carried obstructs your forward view, you should travel slowly in reverse. Check all passageways prior to travel to assure adequate clearance.

5. **Loads**-Inspect all loads before attempting to move them. If a load to be carried appears unstable, correct the condition before lifting it. At no time should the load being carried by the forklift exceed the height of the back rest guard or the machines lifting capacity. Additionally, counterbalancing devices shall not be added to the truck to increase lifting capacity. Loaded forklifts are to be driven downgrade with the load last and upgrade with the load first.

6. **Unloading**-When unloading from trucks, trailers, or railroad cars with forklifts, provision must be made for securing the truck, trailer, or railroad car by setting the brakes and placing wheel chocks under the rear wheels. Portable dock boards must be secured in position with devices which will prevent their slipping during loading and unloading.

7. **No Smoking**-Never smoke in areas where batteries are being charged, vehicles are being fueled, or fuel is stored.

8. **Ventilation**-Forklifts with internal combustion engines are a potential source of carbon monoxide. Be sure adequate ventilation is always provided when working in enclosed areas.

9. **No Riders**-No one other than the operator should be anywhere on the forklift when it is in operation. Riders are strictly prohibited. Do not stand on the forks to be raised by the operator unless you are in an approved safety cage securely attached to the forks or backrest.

10. **Yard Traffic**-Loading and Unloading areas in the yard are extremely busy. Employees responsible for inventory or loading of materials for customers should be aware of yard traffic. Do not assume the forklift driver sees you. When driving a forklift, always be aware of and yield to pedestrians.

11. **Warnings**-Sound horn at all corners, exits, blind areas, or when approaching pedestrians.

12. **Upsets**-Be extremely cautious when you are operating forklifts near the edge of a loading dock or on unstable ground. Make certain ramps are secured before driving on them. Carry loads low and take corners slowly.

13. **Forks**-Be aware of the position of your forks at all times. Place forks under the load as far as possible, centering the load on the forks. Travel with the forks as low as possible. Never lift with just one of the forks or the outer ends of the forks. Do not walk or stand under raised forks whether empty or loaded.

14. **Keep Clear of Mechanisms**-Never put your head, hands, or feet on or into the forklift mast (lifting mechanism) for any reason. Keep your head, feet, arms and legs inside the forklift operator's cage at all times. Do not allow anyone under or on the forks at any time. **Do not allow anyone to get between the load on the forklift and any other object such as stacks of material or a vehicle.** Never stand on a forklift tire.

15. **Traffic Laws**-Follow all traffic laws while operating the forklift on a public right-of-way. Be especially cautious at intersections and railroad crossings.

16. **Horseplay**-Horseplay or "stunt driving" is not permitted at any time.

17. **Towing**-Never use forklifts to push or tow railroad cars.

18. **Maintenance**-Never try to work on any part of the forklift while it is running. Report any maintenance deficiencies to your supervisor or branch manager immediately.

It is easy to make safe driving a habit. A safe and careful driver is also a courteous driver. Commercial vehicle drivers, as a group, enjoy the reputation of being courteous drivers because they've earned it. Make this your goal!

Your attitude on the road and the way you drive is important - to you, to your family, and to Lumbermens. Our trucks are traveling billboards and your driving actions speak louder than words. Your driving can make friends for the company or bring us ill will.

Collision and upset of various vehicles, including truck-trailer units, straight trucks, and yard vehicles account for about 10% of all injuries in retail lumber and building material operations. Lumbermens utilizes a wide variety of vehicles in our operations. To aid in safe equipment operation, Lumbermens Building Centers has adopted the following rules:

1.  Seat belts will be provided in all vehicles and **USED** by all occupants.

2.  Vehicles will be inspected daily by the operator. No vehicle should be operated if unsafe.

3.  All trucks will be equipped with appropriate flares, triangles, first aid kit, and fire extinguisher. As the driver, it is your responsibility to insure these items are in the vehicle and in good condition.

Drivers involved in preventable accidents may be subject to disciplinary action up to and including termination.

## Vehicle Inspection

Prior to driving, you need to be satisfied that the motor vehicle is in safe operating condition. It is the driver's responsibility to insure all the following parts and accessories are in good working order:

*   Service brakes, including trailer brakes
*   Parking brakes
*   Steering mechanism
*   Lighting devices and reflectors
*   Tires and wheels
*   Horns
*   Windshield wipers
*   Rear-vision mirrors
*   Coupling devices
*   Engine fluid levels
*   Appropriate safety equipment

Additionally, the following items are to be kept clean:

*   All lights and reflectors
*   License plates
*   Company logos and signs
*   Cabs (interior and exterior)

Daily inspections must be done daily on all trucks and forklift trucks before being placed in service.

Never attempt to operate a boom truck if you have not been specifically trained to do so. When operating a boom truck, be aware of the many special hazards associated with its operation and exercise extreme care and caution including:

4. **Electrical Wires:** Assure proper clearance is maintained.
5. **Bystanders:** Never allow anyone to be under the load being lifted.
6. **Capacity:** Never exceed the rated capacity of the equipment.
7. **Operations:** Always operate the truck within the detailed operation instructions of the owner's manual and warning posted on the machine.
8. **Outriggers:** Never operate the boom without the outriggers extended and the truck stabilized. Walk around the truck and make sure the area is clear before extending outrigger.
9. **Tag Lines:** Always use tag lines to help control and position long material such as trusses and beams.
10. **Straps:** Make certain all straps and cables are in good condition. Never lift a load with frayed, damaged or inadequate straps or cables.
11. **Operations:** Always operate the truck within the detailed operation instructions of the owner's manual and warnings posted on the machine.
12. **Protection:** Always wear a hardhat when operating a boom truck.

## No Riders

If you need to take along a passenger or helper, you must get **PRE-AUTHORIZATION** from your supervisor or branch manager before allowing that person to ride along.

## Loading & Unloading

As the driver, you are responsible for insuring that the load on your truck is complete (quantities match the delivery ticket), and properly loaded and secured on your vehicle. Any driver who causes any loss or damage because of improper securing of loads will be subject to discipline up to and including termination.

Prior to leaving the yard with a load you must always:

1. Check all chains, binders and straps to make sure they are adequate, tight and in good condition.
2. Check off all material loaded against the delivery ticket. Note any discrepancies and bring them to the attention of your supervisor. Make sure the load and/or ticket is corrected before leaving the yard.
3. Insure that the truck is loaded in a way that provides for both safe transport and unloading.
4. Attach all flagging and signage required for the type of load.
5. Have the necessary permits, pilot cars, etc. before moving oversize or overweight loads.

Precautions must be taken to prevent accidents, injury or damage while unloading materials at the delivery site. To insure against physical harm and property damage, the following guidelines are to be observed:

1. **Authorization:** Only those drivers trained and authorized to use dumping equipment are allowed to dump loads.
2. **Bystanders:** Keep all bystanders completely clear of the unloading area. Extra attention needs to be paid to children, since they are naturally curious but are unaware of the possible dangers.
3. **Side and Rear Clearance:** Always allow lots of clearance between the load to be dumped and any buildings, building foundations, vehicles or other objects in the area. Banding can break, material can slide out of the bundle and units can slide or fall to the die when being dumped. Always allow plenty of room for a less than perfect result.
4. **Overhead Clearance:** Always check for overhead wires, tree limbs and building eves **BEFORE** entering a delivery site. A tall load or raised bed can easily catch and damage overhead objects.
5. **Uneven Ground:** Make sure the ground is even where you plan to dump the load. Uneven ground can cause units to break or tip (and banding to break) and can apply potentially damaging (twisting) forces to the truck bed and/or hydraulic components.
6. **Don't Trust Your Mirrors:** Before backing into a delivery site, get out of the vehicle and walk the route you will be backing into. Familiarize yourself with the area and check for obstructions, ditches, wires, bad ground, etc.

7.  **Don't Rely Solely on the Directions of Others:** Well meaning individuals may try to give you directions for backing, dumping or placing of loads. Do not let their directions substitute for your best judgment or keep you from doing the things the way you know they should be done. Often times others don't know what to look for. **YOU *are ultimately responsible for the actions you take.***

8.  **Lift Beds and Gates:** Caution must be exercised to keep hands and other body extremities from being caught in the lifting mechanisms and "pinch points". Do not walk or stand under a raised dump bed.

9.  **Damage to Property:** Anytime damage to materials or property occurs during a delivery, no matter how small, report it immediately to your supervisor or branch manager and the owner or supervisor of the site. Do not take it upon yourself to make arrangements for resolving the problem or agree to anything. Always let your supervisor or branch manager know if the customer has offered or suggested a particular resolution.

## On the Road

Always determine your route in advance so you can devote your full attention to traffic and driving conditions while on the road. When driving, obey all traffic laws and regulations, drive thoughtfully and courteously, plan ahead, and always use your good judgment and common sense. Following are a few important rules to follow:

**Speed:** You must operate your vehicle within the legal speed limit at all times. Your speed should be reasonable and prudent considering the weather, other traffic, condition of the road and intersecting side roads.

**Passing Vehicles:** Due care in passing should be the watchword at all times as it is difficult under any condition to estimate the speed of an approaching vehicle and be sure you have adequate space and time to return to your proper lane. You should never take a chance passing when your view of the road ahead is totally or partially blocked. Remember that traffic laws prohibit passing on bridges, at railroad crossings and intersections and on viaducts and underpasses.

**School Buses And School Zones:** Use caution when approaching a school bus. You are required to slow down and stop when approaching or overtaking a school bus when you see flashing amber or red lights. Use extreme caution in school zones and always reduce your speed when school zone lights are flashing.

**Following Other Vehicles:** Always keep ample distance between you and the next vehicle. When following other vehicles, you must operate at a distance that will enable you to make a smooth, complete stop under any (even unexpected) conditions. NEVER TAILGATE.

**Stopping:** When preparing to stop, check the position and speed of vehicles behind you. Make it a habit to reduce your speed soon enough so the driver behind you will have no doubt as to your intentions. This will not only prevent accidents but will also save excessive tire and brake wear.

**Pedestrians:** Pedestrians always have the right-of-way. Never take it for granted that they see you! If necessary, warn them by using your horn.

**Turning At Intersections:** Give sufficient advance warning of your intentions to turn by signals and position of your vehicle. Additional advance signaling and positioning is necessary when making a right hand turn with a combination unit.

**Stopping And Parking On The Roadway:** Avoid parking your vehicle on the traveled portion of the highway. If possible, pull off on a suitable surface out of the lane of traffic. If you find it impossible to park off the highway or entirely out of the lane of traffic, every effort must be made to leave as much of the roadway clear as possible for other traffic. Place emergency- warning devices in position at once and turn on four-way flashers.

**Parking On Hills And Inclines:** If you find it necessary to stop or park on a hill or incline, you are to:
Set the parking brake.
Put the truck in gear if the engine is to be turning off.
Block the wheels.
Set micro-locs in conjunction with other braking systems if the engine is to be left running.

**Backing:** If your view is obstructed while backing a vehicle, you are to use a backer. If in doubt, get out of your vehicle and check your intended route. You alone are responsible.

**Soft Shoulders:** Soft shoulders are dangerous and often not obvious. Do not drive on the shoulder of the road.

**Drive defensively:** Adjust your driving to the existing conditions. Always be aware of the other driver and assume he will NOT do the right thing. Watch for children, pets and other unexpected objects and occurrences in the road.

02/10/04

A safe driver always adjusts to road and weather conditions. The following conditions require extra attention:

1. **Rain:** When driving in rain:
   - Reduce your speed. Roadways may be slick, stopping distances are increased and hydroplaning could cause loss of control.
   - Apply brakes carefully and further in advance.
   - Be aware of reduced visibility.
   - Drive with headlights on.
2. **Fog:** In fog, be sure to use all available lights on your vehicle, keeping headlights on low beam.
3. **Snow And Ice:** Snow and ice can obviously cause roads to be slick and hazardous.
   - Reduce your speed.
   - Apply brakes carefully and further in advance. Pump brakes to maintain control while stopping on slick surfaces (unless the vehicle is equipped with an anti-lock braking system.)
   - Watch for "black ice" on roads when temperatures are below freezing.
   - Increase following distance and plan maneuvers further in advance.
4. **Tire Chains:** Every vehicle is equipped with chains. It is your responsibility to use them whenever conditions dictate. Don't take chances in the interest of saving time or effort. The consequences of not using chains when they are called for can be severe.
5. **Dry, Clear Conditions:** Don't "override" your ability or the vehicle limitations. This applies to ideal as well as poor weather conditions. Statistics show that 85% of all accidents happen under ideal weather conditions.

## Hand and Power Tools

Lumbermens utilizes a wide variety of saws and power tools in our operations. All of this equipment is potentially dangerous if not operated properly. Safeguards are provided for all equipment as required by OSHA. It is your responsibility to see that guards are kept in place and used at all times.

Safety precautions and good housekeeping in and around woodworking equipment (table saws, rip saws, drum sanders, planers, etc.) are required at all times. Your supervisor will insure that you receive instruction on the proper use of power tools that you may be required to operate. Your supervisor will inform you of the personal protective devises such as respirators, safety glasses, and hearing protection that you are required to wear while operating the equipment.

Never operate any hand or power tools for which you have not received instruction or do not have the proper safety equipment. **UNDER NO CIRCUMSTANCES ARE CUSTOMERS ALLOWED TO OPERATE LUMBERMENS EQUIPMENT.**

The following are some general rules for the use of hand and power tools:

1. You are responsible for checking the condition of tools and equipment before using it. Report any unsafe equipment to your supervisor or branch manager immediately.

2. Never use hammers with broken or cracked handles, chisels and punches with mushroomed heads or broken wrenches.

3. Most hand-held power tools must be equipped with a deadman control so that the power is automatically shut off whenever the operator releases the control.

4. Portable circular saws must be equipped with guards above and below the base plate or shoe. The lower guard must retract when the blade is in use, and automatically return when the tools are withdrawn from the work.

5. All hand-held portable electrical equipment must be grounded by means of a separate ground wire or be double insulated and identified as such.

The downstream pressure of compressed air must remain at a pressure level below 30 p.s.i. whenever the nozzle is dead ended and then only when effective chip guarding and personal protective equipment are used. Compressed air should not be used for cleaning.

## Chain Saws

Follow the saw manufacturer's instructions for safe operation and maintenance. Chains must be kept sharp and the tension correct. The idling screw must be adjusted so that the chain stops when the throttle is released. Always keep the chain lubricant reservoir filled and the chain adequately lubricated.

Carry the saw with the motor stopped and the guide bar to the rear. Never start a saw when it's on your knee. Always start and handle an operating saw with BOTH HANDS. An anti-kickback safety device, which will automatically stop the blade in the event of a kickback, should always be installed and operable.

Store fuel only in approved containers. Let motor cool before refueling. Wipe spills off motor immediately. Refuel in an area with a fire extinguisher available if possible. DO NOT SMOKE while refueling.

## Welding & Cutting

It is required that:

1.  All cylinders be kept away from radiators and other sources of heat.
2.  All cylinders stored inside buildings are to be located in a protected, ventilated, dry location, at least 20 feet from highly combustible materials and away from elevators, stairs, or gangways.
3.  When cylinders are not connected for use, valve protection caps are to be screwed onto the cylinder.
4.  Oxygen cylinders are to be stored a minimum distance of 20 feet from combustible materials and other cylinders.
5.  All cylinder valves are to be closed when work is finished. Where a special wrench is required, it must be left in position on the stem of the valve while the cylinder is in use so the fuel-gas flow can be quickly turned off in case of emergency. In case of manifold or coupled cylinder, at least one such wrench must always be available for immediate use.
6.  All cylinders are to be marked to identify contents.
7.  It is good practice to secure all cylinders with lashing or chains.
8.  Acetylene must not be utilized at a pressure in excess of 15 p.s.i.
9.  Indoor storage of compresses Liquefied Petroleum Gas (LPG) is limited to a total capacity of 2,000 cubic feet or 300 pounds.
10. Hoses showing leaks, burns or worn places are to be replaced or repaired before use.
11. All users of welding equipment are to be properly trained.
12. Cutting or welding is not permitted in the presence of explosive atmospheres or where combustible dusts are present.
13. Periodic inspection of all welding equipment must be made by qualified maintenance personnel. Inspection records must be maintained.
14. Fire extinguishing equipment is to be maintained and readily available.
15. Ventilation must be used while welding.
16. Personal protective equipment is provided and must be worn when welding.

1. Since no guard is entirely foolproof, your hands must be kept out of the line or cut when feeding a table saw. When ripping with the blade near the fence gauge, a push stick must always be used to complete the cut.
2. Adjust table saw blades to expose the least amount of the saw blade possible above the table to make the cut. The lower the blade, the less chance for kickbacks. Always stand and keep others out of the line of the stock being ripped.
3. Never saw freehand with a circular table saw. Such freehand sawing is always dangerous. The stock must always be held against the fence guide.
4. The saw and blade must be appropriate for the job. For instance, it is an unsafe practice to rip with a crosscut blade or to crosscut with a rip blade.
5. The dangerous practice of removing a hood guard because of narrow clearance between the fence guide and blade can be avoided by clamping a filler board to the table between the gauge and the blade; using it to guide the stock.
6. Avoid crosscutting long boards on a table saw. Long stock should be crosscut on a radial arm saw.
7. In order to set the fence of a table saw without removing the guards, make a permanent mark on the tabletop to designate the line to cut. Work that should be done on special power-fed machines should not be done on general purpose hand-fed machines.
8. Never adjust a saw while it is running.
9. A brush or stick should be used to clean sawdust and scrap from a saw.
10. You are REQUIRED to wear safety glasses while sawing. Shirt sleeves should be rolled up and gloves not worn to avoid them being entangled by the saw blade.

## Loss Prevention

Lumbermens has an active loss prevention program to minimize losses due to shoplifting by customers, employee theft, unexplained inventory shortages, break-ins, etc. Please report suspicions of theft by employees or customers to your manager. All such reports will be held strictly confidential. Losses due to theft of money or merchandise deprive the company of income, which might otherwise be used to increase salaries, benefits and improve our branches. To assist our efforts to prevent loss, you must be completely fair and honest in every transaction you conduct with our customers, suppliers, and fellow employees. You are expected to be alert at all times and report any dishonesty or behavior contrary to the best interests of our company to your manager or a company executive. Specific loss prevention procedures and information regarding shoplifting, cash security, receiving, deliveries, and other areas of security must be observed at all times. We appreciate the full cooperation of all employees in regard to our loss prevention policies and procedures. Failure to adhere to Lumbermens security policies will result in disciplinary action. Additional information is located separately in Lumbermens Security Statement, which all employees must read and sign.

## Weapons Policy

In order to provide a safe work environment employees are not allowed to bring firearms on company premises. Additionally, other weapons, including knives that are not specifically used in the course of business are not allowed.

## Tobacco Usage

For the health and well being of our employees, Lumbermens is tobacco-free at all facilities. This means we require our employees, as well as our customers, to refrain from smoking or chewing in any of our facilities except for those designated as areas for tobacco usage.

We believe the nature of our business requires strict limitations on tobacco. No employee may smoke or chew in business offices, the store, warehouse, yard, in company vehicles, on job sites, or on deliveries. Many people find smoking or chewing tobacco offensive and annoying. Since our business is serving the public, we want to avoid those situations, which may create discomfort for our customers.

Tobacco use is only allowed during breaks and lunch periods in designated areas.

Good housekeeping not only improves the appearance of our work environments, but also helps prevent fires, accidents and personal injuries. Housekeeping is not one employee's sole responsibility; it must be shared by everyone and is a team effort. You are responsible for keeping your work area clean and neat at all times.

## Solicitation and Distribution

We believe that employees should not be disturbed or disrupted in the performance of their job duties. For this reason solicitation of an employee by another employee is prohibited while either person is on working time. The only exception to this rule may occur during an annual United Way Fund drive or another solicitation for a charity specifically authorized by Lumbermens. Solicitation by non-employees on company premises is prohibited at all times.

Distribution to employees and non-employees of advertising material, handbills, printed or written literature of any kind in working areas of our company is prohibited at all times.

## Off Duty Access

Employees are not permitted to enter our facilities after closing hours, unless specifically authorized by the manager. Employees are allowed access only to public areas during their off duty hours.

## Removing Company Property from Premises

Employees who remove company property from the premises with the manager's permission, are responsible for that property. If it is damaged, lost or stolen it will be repaired or replaced at the employee's expense. This includes physical items such as vehicles and tools as well as intellectual information such as computer software or company data. Consider all information, including but not limited to any customer information, product information, employee information, computer information, or any other company data to be of a confidential nature, about our business that is not generally known to the public or to our competitors as confidential. Example: An employee takes a tool home. The tool is stolen from the employee's personal auto or residence. The employee or the employee's insurance is responsible for replacing the tool. You are reminded of your duty not to disclose or use Lumbermens confidential information for your own benefit.

## Company Vehicles

An employee authorized to drive a company vehicle on a public highway must have sufficient training and experience to safely operate the vehicle, be at least eighteen years old, and have a currently-valid State driver's license. When using a company vehicle you are expected to exercise care, follow all operating instructions, safety standards and guidelines. If their license is suspended or revoked, the employee must immediately notify his or her supervisor. The employee will not be allowed to operate a company vehicle until their driver's license is reinstated.

You are expected to obey all traffic laws and show courtesy to others while driving company vehicles. Company vehicles must be kept clean and in safe condition. You are responsible for reporting any repairs or service, which may be needed. You will be responsible for any traffic tickets while you are operating a company vehicle, unless it pertains to an equipment violation, which should have been repaired by the company. Any personal use of a company vehicle must be authorized by the manager.

All CDL truck drivers must pass state physical and written examinations and a road test consistent with the Department of Transportation rules and regulations. All CDL truck drivers will be subject to random drug and/or alcohol testing, as a condition of employment. The number of employees selected for drug and/or alcohol testing will be consistent with the Department of Transportation rules and regulations.

If a truck driver's license is suspended, he or she may be transferred to a non-driving position, at that position's pay. If a position is not available, the employee will be placed on a leave of absence without pay until he or she is qualified to drive a company vehicle.

Lumbermens has an annual award program for all full-time truck drivers who have no chargeable accidents or traffic tickets while driving a company vehicle, and no on the job recordable injuries during the year.

02/10/04

We provide parking areas for our employees. These areas are generally on or adjacent to our premises. You may receive a designated spot. If so, please use the space assigned to you. In this way we ensure a traffic pattern best suited for the employees and customers. You may be asked to park off the premises during a sale or other promotional event. Your cooperation will be appreciated. Lumbermens is not responsible for your vehicle or its contents.

## Guidelines for Appropriate Conduct

Lumbermens is involved in a highly competitive business in which we rely on all employees to maintain a high standard of achievement. The success of the company is directly connected to the individual's performance and, therefore, all employees must respect co-workers and the company and abide by certain rules of conduct based on honesty, good taste, fair play and safety. This is essential if everyone is to work together efficiently and effectively. All employees will appreciate your spirit of cooperation.

Generally, no conduct which is unethical or illegal will be tolerated by Lumbermens.. Although it is not possible to provide a complete list of all types of impermissible conduct, the following are examples of conduct, which will lead to disciplinary action:

- Violation of company policy or procedure
- Sabotage, destruction, careless waste or misuse of company property or equipment
- Dishonesty, theft or withholding information regarding theft, or unauthorized removal of company funds or property
- Failure or refusal to carry out assignments or directives from a supervisor or any member of management.
- Fighting or horseplay while on company premises
- Falsification of any work, timecards, personnel, or other company records
- Absence or tardiness without notification
- Discrimination against or harassment of co-workers or customers
- Possessing alcohol, illegal drugs, or drug paraphernalia, soliciting, purchasing, selling, consuming, or being under the influence of alcohol or illegal drugs at work, in a company vehicle, or on company premises
- Tobacco use or eating in unauthorized areas
- Sleeping or loitering during assigned work periods
- Failure to observe safety or security rules or procedures
- Failure to report an accident to an individual or to a company vehicle
- Unauthorized release of company information or unauthorized reading of confidential information
- Lending or giving keys or other equipment to any person not authorized by management to receive such equipment or keys
- Using company property, equipment or other company assets for unauthorized personal use
- Failure to maintain a neat, clean, businesslike appearance.

The above list in not all-inclusive. Other behavior may also be grounds for disciplinary action. Disciplinary action can range from a verbal warning, written record of discussion, suspension without pay, to termination, depending on management evaluation of the seriousness of the conduct.

Lumbermens has a fundamental interest in maintaining a working environment, which is safe and healthful. We recognize that the physical and psychological well being of our employees is a vital prerequisite in preserving an environment that is conducive to the success of Lumbermens. Employees who are under the influence of drugs or alcohol on the job pose a serious safety and health risk to themselves as well as jeopardize the safety and well being of coworkers and the public we serve. We understand and accept our obligation to provide a safe and healthy work environment for our employees and to protect company property, equipment, and operations.

Consistent with this philosophy, we believe there is no place in the work environment for the use, possession, or distribution of illegal drugs or drug paraphernalia or the abuse of alcohol or other legal drugs or intoxicants. With this in mind, we have established a comprehensive Drug and Alcohol Free Workplace Policy, the summary is below. Please take the time to read and understand it. A complete copy is available at your location upon request should you have questions or want further clarification.

If you feel you may have a problem with drugs or alcohol, we strongly encourage you to seek professional help. Your store manager or the Human Resources Manager at Division Headquarters will assist you in obtaining help through a referral to a substance abuse professional. You may refer to the company's medical benefit plan regarding Chemical Dependency Treatment as appropriate.

It is the responsibility of every employee to create a drug free working environment at Lumbermens. Your efforts will secure a safer, healthier work place for our customers and our fellow coworkers.

## LUMBERMENS DRUG AND ALCOHOL FREE
## WORKPLACE SUMMARY

Lumbermens is committed to providing a safe, healthy and productive work environment for employees as well as the customers we serve. We consider the use of illegal drugs and/or alcohol in the workplace to be unhealthy and unsafe. Therefore all employees are required to comply with, as a condition of employment, the following policy and program:

1. Employees are prohibited from using or being under the influence of alcohol or illegal drugs during work hours.

2. Employees are prohibited from possessing, distributing, soliciting, purchasing or selling alcohol, illegal drugs or drug paraphernalia during work hours, while performing Lumbermens business, when on Lumbermens property or in any manner which may be detrimental to the interest of Lumbermens, its employees, and/or customers.

3. No prescription drugs will be used by or be in the possession of any employee during work hours other than the employee for whom it is prescribed.

4. An employee using prescription or non-prescription drugs that may adversely affect their performance or safety must notify their manager or supervisor immediately. Lumbermens reserves the right to have a physician determine if a prescription drug or medication produces hazardous side effects and may restrict the activities of the employee.

5. The commission of a felony related to the use, possession or sale of an illegal drug or controlled substance by any employee may result in immediate dismissal.

6. Employees are prohibited from using alcohol or non-prescription drugs for eight hours following an accident in which the employee may be subject to post accident drug and alcohol testing.

Violation of the above rules will result in disciplinary action up to and including termination.

To support the above policy, a drug and alcohol testing program has been adopted which includes the following components:

1. **Pre-Employment Testing.** As a condition of employment, all successful applicants are subject to a drug test prior to starting work.

2.  **Random Testing**. On or after this is, and as a condition of continued employment, CDL driver's are subject to unannounced, random drug and alcohol testing. The number of employee ected for drug and/or alcohol testing will be consistent with the Department of Transportation rules and regulations. Random selection means that every CDL driver has a substantially equal chance of selection.

3.  **ICC Physical**. Driver subject to D.O.T. regulations may be required to submit to drug and alcohol tests in conjunction with their periodic ICC physical examination.

4.  **Reasonable Suspicion**. Any employee who is reasonably suspected of using an illegal drug or being under any influence of drugs or alcohol while in the work place will, as a condition of continued employment, be subject to drug and alcohol tests.

5.  **Post Accident**. Any employee directly involved in or who contributed to a serious on-the-job incident will be subject to drug and alcohol tests. A "serious" incident is defined as one, which results in a fatality, requires medical treatment away from the work or accident site, this includes workers compensation, or results in a vehicle being damaged to the extent that it cannot be operated safely without repair (or is towed from the scene). **If the employee's performance was negligent and is known to have contributed to the incident, a drug and alcohol test must be taken. Be sure and have someone drive the employee to the drug collection facility.**

6.  **Return to Duty**. A program of six (6) unannounced drug and/or alcohol tests in the next twelve (12) month period will be implemented for an employee who has returned to duty after a positive drug or alcohol test or as a part of a rehabilitation program. The six tests are paid by the employee.

**Employees are required to report to the collection site immediately after being notified that they are to be tested.** Failure to report without a verifiable defense or refusal to submit to the drug or alcohol test will result in disciplinary action up to and including termination.

The drug testing program consists of urine testing for the following five specific classes of drugs: (1) cocaine, (2) amphetamines, (3) opiates, (4) cannabinoids (THC), (5) phencyclidine (PCP). All testing will be performed by laboratories accredited by the Division of Health and Human Services (DHHS) and will follow the "split-sample" criteria currently defined by the Federal Highway Administration, D.O.T.

The results of positive tests will be reported to and reviewed by a Medical Review Office (MRO). An MRO is a licensed physician, either M.D. or D.O., with certification and experience in the field of substance abuse disorders and substance abuse testing. The MRO will review and interpret the test results with the employee as well as explore and verify alternate medical explanations for the drug testing results. If the employee fails to provide an adequate defense for the positive test result or refuses to discuss the results of the positive test with the MRO within five (5) days of being contacted, the MRO will proceed with the positive verification. If after an appropriate investigation the MRO can establish and affirmable defense for a positive test, such tests will be verified as negative. The MRO will report all test results to the Lumbermens Human Resources Manager.

The MRO will advise the employee or candidate of a positive report being forwarded to Lumbermens. The employee or candidate may request, in writing, within 72 hours of being notified by the MRO that the second half of the split sample be sent to another accredited laboratory for purposes of reconfirming the results of the initial testing. The written request must be given to the Human Resources Manager who will coordinate with the MRO for the second test. In the event of a confirmed positive result, the cost of the second test and medical review will be the responsibility of the employee or candidate. Disciplinary action will be withheld pending the results of the second test for a current employee. A negative report on the second test will be verified as negative by the MRO and entered as such for record keeping purposes. All testing and reporting of results will be handled in the strictest of confidence.

## DISIPLINARY ACTIONS AND REHABILITATION

Any employee (full-time, part-time or temporary) found to be in violation of this policy and program will be subject to immediate disciplinary action up to and including termination. To minimize disciplinary action, Lumbermens strongly encourages employees with substance abuse problems to seek voluntary rehabilitation before it affects his or her job performance. You may contact the Human Resources Manager for assistance. Such assistance must be requested prior to a drug or alcohol related incident or positive drug or alcohol test.

**ALCOHOL:** Employees testing .04 Blood Alcohol Content on a random (CDL driver's only) or reasonable suspicion alcohol confirmation test will be suspended without pay for a minimum of eight scheduled working hours and can return to duty no sooner than 24 hours after the confirmation tests. A second alcohol test of .02 to .039 within two years will be treated as a test result of .04 or greater. Employees who test .04 or greater will be suspended for a minimum of 40 scheduled work hours and referred to a substance abuse professional. The employee will not be allowed to return to work until:

1. Evaluated by a substance abuse professional
2. The employee is in compliance with the recommended program set up by the substance abuse professional.
3. A negative breath alcohol result has been reported to the Human Resources Manager.

Failure of the employee to accept referral or complete a recommended treatment program will result in disciplinary action up to and including termination. A second positive alcohol test of .04 or greater or a third alcohol test of .02 to .039 in a two year period will result in immediate termination. An employee who has tested positive for drugs or alcohol twice in a two-year period may reapply and be considered for employment two years after their termination date. The Human Resources Manager and Operations Manager will be directly involved in the rehiring decision.

**DRUG:** Employees who test positive for drugs on a random (CDL driver's only) or reasonable suspicion test will be suspended without pay and referred to a substance abuse professional. The employee will not be allowed to return to work until:

1. Evaluated by a substance abuse professional.
2. The employee is in compliance with the recommended program set up by the substance abuse professional.
3. A negative drug result has been report to the Human Resource Manager.

A second positive drug test in a two-year period will result in immediate termination. An employee who has tested positive for drugs or alcohol twice in a two-year period may reapply and be considered for employment two years after their termination date. The Human Resources Manager and Operations Manager will be directly involved in the rehiring decision.

**ICC PHYSICAL:** Drivers subject to D.O.T. regulations may be required to submit to drug and alcohol tests in conjunction with their periodic ICC physical examination.

**POST ACCIDENT:** In the event of a positive post accident drug or alcohol test the employee will be terminated without the possibility of rehire.

**Gifts and Gratuities**

We believe that the practice of accepting gifts or gratuities is undesirable and contrary to the public interest when it is excessive and it does not serve the interest of our organization, our employees, our customers, or our supplier.

Employees may not personally retain cash gifts from brokers, suppliers, vendors or other persons who do business with Lumbermens. Any such gifts received must be forwarded to the manager who will forward them to the Division Headquarters. No employee of Lumbermens shall receive a gratuity in any form or fashion of other than nominal value. Specifically, our employees are forbidden to receive any gifts of other than an advertising nature and are not to participate in any type of entertainment other than on an occasional basis and only when nominal values or services are involved. In the case of gifts at holiday time, employees and officers may accept only inexpensive advertising materials or gifts of nominal value. Suppliers should be encouraged to make a contribution to a worthy charity of their choice in lieu of a gift other than nominal value.

**Social Activities**

Lumbermens sponsors social and recreational functions where employees, friends and family have the opportunity to become better acquainted on an informal basis. Everyone is encouraged to participate in these activities. However, in the interest of safety, no alcoholic beverages of any kind will be provided by or paid for by Lumbermens.

**Civic Activities**

Lumbermens believes that employee participation in civic affairs and membership in community organizations and service groups should be encouraged. Subject to approval of Corporate Management, the company may pay for membership and incidental expenses incurred in your civic activities.

## Disaster Planning Dealing with the Media

In the event of a disaster such as a building collapse, fire or accident that causes injury or death, it is vital that only authorized company spokesmen talk to the media or emergency personnel. Regardless of the magnitude of the event, if media is involved a company spokesperson is the only person authorized to make statements.

Authorized spokespersons are the Branch Manager, the District Manager and the Human Resources Manager at Division Headquarters.

Please advise anyone asking you questions that company policy requires that employees do not make comments unless specifically authorized by one of the above individuals.

## If You Must Leave Us

We anticipate that your association with Lumbermens will be pleasant. However, should you find it necessary to leave us, we ask that you provide your supervisor with as much notice as possible to assure a smooth transfer of your job responsibilities. Your thoughtfulness will be appreciated and will be noted favorably on your employment records. Your final paycheck will be made available to you in accordance with state law.

All company property must be returned by the employee. In addition, the employee will be asked for written authorization to withhold from the final paycheck any money owed to Lumbermens.

A former employee may be considered for re-employment, depending on past work performance with Lumbermens. If you are rehired after a break in service of more than thirty days you will be considered a new employee. Your benefits, if hired full-time, will start after the normal sixty day introductory period, and you will not receive credit for past service.

## A Few Closing Words

We are glad to have you with us and hope this handbook answers most of your questions. We want you to be successful at your job with Lumbermens.

Please keep this handbook for future reference. Benefits, policies and practices may be changed from time to time, at the company's discretion. You will be informed of such changes through your supervisor, written correspondence, or company bulletin boards.

You are an important part of this company. It is through our combined hard work, good ideas, and sense of teamwork that we achieve success. We at Lumbermens believe in a work environment that is open and honest, where all people are treated with respect and dignity, and where new ideas and suggestions for improvement are encouraged.

You are now an important part of our team. We hope that you will enjoy working at Lumbermens.

# Exhibit C

# LUMBERMENS

# Employee Handbook

## California

# TABLE OF CONTENTS

**INTRODUCTION**
Introduction to Our Handbook                                    2
Short History                                                  2
Lumbermens' Ethics                                             2
Suggestions, Questions And Concerns                            3
Equal Opportunity Employment                                   3
A Word About Unions                                            3
Nondiscrimination Against & Accommodation                     3
of Individuals With Disabilities
Anti-Harassment Policy                                        4

**EMPLOYMENT**
Introductory Period of Employment                             5
Employee Classifications                                      5
Your Personnel Record                                        5
Your Supervisor                                              5
Fitness for Duty                                            8
Attendance and Punctuality                                  6
Your Working Hours                                          6
Rest and Meal Period                                        6
Overtime                                                    6
Recording Work Hours                                        6
Your Paycheck                                               7
Appraisal of Performance                                    7
Compensation Review                                         7
Advancement                                                7
Training and Educational Assistance                        7
Employee Award Programs                                     8
Service Awards                                              8

**ABSENCE FROM WORK**
Holidays                                                    8
Vacations                                                   8
Sick Leave Pay                                              9
Personal Leave                                              9
Family Leave                                               10
Bereavement Leave                                          10
Jury Duty/Witness Leave                                    10
Disability Leave                                           11
Military Leave                                             11
Emergency Leave                                            11
Layoff                                                     11

**Benefits**
Medical and Dental Insurance                              12
Life/Accidental Death and Dismemberment Ins.             12
Long-Term Disability Insurance                           12
Flexible Spending Accounts                               12
Retirement 401k Plan                                     12
Workers' Compensation Insurance                          13
Social Security                                           13
Unemployment Compensation                                13

**PERSONNEL POLICIES AND PRACTICES**
Appearance                                               13
Credit Union                                             13
Employee Purchases                                       13
Customer Relations                                       14
Customers are our Bosses                              14 - 15
Effective Telephone Techniques                       16 - 17
Telephone and Fax Use                                    17
Cellular Phone Confidentiality                           17
Email and Internet Policy                                17
Electronic Data Policy                                   18
Computer Security                                        18
Outside Employment                                       18
Employment of Relatives                                  18
Confidential Information                                 19
Safety Equipment and Gloves                              19
Safety and Health                                        19
Safety Policies & Practices                           19 - 29
Loss Prevention                                          29
Weapons Policy                                           29
Tobacco Usage                                            29
Housekeeping                                             30
Solicitation and Distribution                            30
Off Duty Access                                           30
Removing Company Property From Premises                  30
Company Vehicles                                          30
Parking                                                  30
Guidelines for Appropriate Conduct                       31
A Drug and Alcohol Free Workplace                     31 - 33
Gifts and Gratuities                                     34
Social Activities                                        34
Civic Activities                                         34
Disaster Planning Dealing With The Media                 34
If You Must Leave Us                                     34
A Few Closing Words                                      34
Receipt of Employee Handbook                             35
Email and Internet Policy Acknowledgement               35
Drug and Alcohol Free Workplace Acknowledgement        35

# Welcome to Lumbermens Team

As you begin your job on the Lumbermens team, let me extend to you a warm and sincere welcome. You are a part of an outstanding and financially strong company, a leader and innovator in the industry.

Our growth and success are a result of our desire and your commitment to serve our customers' needs.

## THE LUMBERMENS DIFFERENCE: CUSTOMER SERVICE

Many companies promote customer service, but few actually meet their customers' expectations. We believe that customer service is the hallmark of Lumbermens. Our customer service sets us apart from the competition. When customers shop for building materials, they have many stores to choose from. Why do they come to Lumbermens? It is not always price and we are not always on their way home. Customers keep coming back to Lumbermens because of customer service; because of you.

As a company, we spend substantial time and energy in creating a positive image in the minds of our customers. Our employees are committed to quality customer service. The net result of this effort is that we are the store of choice for building materials because we have successfully differentiated ourselves from the competition in the most important area – we provide exceptional customer service. Lumbermens is looking to our employees to ensure that our advertised promise of quality customer service is met.

That Lumbermens brand of customer service is built around a positive attitude. We recognize that our business is technical and it is difficult for new employees to be completely versed about the features, advantages and benefits of the products we sell. We offer frequent product knowledge training programs and encourage all employees to participate in order to develop their professional selling skills.

We also understand that each and every business day presents situations which challenge our abilities to provide the service our customers expect. However, your genuine willingness to help the customer with a smile on your face will overcome any situation. New and old customers alike will become loyal supporters of Lumbermens and will turn to you for the solutions to their building material problems.

This entire cycle begins and ends with you. Our success as a company is directly linked to the seemingly insignificant details of saying "Good morning. What project are you working on today? And Thank you for shopping at Lumbermens." Our customers don't care how much you know, but they want to know how much you care.

You are an important part of this company. It is through our combined hard work, good ideas, and dedication to teamwork that we achieve success. I encourage you to strive to do your best. By working together as a team, I am confident that the future will be both productive and prosperous for all of us.

At Lumbermens, we have been building solutions for our customers for more than a century. We stand behind the products we sell. We are very proud of our entire team who have earned the reputation of being #1 in customer service in the Northwest.

Take pride in the fact that you make a difference. You are now a Lumbermens customer service representative.

Welcome to the TEAM,


M. David Dittmer
President

# Introduction to Our Handbook

You may have questions about your duties, your benefits and the general operation of our company. We have prepared this handbook as a guideline to assist you in finding the answers to questions that you may have. Every effort has been made to make this handbook as comprehensive as possible. However, it cannot answer all questions or anticipate every situation.

Neither the policies contained in this employee handbook, nor any other written or verbal communication by a manager, are intended to create a contract of employment or warranty of benefits.

Our company adheres to the policy of employment-at-will, which permits the company or the employee to terminate the employment relationship at any time, with or without cause or notice, for any reason.

In order to retain necessary flexibility in the administration of policies and procedures, the company reserves the right to: modify, rescind, delete or add to the provisions of this handbook from time to time, at its sole discretion.

Please read it carefully and keep it for future reference.

## Short History

Lumbermens roots go back to 1895 when Simpson Timber Company opened a store called Lumbermens Mercantile for its employees at their mill in Shelton, Washington. Over the next seventy years, the store in Shelton flourished with the growth of the area. In 1965 Robert Slettedahl purchased the store from Simpson Timber Company and transformed Lumbermens into a complete building material center.

Lumbermens has grown steadily in recent years and has become one of the largest building material suppliers in the Northwest. Our products and services are used by retail consumers, building contractors, and commercial/industrial users throughout Washington, Oregon, Idaho, Arizona and California. In addition to typical building material centers, Lumbermens operates a network of truss and millwork manufacturing facilities, distribution centers, a shell home construction division and a Pro Services division.

Lumbermens is a part of the Lanoga Corporation based in Redmond, WA. Lanoga is a privately held company, which owns and operates four other divisions: Spenard Builders Supply, in Alaska, United Building Centers in the Midwest, Home Lumber in Colorado and Dixieline in San Diego, California. We have much in common with our sister divisions and interface closely at various levels.

Our heritage is in the strength of the people who were before us. Men and women whose energies and enthusiasm built a company whose roots provided the foundation for the future. It is our responsibility to continue to move Lumbermens forward with the same dedication to excellence as our forefathers.

## Lumbermens Ethics

Lumbermens is proud of its reputation for total honesty and fairness in all business matters. Each Lumbermens employee shares in an obligation to maintain this reputation in all relationships with customers, vendors, competitors, and other business contacts. All employees are hired and compensated by Lumbermens to perform assigned work in a conscientious manner.

We expect all of our employees to act (a) in accordance with the law, (b) with complete regard for Lumbermens rights, interests, and ethical responsibilities, (c) to protect their own good reputation and also that of the company, and (d) to carefully avoid any dealings or situations in which the employee's own interests conflict or might be thought of as conflicting with the interests of Lumbermens.

When in doubt about any ethical concerns, the best approach is to discuss the situation with your supervisor or Human Resources Manager.

Lumbermens recognizes the rights of all employees to engage in activities outside the company which (a) are legal, (b) do not interfere with the performance of assigned tasks, (c) do not involve misuse of Lumbermens influence or assets, and (d) do not involve risk to Lumbermens reputation.

We encourage your suggestions, which are intended to improve our operations and procedures. Should you have a suggestion, give it in writing to your supervisor or forward your suggestion to the Division Headquarters. A suggestion made and implemented which increases profits, will go into your personnel file and becomes part of your record. It may also result in special recognition from the company.

If you have a problem or a question, you should discuss the situation with your immediate supervisor. You and your supervisor work closely on a day-to-day basis and our experience has shown that most problems can be solved at this level. We encourage you to speak honestly and openly with your supervisor.

If you feel that your problems have not been dealt with fully, or if for some reason you do not wish to discuss your concern with your supervisor, meet with the next higher level of management. He or she will review your problem and discuss possible resolutions. Finally, if you still feel the matter is not resolved satisfactorily, you may speak to a company officer at Division Headquarters.

We are anxious to hear from you. You will find that every management person in the company is willing to listen to your suggestions, questions and concerns.

## Equal Opportunity Employment

Lumbermens is an equal opportunity employer. Employees and applicants for employment will not be discriminated against on the basis of race, color, religion, sex, national origin, age, marital status, pregnancy, disability or any other basis prohibited by local, state, or federal laws. In addition, Lumbermens complies with applicable state and local laws governing nondiscrimination of employment in every city in which Lumbermens has facilities. This policy applies to all terms and conditions of employment, including but not limited to, recruitment, hiring, placement, promotion, classifying, termination, layoff, recall, transfer, leaves of absence, compensation, policies, and is dedicated to fair and impartial employment practices.

In addition to the above, sexual orientation, medical condition (cancer), pregnancy, childbirth, or related medical condition, political activity and ancestry are protected classes in California. It is also an unlawful business practice for an employer to refuse to permit an employee to wear pants on account of the sex of the employee.

Our goal is to maintain a satisfied and productive team of employees. We firmly believe that every person has the right to be treated with dignity and respect. We believe that the key to having a happy, satisfied and productive work force is effective leadership by supervisors and fair and nondiscriminatory personnel policies.

## A Word About Unions

At Lumbermens, every member of the management team is committed to our philosophy of impartial treatment of employees at all times. You are always free to speak to your supervisor or any member of the management team. We encourage you to raise and get answers to any questions that may be on your mind. Every employee is treated as an individual and as an important participant in the operation of our company. We hope to maintain this open and longstanding relationship.

Lumbermens strongly believes that individual consideration in the employee-supervisor relationship provides the best climate for our maximum development, team work and the attainment of our goals. We do not believe union representation contributes to achieving these ends. We enthusiastically accept our responsibility to provide you with good working conditions, good wages and benefits, and the personal respect that is rightfully yours. All this is a part of your job with Lumbermens and need not be "purchased" from an outside third party.

At Lumbermens, you have the opportunity to express your suggestions, questions, and concerns to us directly so that we can understand each other better. We can continue this long-standing policy without a union. We will continue to listen to your concerns and to do our best to give you responsible replies.

## Nondiscrimination Against and Accommodation of Individuals with Disabilities

Lumbermens complies with the Americans With Disabilities Act and applicable state and local laws providing for nondiscrimination in employment against qualified individuals with disabilities. Lumbermens provides reasonable accommodation for such individuals in accordance with these laws. Lumbermens will provide reasonable accommodation to qualified applicants and employees, except where such an accommodation would create an undue hardship on the operation of the business. Qualified individuals with disabilities may make requests for reasonable accommodation to the manager.

Lumbermens is committed to providing a workplace which is free of verbal, physical and all forms of harassment, so that everyone can work in a productive, respectful and professional environment. Harassment in employment based on sex, race, national origin, religion, age, disability, color, marital status or any other basis prohibited by local, state or federal law is strictly prohibited. Employees who violate this policy are subject to discipline, up to and including possible termination.

In addition to the above, sexual orientation, medical condition (cancer), pregnancy, childbirth or related medical condition, political activity and ancestry are protected classes in California.

Examples of harassment based on race, national origin, religion, age, disability, color or marital status can include, but are not limited to:
* Cartoons or other visual displays of objects, pictures or posters that depict such protected groups in a derogatory way;
* Verbal conduct, including making or using derogatory comments, epithets, slurs and jokes towards such groups.

Sexual harassment is generally defined as unwelcome sexual advances, request for sexual favors, or other visual, verbal or physical conduct of sexual nature. Sexual harassment includes harassment based on another person's gender or harassment based upon pregnancy, childbirth, or related medical conditions. It also includes harassment of another employee of the same gender as the harasser.

Examples of sexual harassment include, but are not limited to, the following types of behavior:
* Unwelcome sexual advances, like requests for dates or propositions for sexual favors;
* Offering or conditioning an employment benefit, like a raise, a promotion or a special job assignment, in exchange for sexual favors;
* Making or threatening reprisals after an employee has turned down a sexual advance;
* Visual conduct, like leering, making sexual gestures, or displaying sexually suggestive objects, pictures, cartoons or posters;
* Verbal conduct, like making or using derogatory comments, epithets, slurs or jokes of a sexual nature;
* Other verbal abuse of a sexual nature, like graphic verbal commentaries about an individual's sex life or body, sexually degrading words used to describe an individual, or suggestive or obscene letters, notes or invitations; and
* Unwelcome physical contact, including pats, hugs, touching, assault, or impeding or blocking movements. This policy is also violated if an employee is fired, denied a job, or denied some other employment benefit because the employee refused to grant favors, complained about harassment, or assisted in an investigation of harassment.

Lumbermens is committed to taking reasonable steps to prevent harassment from occurring and will take immediate and appropriate action when we know that unlawful harassment has occurred. To do this, however, we need the cooperation of all employees. Employees should never tolerate inappropriate behavior. They should make their feelings known to the offending person. But if they are not comfortable doing this, then they must promptly report any offending behavior, whether such behavior is directed towards them personally or to other employees of the company, to any supervisor, manager or the Human Resources Manager at DHQ.

Any employee who believes that he or she, or a coworker, has been harassed by another coworker, a supervisor, or by anyone else with whom an employee comes in contact in the workplace (e.g. salesperson's, vendors, clients or customers) must promptly report such incidents and the names of the individuals involved to any supervisor, manager, or to the Human Resources Manager at DHQ. Lumbermens will promptly and thoroughly investigate all claims of harassment. Persons with relevant information will be interviewed. After the investigation is completed, the company will share its findings with the complaining employee, the alleged harasser, and if appropriate other employees directly concerned with the incident.

If Lumbermens concludes that unlawful harassment occurred, prompt and effective remedial action will be taken. This may include discipline of the harasser and other actions to remedy the effects of the harassment and prevent further harassment. No actions will be taken against any employee who in good faith files a complaint of harassment or assists in the investigation of such a complaint. Employees who believe they have been retaliated against for having reported harassment or participating in the investigation of a harassment complaint are urged to promptly notify their supervisor, manager or the Human Resources Manager at DHQ.

Introductory Period of Employment

The first 60 days of your active employment is an introductory period. During this period, your supervisor will orient you to your job and to Lumbermens. He or she will give you the necessary forms to fill out, explain procedures and provide further orientation and training. Your performance and potential are carefully evaluated during the introductory period to determine whether your skills, qualifications and work habits are best suited to your work assignments. In some cases, the introductory period may be extended for an additional 30 days.

Employee Classifications

Introductory Employees
All employees, during the first 60 days of employment.

Regular Full-Time Employees
Employees who have successfully completed the introductory period and are regularly scheduled to work 32 hours or more per week on a continuous basis. Employees classified as regular full-time employees are eligible for employee benefits, including retirement, group insurance, paid holidays, vacations, and sick leave.

Regular Part-Time Employees
Employees who have successfully completed the introductory period and are regularly scheduled to work 31 hours or less per week on a continuous basis. Employees classified as regular part-time employees are eligible for 4 hours pay per Holiday (see Holiday schedule) as long as they work at least 20 hours per week, and may be eligible to participate in the retirement 401k plan if they work in excess of 1000 hours in a year. (See Retirement 401k Plan section).

Temporary Employees
Employees who are hired for a specified period of time not intended to exceed 6 continuous months. Temporary employees are not eligible for employee benefits.

Non-Exempt Employees
Employees who are covered by the overtime provisions of the Federal Fair Labor Standards Act or applicable state wage/hour laws. Non-exempt employees are entitled to overtime pay for hours worked in excess of 8 hours per day and 40 physical hours in the workweek. (See additional information under the overtime heading)

Exempt Employees
Employees who are classified by the company as exempt from the overtime provision of the Federal Fair Labor Standards Act and any applicable state wage/hour laws. These include managerial, professional, outside sales, and supervisory employees.

Your Personnel Record

Lumbermens is responsible for maintaining current and accurate records concerning your employment. It is important that your personnel record is accurate and up-to-date so you can continue to receive uninterrupted benefits. This information is also necessary to determine the amount of deductions for federal and state income tax. You should notify the company of any change in your name, address, telephone number, marital status, number of dependents, insurance coverage or beneficiary, tax withholding information and emergency contact telephone number. Your personnel file is available for your review. Contact the Human Resource Manager at Division Headquarters to make an appointment.

Your Supervisor

Your supervisor is a vital part of our management team. He or she is directly responsible for planning the work schedule, ensuring the quality of your work and providing you with whatever assistance you may need. Your supervisor will arrange your job instruction, introduce you to your fellow employees, and review your work performance.

An important part of your supervisor's responsibility is to answer questions, listen to your problems and take action where appropriate. Your supervisor is there, not only to supervise you, but to make your concerns known to the appropriate level of management. Give your supervisor your cooperation. Feel free to discuss any matter with him or her. If your supervisor does not have an answer to your question, he or she will do their best to get the answer for you.

Fitness for Duty

All employees will arrive at work ready and able to perform their job functions. Employees who are unable to perform their job functions due to an injury or illness may be accommodated with temporary duties or another form of reasonable accommodation.

The success of Lumbermens depends upon the cooperation and commitment of each member of our team. Therefore, your attendance and punctuality are extremely important. Your fellow employees bear the burden of your absence. Your responsibility to our company and your fellow employees requires good attendance. Please report to work on time. This means that you should be at your work place and ready to work at your starting time. If you must be tardy, call your supervisor to let him or her know that you will be late.

We recognize that there may be times when your absence or tardiness cannot be avoided. In such cases, you are expected to notify your supervisor as early as possible, preferably at least 1 hour before your regular starting time.

If you know of a future need to be absent, advise your supervisor as soon as possible to obtain his or her approval. This will allow your supervisor ample time to make the necessary changes to the work schedule.

Excessive absenteeism or tardiness or unexcused absences may result in disciplinary action up to and including termination. If you fail to report to work for 2 consecutive days without notifying your supervisor, you will be considered to have voluntarily resigned from the company.

## Your Working Hours

Lumbermens establishes business hours and scheduled shifts to best meet the needs of our customers. The exact hours and days of your workweek may vary, depending on the requirements of your department. Your supervisor will notify you of your hours of work. Due to the nature of our business, you may be required to work on a rotating basis and it may be necessary to change your hours of work from time to time. Your cooperation is both expected and appreciated. We will endeavor to give you as much advance notice as possible and everything will be done to keep unscheduled changes to a minimum.

If it becomes necessary for you to change your scheduled days off, these changes must be arranged with and approved in advance by your supervisor.

## Rest and Meal Period

Lumbermens provides you with rest periods during the workday according to applicable laws. Unpaid meal periods of at least 30 minutes are provided for employees who work a shift in excess of 5 hours. Lumbermens pays for a 10 minute break for each 4 hours you work. If you are unable to take your break at the appropriate time you may not add the time onto your lunch break, another break, or leave early. It is important that employees take their lunch period and rest breaks on a daily basis.

## Overtime

At times it may be necessary for employees to work overtime. Your supervisor will notify you whenever overtime is necessary. We expect and will appreciate your cooperation. Every effort will be made to provide you with advance notice of any overtime that will be required of you.

Non-exempt hourly employees will be paid for overtime as follows:

Time and a half for hours worked in excess of 8 (but not more than 12) in a day.
Time and a half for hours worked in excess of 40 hours in a week.
Double time for hours worked in excess of 12 in a day.
Time and a half for the first 8 hours worked on any 7th day in a workweek.
Double time for hours over 8 worked on any 7th day in a workweek.

Only actual physically worked hours count toward computing overtime.

Please remember that you are not allowed to work overtime unless it has been authorized by your supervisor. Exempt employees are not entitled to overtime pay.

## Recording Work Hours

Accurately recording time worked is the responsibility and requirement of every employee. Federal and state laws require Lumbermens to keep an accurate record of time worked in order to calculate your pay and benefits. To ensure that accurate records are kept of the hours you actually work and to ensure that you are paid properly, you will be required to record your time worked and your absences on your time card. It is your responsibility to sign your time card to certify the accuracy of all time recorded. You are to punch in/out or record starting and ending shifts, breaking for lunch and leaving the premises for non-business reasons. After reviewing the form and resolving any discrepancies, your supervisor will approve and forward it to the Payroll Department at Division Headquarters for processing. Please ensure that your actual hours worked are recorded accurately. Falsification of your time card or that of another employee is grounds for disciplinary action up to and including termination.

Paychecks are distributed every other Friday. If you are absent, you may make other arrangements to get your paycheck. Your payroll stub itemizes the deductions made from your gross earnings. Federal and state laws requires we make deductions for Social Security, Federal Income Tax, State Income Tax and any other legally mandated taxes and deductions. There may be other deductions for which you have provided written authorization. In order to make sure your deductions are correctly made and updated, be certain to advise the Payroll Department at Division Headquarters of any change on your W-4 form relating to your withholding status. Any questions that you may have about your paycheck should be addressed to your supervisor or the Payroll Department at Division Headquarters. Please review your paycheck for errors. If you find a mistake, report it to your supervisor immediately. In the event that your paycheck is lost or stolen, please notify your supervisor immediately. Your compensation is strictly confidential and should not be discussed with other employees.

Lumbermens makes direct deposit available to all employees. If you would like to have your paycheck deposited directly to your bank account or accounts, please see the office person at your branch or call the Payroll Department at Division Headquarters for the necessary form.

## Appraisal of Performance

Your supervisor will do an Appraisal of Performance for you on an annual basis. The Appraisal of Performance is to review areas that need improvement, goals for the upcoming year and plans for future development. The growth and development of each employee are crucial to the success of Lumbermens. The Appraisal of Performance is a developmental tool that provides you and your supervisor with valuable information. A company "Appraisal of Performance" form is completed and retained in your personnel file. This system does not replace the need for daily, two-way communications between you and your supervisor. It does, however, provide the opportunity of a formal review and a record of your performance.

## Compensation Review

Lumbermens believes in a pay for performance system. Each employee's performance is reviewed annually. Pay adjustments may be made at that time, based upon the annual performance of the employee. The key to pay increases is an ability to maintain a high standard of performance as demonstrated by day-to-day actions.

You are an important Lumbermens employee and how well you perform your job impacts not only your progress but also the success of the company in total. Our goal is to recognize and reward individual excellence and sustained positive performance. We feel the best way to accomplish this is through our pay for performance system.

## Advancement

At Lumbermens, we believe that everyone should have the opportunity to increase their knowledge, skills, responsibility and earnings. We would like to see you improve and we encourage you to do so. Check with your supervisor to see what training and educational opportunities are available to you.

Your progress in our company is based on individual merit. In selecting employees for advancement, we will consider your overall job qualifications. Some attributes taken into consideration are your present accomplishments, training, experience, specific abilities, attendance, disciplinary record and your ability to accept future responsibilities. We strive to promote the most capable and experienced individual, based on demonstrated ability to assume greater responsibility.

Your supervisor is very interested in helping you qualify for a more responsible position. Feel free to discuss the various ways you can prepare yourself for advancement. Promotional opportunities will continue to be available as our company grows.

## Training and Educational Assistance

After one year of employment, Lumbermens will provide financial aid to regular part-time and full-time employees who enroll in and successfully complete approved courses of study. Before starting a course, an application form must be completed and approved by your branch manager and the Human Resources Manager. The necessary form can be requested for the Human Resources Department. Reimbursement is 80% of the cost of registration fees, text books, and tuition for each course up to a maximum of $500 per calendar year. Management may limit the total amount budgeted each year for educational assistance. Reimbursement will be made upon completion of the course with a passing grade.

Lumbermens supports employee development through various training programs. We believe that, regardless of previous education and experience, everyone can learn new skills which help achieve their full potential. Please feel free to discuss in-company training or outside educational opportunities with your supervisor.

Lumbermens is committed to recognizing outstanding employee achievement. We have a variety of employee award programs. These programs recognize employees who provide outstanding customer service, actively support the Lumbermens team, strive for better job performance, and are safety oriented. The presentations for these awards are made periodically during the year by management based on individual award criteria.

## Service Awards

We are very proud of the many employees who have long periods of service with our company. To give special recognition, service awards are presented after every five years of full-time or part-time continuous service.

## Holidays

The following are paid holidays for regular full-time and regular part-time employees who have completed the sixty day introductory period.

New Year's Day       Independence Day       Thanksgiving Day       Christmas Eve Day
Memorial Day         Labor Day              Christmas Day

Full-time employees will be paid for 8 hours holiday pay. Part-time employees will be paid for 4 hours holiday pay as long as they are working an average of 20 hours per week. An employee must work scheduled days before the Holiday and scheduled days after the holiday to be eligible for the holiday pay.

An employee will not receive holiday pay if laid off for lack of work or on an unpaid leave of absence.

If a holiday falls on an employee's day off, your supervisor has the option of scheduling an additional day off during that work week, or, if this is not possible, paying the employee for the holiday plus the hours worked during the work week in which the holiday falls. Non-exempt employees working on a holiday will receive regular pay plus regular pay for the hours worked.

## Vacations

Lumbermens recognizes the importance of uninterrupted periods of rest and relaxation for our employees. We provide vacations with pay for regular full-time employees as follows:

| Years of continuous Full-time service | Vacation hours earned per year |
|---|---|
| 1st – 7th | 80 hours |
| 8th – 14th | 120 hours |
| 15th and beyond | 160 hours |

The 1st year vacation allowance accrues on an employee's first anniversary date of full-time employment. One-half of an employee's annual vacation allowance accrues every 6 months, thereafter. Vacation time in excess of the maximum accrual is forfeited without notice. With management's written approval, an employee's vacation may be carried over to the next year. In no event will the amount of accrual be more than twice the annual accrual. Upon termination of employment an employee will be paid for all accrued, unused vacation time.

Whenever possible, vacations will be granted at the times desired. Conflicts in requests for vacation time will be resolved by management according to the company's need to maintain adequate branch or office staffing. An employee may not work and receive extra pay in lieu of taking a vacation.

Lumbermens recognizes that inability to work because of illness or injury may cause economic hardship. Lumbermens also recognizes that employees may require time off to secure necessary treatment for disabilities. For these reasons, Lumbermens provides sick days to regular full-time employees.

Regular full-time employees earn one hour of paid sick leave for each week of continuous service starting after the 60 day introductory period. For the purpose of determining continuous service, unpaid time off from work will not be counted. Sick leave may only be used on the employee's scheduled workday for an employee illness or injury, the illness of a dependent child, or to care for a spouse with a life threatening illness.

Sick leave will be paid at the employee's regular straight time hourly wage rate. Any industrial insurance benefit payments received during sick leave will be deducted from the employee's sick pay.

Payment of sick leave benefits is further conditioned upon the employee notifying the employer of the employee's absence prior to the scheduled work period except where medical emergency precludes notice. Failure to give the required notice may result in no payment of sick leave benefits.

The employee shall be required to provide certification of illness (for themselves or their spouse or child, if applicable) or a written release to return to work from a qualified health care provider whenever requested by the employer.

Any employee found to have abused sick leave privileges by falsification or misrepresentation shall be subject to disciplinary action, including but not limited to reduction or elimination of sick leave benefits, repayment to Lumbermens for any amounts paid to the employee during such periods of absence or termination of employment.

Part-time and temporary employees are not eligible for paid sick leave. Sick leave may not be used for personal business, vacation time, or converted to cash upon termination of employment.

Sick leave may accumulate up to 65 working days. This accrual of time is intended to bridge the 90 calendar day waiting period under Lumbermens long term disability plan. If your status is changed from full-time to part-time your sick leave balance will be cleared to a (O) balance.

Personal Leave

An unpaid personal leave of absence for a specified period of time up to 90 days may be granted, at the company's discretion, to a regular full-time or regular part-time employee who has completed at least 1 year of continuous employment. Requests for a personal leave of absence must be presented to your manager at least 30 days in advance, whenever possible. Your request will be considered on the basis of our staffing requirements, the reason for the leave, as well as your performance and attendance record.

Your medical and dental insurance coverage will continue until the end of the month in which you take your leave. If you are not able to come back to work within 30 days you will be sent paperwork offering you COBRA insurance. COBRA insurance is the continuation insurance coverage, which you may buy for up to 18 months. You will be responsible for the full insurance premium. Contact the Human Resource Department for the applicable amount.

Vacation and sick leave will not accrue while on personal leave, nor are you eligible for holiday pay. Service vesting for vacation will resume upon return from the leave. You should notify your supervisor when you are ready to return to work. This notification should be made at least 2 weeks before the expiration of your leave. Your supervisor will notify you if an opening exists. The company cannot guarantee re-employment.

Failure to advise the company of your availability to work, applying for unemployment benefits, obtaining another position, engaging in another business, or failure to return to work when notified by the company will be deemed a voluntary resignation.

## Family Leave

Employees who have at least 12 n    of continuous employment and have worked         hours over the previous 12 months, are eligible for Family Leave in accordance with Federal Family Leave Laws. This leave    provide a maximum of 12 workweeks of unpaid leave during a 12 month period. Lumbermens will grant an eligible employee a family leave because of (a) the birth of a child or the placement of a child for adoption, or foster care with the employee (b) the employee is needed to care for a family member (spouse, child or parent) with a serious health condition, or (c) in the event of an employee's own serious health condition. You will be required to provide appropriate medical certification in the event of your own serious health condition or that of a family member.

Request for family leave must be presented to your manager at least 30 days in advance, whenever possible. Have your manager notify the Human Resources Manager at DHQ, who will then send you the forms.

Any accrued vacation and sick leave may be applied to the time off the job. Sick leave may only be used for an employee illness, the illness of a dependent child or a spouse with a life threatening illness. Vacation and sick leave will not accrue while on the leave, nor will you be eligible for holiday pay. Service vesting for vacation will resume upon return from the leave. All group health benefits will continue during the leave provided you continue paying the employee insurance premium. Contact the Human Resources Department to make payment arrangements.

Failure to advise the company of your availability for work when it occurs, or failure to return to work when the leave expires will be deemed a voluntary resignation. The company will make every attempt to reinstate you to your former position, if available, or an equivalent position with equivalent benefits and pay. Exceptions to this provision may apply if business circumstances have changed.

### Bereavement Leave

When there is a death in your immediate family (spouse, children, parents, brothers, sisters, grandparents, grandchildren, father-in-law, mother-in-law, brother-in-law, sister-in-law, step-children, step-parent, step-brother, or step-sister), a regular full-time employee will be allowed up to three days off with pay for the loss of time during regular scheduled working days. The funeral must take place during the three days the employee has taken off and the employee must attend. Additional time off may be taken as vacation or as an unpaid personal leave upon approval of the manager.

### Jury Duty Leave/Witness Leave

We believe it is your civic duty to serve on a jury if called. For this reason, you will be granted a temporary leave of absence if you are called for jury duty. This time off will be unpaid.

You must present your jury summons to your manager as soon as you receive it. You are expected to report for work during hours or days that your presence is not required in court.

Employees who are subpoenaed to serve as a witness in a criminal or civil proceeding will be given the necessary time off. This excused time off will be unpaid. Lumbermens will not discriminate against any employee who is requested to serve as a witness.

Employees who have been victims of a violent crime may take time off to appear in court to comply with a subpoena or other court order as a witness in any judicial proceeding. An employee of a violent crime may also take time off to obtain or attempt to obtain any relief, including, but not limited to, a temporary restraining order, restraining order or other injunctive relief, to help ensure the health, safety, or welfare of the victim or his/her child.
The time off will be unpaid.

Exempt employees may be provided time off with pay when necessary to comply with State and Federal wage and hour laws.

If you are a regular full-time or regular part-time employee, you will be eligible for an unpaid disability leave of absence due to illness, injury or maternity. The leave of absence will be for the period of disability.

All requests for a disability leave of absence (or extensions) must be made in writing to your manager for approval. The request must include a doctor's certificate stating the nature of your injury and the estimated period of disability.

The company will maintain health insurance coverage during the certified disability leave of absence, up to 90 days. You are responsible for paying the employee insurance premium while on the disability leave of absence. After the 90 day period you will be sent a letter and application offering you the COBRA insurance. The COBRA insurance is a continuation of the insurance that you already have, you are just responsible for paying the full premium.

The company maintains an active back-to-work program for all employees. When you are able to return to work, you should give the company at least 2 weeks notice. If reinstated, a doctor's certificate stating that you are physically able to return to your normal duties or light duty work will be required. The company will make every attempt to reinstate you to your former position, if available, or an equivalent position with equivalent employment benefits and pay. Exceptions to this provision may apply if business circumstances have changed.

Failure to notify the company of your availability for work when it occurs, failure to return to work when the leave expires, or failure to provide a doctor's certification of your ability to return to work will be deemed a voluntary resignation.

Any accrued vacation and sick leave may be applied to time off the job in conjunction with the disability leave of absence. You are not eligible for holiday pay during a disability leave of absence. Vacation and sick leave do not accrue during the leave of absence, however, service vesting for vacation will be retained upon return from the leave.

## Military Leave

A leave of absence up to 2 weeks will be granted to a regular full-time employee to attend required annual or periodic reserve training events in the U.S. Armed Forces or National Guard. The company will pay the difference between regular wages and military pay. At the employee's option, a military leave may be taken in addition to a paid vacation.

When a regular full-time employee enters active duty in the U.S. Armed Forces or National Guard, he or she will be granted a leave of absence without pay. Upon discharge, the individual will have reemployment rights in accordance with applicable laws.

## Emergency Leave

Employees who are volunteer firefighters, reserve peace officer, or emergency rescue personnel will be given the necessary time off to respond to an emergency situation. This time off will be unpaid.

Employees must provide a written statement from their supervisor (fire, peace officer or emergency rescue) stating that the absence was due to an emergency.

## Layoff

An employee, who has been laid off due to lack of work, will be placed on a layoff status. If the company is unable to recall the employee to work within 3 months, he or she will be terminated. The employee is still responsible for paying the employee portion of the medical insurance premium while on layoff status. While on layoff status, an employee will not earn vacation or sick leave.

**Medical and Dental Insurance**

Lumbermens has a comprehensive medical and dental insurance plan for regular full-time employees after a 60 day introductory period. Your coverage begins the first day of the month following the completion of your 60 day introductory period. The plan provides a broad range of protection for employees and their dependents, including basic hospital, major medical and dental.

Further details of the plan coverage and eligibility are in a separate booklet.

All new regular full-time employees are encouraged to enroll for coverage. The company assumes no liability if you decide not to enroll. If you choose not to enroll in the medical and dental insurance plan, you will need to fill out the Benefit Enrollment Form declining the medical and dental insurance coverage.

Coverage will be cancelled at the end of any month that the employee insurance premium is not paid.

Open enrollment for the medical insurance is January 1. Please submit to the Payroll Department any changes for insurance coverage by December 5th of the current year. If you have a baby, either by birth or through adoption you have only 30 days from date of birth to enroll the baby. If you get married, you have only 30 days from date of marriage to add your new spouse and/or stepchildren. If you fail to add a new family member within this 30 day period, you must wait for the next open enrollment to add them to the Lumbermens insurance plan

**Life/Accidental Death and Dismemberment Insurance**

Lumbermens provides a life insurance plan for regular full-time employee after 60 days of full-time employment. Your coverage begins the first of the month following your 60 day introductory period. The coverage includes accidental death and dismemberment insurance. The plan is discussed in complete detail in a separate booklet which is provided to employees upon eligibility.

Lumbermens offers elective life insurance for you and your family. If you would like more information about this benefit, please ask your supervisor or call the Payroll Department at Division Headquarters.

**Long-Term Disability Insurance**

Lumbermens provides regular full-time employees with a long-term disability insurance plan after the sixty day introductory period. In the event you become totally disabled, the plan will provide you with a monthly income. Other sources of disability income (e.g., Social Security, Workers' Compensation and state disability) are taken into consideration in determining the benefit. The monthly benefit begins after 90 continuous calendar days of disability, which is the maximum time for leave pay.

Complete details of the plan are in a separate booklet which is provided to employees upon eligibility.

Lumbermens offers elective long-term disability for you and your family. If you would like more information about this benefit, please ask your supervisor or call the Payroll Department at Division Headquarters.

**Flexible Spending Accounts**

All regular full-time employees are eligible to save pretax dollars in a Flexible Spending Account (FSA). FSA'a are special accounts which allow you to set money aside for certain non-covered medical, dental and child care expenses. These include such things as deductibles, co-pays, vision, and other out-of-pocket expenses which are not covered by the Lumbermens insurance plan. For complete details of this program ask your supervisor or call the Payroll Department at Division Headquarters.

**Retirement 401k Plan**

Lumbermens has a 401k retirement plan for employees who have completed one year of service, are at least twenty-one years of age and have worked 1,000 hours or more in a calendar year. This plan allows an employee to save up to 75% of their pre-tax compensation for retirement while reducing current taxable income, up to the annual statutory maximum. Additionally, the company may match a certain percentage of your contributions to this plan. The percentage of match is determined annually by the Lanoga Board of Directors. Plan details and enrollment information are distributed, when eligible, by Lanoga Corporation. You may change your enrollment by calling the Lanoga 401k response system or via the internet. The changes are effective the first day of every quarter. (January 1, April 1, July 1 and October 1). You may change where your funds are invested on a daily basis.

Workers' Compensation Benefits provided by the company in accordance with appropriate state law. These benefits cover injuries or illness arising out of or in the course of employment and include coverage for work-related accident medical claims and partial payment for loss of earnings. Partial time-loss compensation is paid only when authorized in writing by a physician. Lumbermens is concerned for your on-the-job safety. All employees are active participants in a safety & accident prevention program. (See a separate booklet called "Safety & Health Handbook" concerning all employee's responsibilities under the program.) We have confidence in our ability to work safely, which has prompted us to pay directly all claims for our accidents. Our ability to self-insure is a reflection of our financial strength and our good safety record. The cost of this insurance is paid by Lumbermens. No deductions are made from your pay for this insurance. Falsifying a workers compensation claim will be grounds for termination.

## Social Security

All employees are covered by the Federal Social Security Act. Your contributions are deducted from your paycheck as required by law. Additionally, Lumbermens contributes an equal amount to provide you with Social Security benefits. If you would like detailed information regarding your individual benefits, you may contact your nearest Social Security office for assistance.

## Unemployment Compensation

Unemployment compensation provides temporary income if you become unemployed through no fault of your own or if you leave for reasons that meet the eligibility requirements. Under these circumstances, you will receive weekly benefits under the provisions of the State Unemployment Compensation Act. The company pays the cost of this insurance. No deductions are made from your pay for this insurance.

## Appearance

An employee's neat and clean appearance is important to our business, especially when employees are greeting and servicing our customers. How you look influences the image the customers and public have of Lumbermens.

It is important to make a good impression on our customers through our professional, businesslike appearance. This includes wearing appropriate dress for your position and having neat hair, mustache, and/or beard. Depending on your position, the company may require you to wear certain Lumbermens apparel, including a name tag.

## Credit Union

Lumbermens employees and relatives have the opportunity of joining the Simpson Community Federal Credit Union headquartered in Shelton, Washington. The credit union offers a wide range of financial services. It is a convenient way to save or borrow money at favorable interest rates. Call the Human Resources Department at Division Headquarters for information.

## Employee Purchases

All employees who have completed the introductory period are entitled to purchase materials at the company's landed cost plus ten percent. **Such purchases are solely for the personal use and benefit of the employee. Materials purchased by an employee cannot be resold or used in any business venture.** Purchases of materials for other than the employee's personal use must be approved by the branch manager and will be sold to the employee at the appropriate price. Personal use is defined as material used by the employee, spouse, or dependents residing in the same household as the employee.

Employees may only purchase materials during branch hours. Should the need arise to purchase materials after branch hours, the employee must have the permission of the branch manager and have another authorized employee present. All purchases will be entered on a sales invoice by another employee and may be paid by cash, check, credit card, or charged if the employee has an approved open account. In no event is an employee allowed to take material off the premises without an invoice being completed. Failure to comply with established procedures will result in disciplinary action up to and including termination.

Special orders for employees are limited to product lines common to the branch. All special orders must be processed through the company and will be priced at 10% over the total invoice plus freight and/or other charges.

For purposes of clarification, construction of a multi-family dwelling or commercial building or the manufacture of any product for resale is considered a business venture.

An employee who has an employee account that is 30 days past due must inform the branch credit department of the reasons and make arrangements for payment. If an account is 60 days past due it will be closed, and the employee may be suspended if adequate arrangements are not made.

Employee purchases which are intended as gifts must be approved by the branch manager.

Wherever you work in the store, warehouse, yard, or office, you are an important link in the chain of successful relations with our customers. They are the reason for Lumbermens existence. We want satisfied customers, who are pleased with our employees, value our products and services, make repeat visits, and tell their friends about us. If a customer is satisfied, he or she will come back frequently.

Lumbermens has a "SATISFACTION GUARANTEED" program. Our employees show that they care about customers by being courteous, pleasant, honest, and always doing their best to help customers with any building material project or problem. Moreover, we want to have an atmosphere conducive to pleasant shopping and to avoid situations which might create discomfort for our customers.

Always be "aware of customers", this means being alert to their presence at all times. Acknowledge the customer in a pleasant way, develop a practical sense of the customer's needs, answer questions about products, and sell add-ons when completing a transaction. Always express your appreciation by thanking the customer sincerely for shopping at Lumbermens. Courteous treatment creates customer loyalty. Everyone should be enthusiastic and find enjoyment and satisfaction in doing the very best possible job of servicing our customers.

It is important to create good impressions with our customers, therefore, eating and drinking beverages are allowed only in designated areas and are not allowed while serving a customer or while you are on the sales floor. Our branches are tobacco-free. Smoking and chewing are allowed in designated areas only, never in front of a customer. It is important that employees making product deliveries to customers follow these same guidelines. Always remember everyone at Lumbermens has the same boss "OUR CUSTOMERS".

## Customers are our Bosses

"Lumbermens guarantees that you will be satisfied with every purchase. If for any reason you are dissatisfied with any of our products, simply return the item with a sales receipt and the choice is yours - a full refund or replacement. Your satisfaction is guaranteed! At Lumbermens...We care!"

Lumbermens wants to have **SATISFIED CUSTOMERS** who find our stores are convenient places to shop, are pleased with our employees, products, and services, and tell their friends about us. If a customer is satisfied, he or she will come back frequently.

## Creating Positive Customer Relations:

- Always be "aware of customers." This means being alert to their presence at all times.

- Acknowledge the customer in a pleasant way-say "good morning" or "nice to have you in the store today" promotes a warm feeling.

- Develop a practical sense of customer's needs, wants and desires...Ask questions such as: "What project are you working on?" "How may I assist you?" **Don't Ask – "Can I help you?"**

- Courteous treatment puts customers in a better buying mood. They are more receptive when we show interest in them. Maintain a helpful attitude.

- **Be enthusiastic!** Everyone should find enjoyment and satisfaction in doing the very best possible job. Along with the pleasure of daily people contact, the pride of a job well done makes every day a great day!

- Cashiers are at the focal point of the store. They must be knowledgeable and have a friendly and concerned attitude. We need proper cashier coverage at all times - insuring prompt customer checkout and maximum satisfaction.

- When completing a transaction, always express your appreciation to a customer. Use the phrase, **"Thank you for shopping at Lumbermens."**

## Helping Customers Select Merchandise:

Our stores are self-selection building materials centers with merchandise easily accessible for our customers to select and take out of the store. How do customers function within this system? By relieving you from the physical movement of goods out of the store, we can best serve our customers as follows:

- Inform the customer about how to use our store to the best advantage. It may be worthwhile to lead the customer to an area, and explain how to select what they want...then, take the items to the cashier for check-out. However, if they require assistance...to let you know.

Answer questions about products to use on a particular job, i.e., "To install your sink you will need the following fittings..." (Sell add ons!)

- Help determine the quantity of material for a particular job, i.e., "You will need 3 boxes of ceiling tile for your 12 x 12 room."

- Remember that most containers indicate directions and coverage for the contents. Do not be ashamed to read the label in front of the customer. He or she does not expect you to know everything.

- Wrong product information is worse than no information; ask your supervisor or an experienced fellow employee if you are not sure of an answer.

It is most important when informing our customers about self-selection to state in **positive** terms:

- Incorrect – "I'm sorry, we are self-service, and you will have to get it yourself."

- Correct – "The mouldings that we stock are in those racks. You can pick out the ones that you like. If you have any questions, I will be working right here, and I will be happy to answer them for you." or, "Let me help show you our line of mouldings."

- Remember - Most customers want to be able to pick out their own material. In some cases, out competition does not allow this.

## Servicing Customers in Outside Areas:

- Warehouse and yard personnel should observe positive customer relations. This includes acknowledging them in a pleasant manner and providing helpful and courteous service.

- Because we stock a wide variety of products, it is very important that the correct merchandise is given to the customer. Care must be taken when loading to prevent damage to the customer's vehicle.

## Resolving Customer Complaints:

- Be sure you understand Lumbermens complaint policy and procedures by discussing them with your store manager. Handle complaints in a professional, businesslike manner.

- Be sympathetic and understanding when a customer has a problem. Act quickly to resolve it. If replacement materials have to be ordered, tell the customer approximately when they will be delivered.

- All complaints must be handled efficiently to insure complete customer satisfaction. If you cannot handle the complaint, let your supervisor or store manager take care of the customer.

## In Conclusion:

- The most important part of customer satisfaction is **convenience**. With this in mind, let's finalize on some pertinent questions:

- Can our customers park close to the main entrance? Do employees park as far away from the building as possible?

- Can our customers find, determine the price, and select merchandise easily...without confusion?

- Can our customers get out of our store quickly, or do we hold up departure with a line at the checkout?

## Self-evaluation of Your Service to Customers:

How did I do?

1. Was I as helpful as possible?
2. Did I spend the proper amount of time with the customer?
3. Did I try to meet all the customer's needs?
4. Did the customer appear satisfied?
5. Did the customer buy?
6. Were there any add ons?

Total customer convenience and satisfaction insures success for your store and you. And always remember...

## Everyone at Lumbermens has the Same Boss – Our Customers!

**Effective Telephone Techniques**

At Lumbermens, we care about our customers and want to be recognized for our quality service-in person and on the telephone. We should strive to be courteous, helpful, and friendly at all times. When we create good impressions with people, we build goodwill and increase sales.

The following are guidelines to help you become more proficient on the telephone:

**Answer Promptly with a "Smile in your Voice"**
- Whenever possible, answer on the first ring.
- Depress the proper line button before lifting the receiver.
- Hold the mouthpiece about 1" from your lips and speak directly into it in a normal tone of voice.

**IDENTIFY YOURSELF**
Proper identification eliminates guess work and saves time:
"Good morning, Lumbermens. This is John Smith. How may I help you?"
Whenever possible, obtain the caller's name.

**Sales Tips**
- Listen attentively to determine the caller's needs. If necessary, write down pertinent information.
- Give the impression that YOU CARE - ask the right questions: "What project are you working on?"
- "How will it be used?" "How many do you need?" "What length, size, thickness, etc.?"
- Mention appropriate products, features, and/or substitutes: "We can order redwood, but you may want to consider treated wood which is very attractive, has a lifetime guarantee, and is much less expensive."
- "Our Lumbermens Homes Division may be able to help you on your project."
- Be specific when quoting prices: Don't say..."Our plywood is $___." Say..."Half inch, five ply, fir CDX, agency certified is $___."
- Suggest alternatives or add-ons: "Our ___ line of products are the best quality and will last a long time." "Perhaps for that painting project you'll need brushes, rollers, etc. - we have a good supply."
- Mention benefits and services by shopping at Lumbermens: Credit, Free estimates, delivery, etc.

**Always Invite Callers to Visit the Store**
- Particularly appropriate for large or involved projects.
- Refer to sales dates and merchandise which is on sale.
- Offer to show, demonstrate, etc: "Come in and ask for Bill. We have a large selection and I'll be glad to help you."

**Leaving and Returning to the Line**
- Tell the caller what you are going to do, how long it will take, and obtain consent: "I'll have to leave the line for a moment to check our files, Mrs. Jones. Will you hold please?"
- When you return to the line, alert the caller you are back: "I have the information now, Mrs. Jones. Thank you for waiting."
- **Important** - If the caller's question *cannot* be answered in a *short* period of time, ask to call back, and then make sure you do!

**Transfer Calls Carefully**
- Screening or transferring calls may irritate some callers.
- In some cases you may want to obtain information and call back or have someone else call back.
- If it is necessary to transfer an incoming call, tell the caller who can help and obtain consent: "Mrs. Smith in the Credit Department can answer your question. May I transfer you?"

**Take Messages Accurately**
- Keep a pad handy
- Verify information, spelling, etc.
- Obtain area code and location for out-of-town callers.
- A message taken incorrectly may lead to the loss of a sale.

**Leaving Your Work Location**
- Tell the person, who will take our incoming calls, where you are going and approximate time of return.
- Always make call backs promptly when returning to your job.

- Create a good image of the person for whom you are taking calls.
- Statements like "He's out to coffee" or "She hasn't come in yet" create the wrong impression.
- It's better to say: "Mr. Anderson isn't available right now, he is with a customer, etc. May I help you or take a message and have him return your call?"

## Close Courteously

- Let the caller know you were glad to be of service
- Offer additional assistance: "If there are other projects you're working on, I'll be very glad to help you."
- Thank the person for calling Lumbermens and say "good-bye" pleasantly.
- Let the caller hang up first.

## And Remember...

- Use the caller's name during the conversation.
- Develop good speech habits - avoid slang.
- Place and receive your own calls whenever possible.
- Plan your conversation in advance and keep time differences in mind when calling long distance.
- Treat everyone you talk with on the telephone as a *POTENTIAL CUSTOMER!* Invite them to visit Lumbermens.

## Telephone and Fax Use

We care about our customers and want to be recognized for our friendly and quality service both in person and on the telephone. Treat everyone you talk to on the telephone as a POTENTIAL CUSTOMER! We should always answer the telephone promptly, with a smile in our voice, identify yourself, listen to the customer's needs, provide sales tips, and always invite the customer to visit the store.

PERSONAL TELEPHONE OR FAX USE: We understand that there may be times when you will need to make or receive personal phone calls or fax messages while at work. However, we ask that such communications be kept to a minimum and short in duration. Personal calls should be made during breaks and not on the sales floor. Employees are not to use company phones or faxes to make personal long distance calls without permission from their supervisor. Employees misusing company communication equipment will be subject to disciplinary action up to and including termination.

## Cellular Phone Confidentiality

Technology exists that allows unauthorized individuals to intercept, monitor and record cellular phone conversations. Therefore, it shall be Lumbermens policy that confidential company information should not be discussed on cellular phones.

## Email and Internet Policy

Lumbermens email and internet systems are to be used for conducting Lumbermens business only. The use of the email and internet systems for personal reasons is strictly prohibited. Personal reason or improper use include but are not limited to:

- Viewing, transmitting, retrieving, downloading, or storing images that are offensive, derogatory, defamatory, off-color, sexual in content, or otherwise inappropriate in a business environment.

- Making threatening or harassing statements to another employee, customer, vendor, or other outside party.

- Viewing, transmitting, retrieving, downloading, or storing messages or images relating to race, religion, color, gender, national origin, citizenship status, age, disability, sexual orientation, or any other status protected under federal, state and local laws.

All messages composed, sent or received on Lumbermens systems ie: email, internet or other, including attached files, are and remain the property of Lumbermens. They are not private property of any employee.

Email and internet usage will be randomly checked. Violations of this policy may be cause for disciplinary action, up to and including termination.

Lumbermens maintains a voice mail system and an electronic mail (email) system to assist the conduct of business within the Company. These systems, including the equipment and the data stored in the system, are and remain at all times the property of Lumbermens. As such, all messages created, sent, received or stored in the system are and remain the property of Lumbermens.

Messages should be limited to the conduct of business at Lumbermens. Voice mail and electronic mail may not be used for the conduct of personal business.

Lumbermens reserves the right to retrieve and review any message composed, sent or received. Please note that even when a message is deleted or erased, it is still possible to recreate the message; therefore, ultimate privacy of messages cannot be ensured to anyone. While voice mail and electronic mail may accommodate the use of passwords for security, confidentiality cannot be guaranteed. Messages may be reviewed by someone other than the intended recipient. Moreover, all passwords must be made known to the Company. The reason for this is simple: your system may need to be accessed by the Company when you are absent.

Messages may not contain content that may reasonably be considered offensive or disruptive to any employee. Offensive content would include, but would not be limited to, sexual comments or images, racial slurs, gender-specific comments or any comments that would offend someone on the basis of his or her age, sexual orientation, religious or political beliefs, national origin, or disability.

Employees learning of any misuse of the voice mail or electronic mail system or violations of this policy shall notify their supervisor, manager or the Human Resources Manager at DHQ immediately.

## Computer Security

The security of the information in our computer system is vital to Lumbermens, our customers and our employees. As our information system becomes bigger and more technical, the information within the system becomes even more valuable. Since the recreation of that information would be difficult, if not impossible, we need to protect its validity. The most vulnerable point in any network is the workstation. The workstation provides access to all network resources when logged in, and in the hands of certain individuals this access could be devastating.

The information that is confidential and must be protected from disclosure or corruption, includes but is not limited to: customer pricing, account status, customer addresses and phone numbers, company costs and markup, employee payroll, accounts payable and most importantly accounts receivable. Each individual's work integrity is another issue to consider. When someone else uses your computer while logged in under your name, there is no way to discern your work from theirs. Employees must log out from their respective stations any time that they will be leaving their computer for an extended period.

## Outside Employment

Although we have no desire to interfere with your outside interests, activities or investments, we recommend you not engage in outside activities which could potentially lead to a conflict of interest with Lumbermens. This would include soliciting work from customers and fellow employees.

## Employment of Relatives

Lumbermens believes that it is in the best interests of the company and its employees to keep business relationships separate from personal and family relationships. Accordingly, Lumbermens reserves the right not to employ relatives or persons living together in a relationship that is essentially equivalent to marriage, at the same location, except under circumstances where (a) neither employee will supervise, appoint, remove, nor discipline the other; (b) neither employee will evaluate the work of the other; and (c) the working relationship will not create a conflict of interest or the appearance of favoritism in the opinion of management.

For purposes of this policy, relative includes spouse, parent, child, grandparent, grandchild, sister, brother, niece, nephew, cousin, aunt, uncle, in-laws, step-parent, step-children, step-brother, and step-sister.

If two employees, one of who supervises the other, develops a close or spousal relationship after employment, one of the two may be transferred, or if no suitable position is available, may be terminated. The decision as to which employee will be terminated if transfer is not possible will be left to the employees involved, unless business necessity requires the company to make the decision.

Confidential information is that gained by virtue of your employment with Lumbermens that is not generally available to the public or our competitors. This includes, but is not limited to customer information, product information, employee information, computer information or other company data. You have a duty to keep this information confidential and not to use or disclose it except for Lumbermens benefit.

## Safety Equipment and Gloves

Lumbermens will sell selected safety equipment and gloves at landed coast + 10% to employees. Employees who keep their employee accounts current can charge the selected safety equipment and gloves on their employee account. Those whose employee accounts are not current will still receive the landed cast + 10% price for the selected safety equipment by paying cash.

## Safety and Health

Lumbermens is dedicated and committed to providing and maintaining a safe and healthful working environment. Lumbermens makes every effort to comply with all relevant federal and state occupational health and safety laws. Your cooperation is a vital part of our safety program, which is intended to protect you, your fellow employees, our customers and other visitors from health and safety risks.

Lumbermens maintains an active safety program, which includes safety committee meetings, inspections, and prompt correction of hazards. All Lumbermens employees are expected to work diligently to maintain safe and healthful working conditions. Please adhere to all vehicle and equipment safety and operating practices and procedures, which are designed to prevent injuries. Violation of these policies and procedures will result in discipline up to and including termination. In addition, you may be required to wear safety equipment.

Accidents can cause hardships, personal suffering, and permanent disability. Each supervisor supports and promotes safety and health as an important part of his or her daily job responsibilities. A cooperative effort between management and employees to prevent accidents will benefit everyone. Lumbermens is concerned about the safety and well being of our employees and does not want you to be injured or hurt.

Lumbermens displays its dedication and commitment to maintaining a safe working environment through the President's Safety Award. Additionally, the employee incentive program rewards the store team for working safely.

THINK SAFE-BE SAFE!        NOTHING WE DO IS WORTH INJURING ANYONE!

## General Safety and Housekeeping Rules

1. Exercising maximum care and good judgment at all times to prevent accidents and injuries.
2. Practical jokes, horseplay, scuffling or similar conduct are not allowed.
3. Report any condition or practice that appears unsafe to a supervisor or your branch manager immediately.
4. Immediately report injuries to your supervisor, regardless of how minor and seek first aid for all injuries of fellow employees, customers or yourself.
5. Familiarize yourself with the location of fire extinguishers and medical kit(s) in your work area(s).
6. Operate equipment only if you are properly trained and authorized to do so.
7. Operate equipment within specified limitations for lifting capacity, speed, etc.
8. Obey all traffic laws and regulations.
9. Do not use damaged or unstable ladders or ladders missing any safety equipment. Obey all safety instructions on ladders.
10. Inspect all vehicles prior to use.
11. Follow all drug and alcohol free workplace policies and procedures.
12. Supervisors are charged with the responsibility to insure their work areas are kept neat and clean at all times. All employees are expected to assist in this effort.
13. Follow safe lifting practices.
14. Recreational type footwear, such as tennis shoes or running shoes, is not permitted while working in the warehouse, yard, or on job sites. We do not provide work shoes; you must provide suitable footwear yourself.
15. Personal protective equipment must be worn, including goggles, gloves, approved respiratory protection and hearing protection, when operating power saws or as required.
16. Know the evacuation route from your workplace in an emergency.
17. Know the employees who are trained to administer CPR and first aid at your location.
18. Walks, aisles, stairways, fire escapes, and other passageways shall be kept clear of obstructions and tripping hazards. Access to electrical panels, control valves, fire extinguishers, etc., shall be kept clear of obstructions.
19. Tools and materials shall not be placed where they may cause tripping or stumbling hazards, or where they may fall.
20. All liquid spills such as oil, paint, water, etc., are to be cleaned up promptly. Absorbent material should be used as a cleanup aid.

21. Oily or greasy material, metal scraps, and metal bands are to be disposed of in designated containers.
22. Make sure all gases are identified and properly stored in upright positions and separated as required.
23. Make sure all solvents, sealants, paint thinners or adhesives are labeled, properly covered, and stored in designated areas.
24. Dirty/oily rags, petroleum and chemical wastes are to be stored in approved containers with tight fitting lids and disposed of pursuant to established procedures.
25. Be extremely cautious of fire hazards when emptying ashtrays.
26. For health reasons and as a courtesy to your fellow employees, each employee is asked to cooperate in keeping rest rooms, drinking fountains, break rooms, and other facilities neat and clean.

## Safety Policies & Practices

### Personal Protective Equipment

Protective equipment is available and required under certain conditions to reduce the risk of injury to you and others. Your supervisor will inform you of the equipment that may be required for a given task. Please help maintain this equipment in a clean and serviceable condition. If you ever have a question about the need for or availability of protective equipment, check with your supervisor or branch manager. **ALWAYS USE THE PROTECTIVE EQUIPMENT PROVIDED TO YOU.**

**Eye Protection:** Lumbermens will provide safety glasses anytime you are performing duties which pose the possibility of an eye injury from flying particles, chips, caustic material, etc. This is most common in our manufacturing areas and around radial arm or panel saws in the yard or warehouse.

**Hearing Protection:** Lumbermens will provide hearing protection in areas where noise is loud or persistent. Such sound intensity is likely to occur around powerful motors or high speed tools. This is most common in manufacturing areas. Hearing protection is also required while using a radial arm saw, a panel saw or a chain saw in the yard or warehouse.

**Foot Protection:** Adequate footwear consisting of leather work boots or other boots of suitable materials that provide support and protection for your feet and ankles is required if you are in a yard, warehouse, shop or delivery position. Under no circumstances are you to wear recreational footwear such as tennis shoes while working in any of these positions. You are responsible for providing your own protective footwear.

**Hand Protection:** Lumbermens suggests that you wear work gloves when handling materials that could cause cuts, abrasions or splinters, or whenever they may help you handle materials more safely. You are responsible for providing your own work gloves.

**Back Support Belts:** It is currently unclear whether back belts help prevent injury or not, and they are not required by any safety regulatory agency or by Lumbermens Building Centers. It is your choice whether or not you use a back belt. If you do choose to wear a back belt, you should be aware of the following:
- Back belts should NOT be tightened at all times. They should be worn snugly during tasks that involve lifting, leaning, reaching, etc., but loosened at other times.
- Back belts should be worn snug and low around the pelvis. If they continue to ride up, a larger size may be needed.
- Never attempt to lift more weight with a back belt than you would without. A false sense of security can result in greater risk of injury.

### Respiratory Protection

Lumbermens will provide respiratory protection equipment where an employee may be exposed to concentrated levels of wood dusts or other irritants that contain allergenic or biologically-active ingredients.

### Falls and Twists

Falls and twists are very common in our type of work environment. Statistics show falls account for about 9% of all injuries in lumberyards. To avoid this sort of injury, be sure to do the following:

1. Maintain your work area. Keep it clean, orderly and free of tripping or slipping hazards. Spills should be cleaned up promptly. Keep banding, stickers, lumber and covers, pallets, scrap and other debris cleaned up and out of walkways.
2. Keep all work surfaces and walkways clean and well maintained. Remove, replace or repair protruding nail heads, holes or loose boards as soon as they are noticed.
3. Avoid climbing on storage racks. Use a good ladder or forklift to reach material not accessible from ground level.
4. All walking surfaces, driveways, and yards are to be kept as free as possible of debris, ice or snow buildup. Sand, gravel or other traction enhancing materials should be used on ice or packed snow to help prevent slips and falls. Take immediate corrective action to eliminate slick conditions whenever possible. Otherwise, report them immediately to your supervisor or branch manager.
5. Avoid climbing on stacks of material.
6. Use handholds when climbing onto trucks, trailers or railroad cars.
7. Do not jump from vehicles or loading docks, climb down carefully.

8. Keep removable safety rails at all times except when material handling requires their removal. Be careful when rails are removed. REMEMB___ O PUT SAFETY RAILS BACK IN PLACE W___ DONE MOVING MATERIALS.
9. Be extremely careful when climbing or walking on truck beds in freezing weather. Truck beds, especially steel, freeze quickly and become extremely slick and dangerous.
10. Always wear the right footwear for the job and weather conditions.

## Medical & First Aid

Each branch has at least one approved first aid kit available. For your safety as well as the safety of your fellow employees, familiarize yourself with the location of the kit(s) in your work area(s). Each delivery truck also carries a DOT approved first aid kit. Normally the kits are refilled on a regular basis. However, as a precaution, inform your supervisor when materials from the first aid kit are used. All branches have at least one employee that has first aid and CPR training working at all times. For your safety and the safety of your fellow employees become familiar with the employees at your branch that have this training.

If an injury occurs, call for professional help and administer first aid. However, please do not attempt to give first aid to an injured customer or fellow employee unless you are certified to do so. In addition, please remember that only the manager can answer questions about the company's liability to customers. Do not volunteer any information or attempt to answer any customer's questions pertaining to an accident or injury. Direct any inquiries about the accident or injury to the manager.

## Ladders

When using a ladder, always do the following:

1. Use the correct size and type ladder for the job you're doing. Never splice two ladders together.
2. Be sure that a stepladder is fully open and locked before using it.
3. To climb a ladder, face the ladder, use both hands, and use each rung when going up or down the ladder.
4. Never stand higher than the third rung from the top on straight or extension ladders, or the second tread from the top on stepladders.
5. When using a straight or extension ladder, take extra caution to insure the base does not slip. Make sure safety feet are attached and in the proper positions.
6. When using a rolling ladder, make sure the base is securely locked down before climbing.
7. Never use a ladder that is in poor repair, unstable or missing safety equipment. See your supervisor or branch manager for a new ladder or to get replacement parts.

## Exits

1. Nothing should impair the visibility of any exit signs.
2. Keep areas around and approaches to exit doors clear of material or other obstructions at all times.
3. Keep exits unlocked during working hours.

## Fire Protection

Familiarize yourself with the locations and operating procedures of the fire extinguishers that have been provided in your work area.

Portable fire extinguishers are inspected and certified by a qualified inspection company at least annually to insure:

1. There are enough extinguishers and they are in appropriate locations.
2. They have not been tampered with and are fully charged.
3. They are in good operating order.

If you ever use a fire extinguisher, or notice that one has been used, removed or tampered with, please notify your supervisor or branch manager immediately.

The safety committee at your branch will be inspecting each fire extinguisher monthly while doing their walk around inspection.

Dust control systems in woodworking shops remove most dusts. However, dust can accumulate in portions of your work area over time and is potentially hazardous because of the danger of fire and explosion. Employees are asked to report any hazardous situations to their supervisors. The following will help prevent dust fires or explosions:

1. Clean your equipment and work area regularly.
2. Watch for and vacuum up all dust accumulations, even in out-of-the-way areas.
3. Be alert to and eliminate potential ignition sources whenever possible.
4. Know the location and proper use of how to use fire fighting equipment. Keep it clear of merchandise and readily accessible.
5. Utilize all exhaust and vacuum systems provided. Empty vacuum systems regularly and keep filters clean.
6. Never use compressed air for cleaning purposes.
7. Dispose of dust material in designated areas.

## Working in Cold and Inclement Weather

Various types of injury may occur as a result of exposure to cold weather conditions. Two of the most common are frostbite and hypothermia. Frostbite occurs when the skin actually freezes and ruptures (degree of damage ranges from redness of the skin to gangrene). While skin will freeze in quiet, +30 degree F. air, the rate at which it freezes increases rapidly as wind speed increases. Hypothermia occurs when exposure to cold causes a person's body to lose heat faster than it can be replaced. The result is a dangerous drop in a person's internal body temperature resulting in a serious medical condition. Causes of hypothermia include: extreme cold; prolonged exposure to mild cold; wind chill and wetness.

Accomplishing your work becomes more challenging in cold weather conditions. Simple tasks performed quickly and easily under normal conditions will require more time, effort, patience and safety awareness in cold conditions.

Cold weather situations will require additional personal protective clothing such as boots, gloves, hats, etc. The best advice for working in cold weather is to dress appropriately for the conditions. A good practice is to layer clothing so you can easily adjust to your current environment and activity level. Wearing a water/windproof outer layer with layers of wool underneath helps to keep you dry and warm. In addition, it's good to have extra gloves handy so you can rotate with a dry pair. Since heat is rapidly lost from the head, some type of warm hat or other protective head gear should be worn.

When you are warm you are more likely to think clearly and take the time necessary to accomplish your work safely.

## Fire

In case of fire:
- Notify your supervisor about the location of the fire.
- Use fire extinguisher if fire is small and manageable.
- Call the appropriate emergency number.

Immediately evacuate the building according to the posted emergency plan and proceed to the designated meeting area so that all personnel may be accounted for. All employees should stay within this assigned area until informed to return by a supervisor or emergency personnel.

## Earthquake

In the event of an earthquake:
- Stay clam.
- If you are **inside**, stand in a doorway or crouch under a heavy desk or table away from windows. Stay clear of aisles.
- If you are **outside**, stand away from buildings, trees, lumber stacks/racks, telephone and electrical wires.
- If you are **driving** on the road, drive away from underpasses/overpasses, stop in a safe area away from overhead electrical wires and stay in your vehicle.

When the earthquake is over:
- Check for injuries and provide first aid.
- Immediately evacuate the building according to the posted emergency plan and proceed to the designated meeting area so that all personnel may be accounted for.
- Supervisors are to perform a safety check of their area for building damage and structural problems. Beware, aftershocks may cause more damage. Do not enter a building which appears unsafe.
- Electrical, water and gas service should be turned off only if there are leaks or shorts found.
- Turn on a radio and listen for instructions from public safety agencies.
- Use the telephone for emergencies only.

Material Storage

Accidents involving storing and handling building materials account for nearly 30% of all injuries. When handling lumber or other materials, safe procedures should be used to include the following:

1.  Always store material on stickers so it is adequately elevated, regularly supported (usually every four to six feet) and level, both front to back and side to side.
2.  Never set stickers or racking directly on ice or snow. Ice or snow left under stickers will melt unevenly and make the material unstable.
3.  Always use stickers between bundles that are thicker than the forks used to pick it. Stickers that are too thin will result in the stack being pushed backward when material is picked which could cause the pile to be unstable.
4.  Only stack material as high as the foundation and lifting equipment safely allow. Usually six bundles high is an absolute maximum. This may be too high if the ground is uneven or unstable.
5.  Keep all storage areas policed and free of stray stickers, banding, wrappers and other debris.
6.  Never exceed the design capacity of storage racks.
7.  Make sure material stored in racks is stable. Watch for and immediately remove any material from racking that could fall and cause injury.
8.  When stacking pallets, be careful to consider the load carrying capacity of the material beneath. Exceeding these limits could damage the material on the bottom and in some cases cause the stacks to collapse.

Direct any questions regarding the proper storage of materials to your supervisor or branch manager.

Lifting & Carrying

Safe lifting practices should be followed when handling lumber, other building materials  and other items. Back strain and injuries can occur when lifting and carrying is not done properly. The proper lifting and carrying techniques are important. A chart illustrating safe lifting practices is included in the back of this guide.

Some guidelines for lifting and carrying include the following:

1.  Feet should be parted, with one foot along the side of the object being lifted, the other behind. Feet comfortably spread give greater stability; the rear foot is in position for the upward thrust of the lift.
2.  Use the sit down position and keep the back straight – remember, "straight" does not mean "vertical". A straight back keeps the spine, back muscles and organs of the body in correct alignment. It minimizes the compression of internal organs that may cause a hernia.
3.  The load should be drawn close; the arms and elbows should be tucked into the side of the body. This helps to keep the body weight centered. When the arms are held away from the body, they lose much of their strength and power.
4.  Tuck in the chin so the neck and head continue the straight back line and keep the spine straight and firm.
5.  Position the body so its weight is centered over the feet. This provides a more powerful line of thrust and insures greater balance. Start the lift with a thrust of the rear foot.
6.  The fingers and hands are extended around the object you are going to lift. Use a full palm grip while lifting. Fingers alone have little lifting power.

Setting down an object requires the reverse procedure.

When bulky objects are to be handled or when objects are to be carried on the shoulder:

1.  Consider the size, weight, and shape of the object to be carried. Do not lift more than can be handled comfortably. Do not be afraid to ask for help.
2.  Never carry a load that you cannot see over or around without help. Make sure the path of travel is clear.
3.  Inspect the material for slivers, jagged edges, burrs, rough or slippery surfaces. Wipe off greasy, wet, slippery or dirty objects before trying to handle them. Wear hand protection.
4.  Get a firm grip on the object to be lifted.
5.  Keep fingers and hands away from pinch points, especially when setting the object down. When handling lumber, pipes, and other long objects, keep hands away from the ends to prevent them from being pinched.
6.  Keep hands free of oil and grease.

Use these specific techniques for specific situations:

1.  **Placing an Object on a Bench or Table:** First set the object on the edge and put it far enough onto the support so it will not fall. Release your grip gradually while setting the object down. Move it into place by pushing with the hands and body from the front of the object. This method prevents fingers from getting pinched.

2. **Raising Object Above Shoulder Height:** Lift the object first to waist height. Rest the edge of the object on a ledge, stand, or hip. Shift hand position so object can be moved after knees bend then knees as the object is lifted or shifted to the shoulders.

3. **Direction Change:** Lift the object to carrying position and turn the entire body, including the feet. **Do not twist the body.** In repetitive work, the person and the object should both be positioned so the person will not have to twist the body when moving the material.

4. **Heavy Objects:** If the object is too heavy to be handled alone - GET HELP. When two or more are handling the same object, one person should "call the signals". Everyone on the lift should know who this person is and warn them if anyone is about to relax their grip.

## Hazardous Materials

A hazardous communications program is in place to ensure you receive information about the dangers of all hazardous chemicals used by Lumbermens and physical agents you may be exposed to while performing your work. The program provides information to you on container labeling, material safety data sheets (MSDS), emergency safety procedures and training.

Information on hazardous materials is available through your immediate supervisor or from material safety data sheets (MSDS). Lumbermens contracts with an MSDS compliance program to provide this information upon request. Your supervisor will show you where the MSDS file is located and what phone number to call if you need a material safety data sheet.

Use only approved containers to store and handle chemicals or flammable and combustible liquids. All containers are to be clearly marked to identify their contents and must be stored only in designated areas.

When transporting chemicals, compressed gases, flammable and combustible liquids, follow all regulations and safety requirement. If you aren't sure of applicable requirements, ask your supervisor.

## Forklifts

We use a variety of forklifts. Forklifts are used to handle a large part of the materials that we sell. Knowledge of their correct operation is required before operating a forklift. Forklifts are heavy, cumbersome and extremely powerful. We often carry heavy awkward loads on the forklifts. They have many exposed working parts that can quickly cause severe injury or death. It only takes one poor decision and in the following brief moment you or a co-worker can be injured for life, or even killed. NEVER OPERATE A FORKLIFT YOU ARE NOT FAMILIAR WITH and NEVER TAKE CHANCES WITH A FORKLIFT-Lumbermens does not want you to be injured or to injure anyone else. Listed below are some of the most pertinent operating safety tips. Use these tips plus any special instructions in the vehicle owner's manual. Remember, your safety and the safety of others depends on you.

1. **Authorized Employees Only-**To operate a forklift you must be at least 18 years of age, be properly trained and oriented to the particular machine by your supervisor or a designee, and be authorized by branch management.
2. **Parking-**When a forklift is left unattended, the forks must be fully lowered, the control lever positioned in neutral or park, the power shut off, and the brakes set. The wheels must be blocked if parked on an incline.
3. **Safety Inspection-**Forklifts must be inspected daily for any conditions adversely affecting the safety of the vehicle before being placed into service. It is the operator's responsibility to insure all gauges, horns, and control devices are working properly. Fire extinguishers are to be checked regularly. Report any safety concerns to your supervisor or branch manager before using the forklift.
4. **Obstructed View-**If the load being carried obstructs your forward view, you should travel slowly in reverse. Check all passageways prior to travel to assure adequate clearance.
5. **Loads-**Inspect all loads before attempting to move them. If a load to be carried appears unstable, correct the condition before lifting it. At no time should the load being carried by the forklift exceed the height of the back rest guard or the machines lifting capacity. Additionally, counterbalancing devices shall not be added to the truck to increase lifting capacity. Loaded forklifts are to be driven downgrade with the load last and upgrade with the load first.
6. **Unloading-**When unloading from trucks, trailers, or railroad cars with forklifts, provision must be made for securing the truck, trailer, or railroad car by setting the brakes and placing wheel chocks under the rear wheels. Portable dock boards must be secured in position with devices which will prevent their slipping during loading and unloading.
7. **No Smoking-**Never smoke in areas where batteries are being charged, vehicles are being fueled, or fuel is stored.
8. **Ventilation-**Forklifts with internal combustion engines are a potential source of carbon monoxide. Be sure adequate ventilation is always provided when working in enclosed areas.
9. **No Riders-**No one other than the operator should be anywhere on the forklift when it is in operation. Riders are strictly prohibited. Do not stand on the forks to be raised by the operator unless you are in an approved safety cage securely attached to the forks or backrest.
10. **Yard Traffic-**Loading and Unloading areas in the yard are extremely busy. Employees responsible for inventory or loading of materials for customers should be aware of yard traffic. Do not assume the forklift driver sees you. When driving a forklift, always be aware of and yield to pedestrians.
11. **Warnings-**Sound horn at all corners, exits, blind areas, or when approaching pedestrians.

12. **Upsets**-Be extremely cautious when you are operating forklifts near the edge of a loading dock or on unstable ground. Make certain ramps are secure before driving on them. Carry loads low and tip the mast as far back as possible.

13. **Forks**-Be aware of the position of your forks at all times. Place forks under the load as far as possible, centering the load on the forks. Travel with the forks as low as possible. Never lift with just one of the forks or the outer ends of the forks. Do not walk or stand under raised forks whether empty or loaded.

14. **Keep Clear of Mechanisms**-Never put your head, hands, or feet on or into the forklift mast (lifting mechanism) for any reason. Keep your head, feet, arms and legs inside the forklift operator's cage at all times. Do not allow anyone under or on the forks at any time. **Do not allow anyone to get between the load on the forklift and any other object such as stacks of material or a vehicle.** Never stand on a forklift tire.

15. **Traffic Laws**-Follow all traffic laws while operating the forklift on a public right-of-way. Be especially cautious at intersections and railroad crossings.

16. **Horseplay**-Horseplay or "stunt driving" is not permitted at any time.

17. **Towing**-Never use forklifts to push or tow railroad cars.

18. **Maintenance**-Never try to work on any part of the forklift while it is running. Report any maintenance deficiencies to your supervisor or branch manager immediately.

## Vehicles

It is easy to make safe driving a habit. A safe and careful driver is also a courteous driver. Commercial vehicle drivers, as a group, enjoy the reputation of being courteous drivers because they've earned it. Make this your goal!

Your attitude on the road and the way you drive is important - to you, to your family, and to Lumbermens. Our trucks are traveling billboards and your driving actions speak louder than words. Your driving can make friends for the company or bring us ill will.

Collision and upset of various vehicles, including truck-trailer units, straight trucks, and yard vehicles account for about 10% of all injuries in retail lumber and building material operations. Lumbermens utilizes a wide variety of vehicles in our operations. To aid in safe equipment operation, Lumbermens Building Centers has adopted the following rules:

1. Seat belts will be provided in all vehicles and **USED** by all occupants.

2. Vehicles will be inspected daily by the operator. No vehicle should be operated if unsafe.

3. All trucks will be equipped with appropriate flares, triangles, first aid kit, and fire extinguisher. As the driver, it is your responsibility to insure these items are in the vehicle and in good condition.

Drivers involved in preventable accidents may be subject to disciplinary action up to and including termination.

## Vehicle Inspection

Prior to driving, you need to be satisfied that the motor vehicle is in safe operating condition. It is the driver's responsibility to insure all the following parts and accessories are in good working order:

- Service brakes, including trailer brakes
- Parking brakes
- Steering mechanism
- Lighting devices and reflectors
- Tires and wheels
- Horns
- Windshield wipers
- Rear-vision mirrors
- Coupling devices
- Engine fluid levels
- Appropriate safety equipment

Additionally, the following items are to be kept clean:

- All lights and reflectors
- License plates
- Company logos and signs
- Cabs (interior and exterior)

Daily inspections must be done daily on all trucks and forklift trucks before being placed in service.

Never attempt to operate a boom truck... you have not been specifically trained to do s... ...en operating a boom truck, be aware of the many special hazards associated with its operation and exercise extreme care and caution including:

4.  **Electrical Wires:** Assure proper clearance is maintained.
5.  **Bystanders:** Never allow anyone to be under the load being lifted.
6.  **Capacity:** Never exceed the rated capacity of the equipment.
7.  **Operations:** Always operate the truck within the detailed operation instructions of the owner's manual and warning posted on the machine.
8.  **Outriggers:** Never operate the boom without the outriggers extended and the truck stabilized. Walk around the truck and make sure the area is clear before extending outrigger.
9.  **Tag Lines:** Always use tag lines to help control and position long material such as trusses and beams.
10. **Straps:** Make certain all straps and cables are in good condition. Never lift a load with frayed, damaged or inadequate straps or cables.
11. **Operations:** Always operate the truck within the detailed operation instructions of the owner's manual and warnings posted on the machine.
12. **Protection:** Always wear a hardhat when operating a boom truck.

## No Riders

If you need to take along a passenger or helper, you must get **PRE-AUTHORIZATION** from your supervisor or branch manager before allowing that person to ride along.

## Loading & Unloading

As the driver, you are responsible for insuring that the load on your truck is complete (quantities match the delivery ticket), and properly loaded and secured on your vehicle. Any driver who causes any loss or damage because of improper securing of loads will be subject to discipline up to and including termination.

Prior to leaving the yard with a load you must always:

1.  Check all chains, binders and straps to make sure they are adequate, tight and in good condition.
2.  Check off all material loaded against the delivery ticket. Note any discrepancies and bring them to the attention of your supervisor. Make sure the load and/or ticket is corrected before leaving the yard.
3.  Insure that the truck is loaded in a way that provides for both safe transport and unloading.
4.  Attach all flagging and signage required for the type of load.
5.  Have the necessary permits, pilot cars, etc. before moving oversize or overweight loads.

Precautions must be taken to prevent accidents, injury or damage while unloading materials at the delivery site. To insure against physical harm and property damage, the following guidelines are to be observed:

1.  **Authorization:** Only those drivers trained and authorized to use dumping equipment are allowed to dump loads.
2.  **Bystanders:** Keep all bystanders completely clear of the unloading area. Extra attention needs to be paid to children, since they are naturally curious but are unaware of the possible dangers.
3.  **Side and Rear Clearance:** Always allow lots of clearance between the load to be dumped and any buildings, building foundations, vehicles or other objects in the area. Banding can break, material can slide out of the bundle and units can slide or fall to the side when being dumped. Always allow plenty of room for a less than perfect result.
4.  **Overhead Clearance:** Always check for overhead wires, tree limbs and building eaves BEFORE entering a delivery site. A tall load or raised bed can easily catch and damage overhead objects.
5.  **Uneven Ground:** Make sure the ground is even where you plan to dump the load. Uneven ground can cause units to break or tip (and banding to break) and can apply potentially damaging (twisting) forces to the truck bed and/or hydraulic components.
6.  **Don't Trust Your Mirrors:** Before backing into a delivery site, get out of the vehicle and walk the route you will be backing into. Familiarize yourself with the area and check for obstructions, ditches, wires, bad ground, etc.
7.  **Don't Rely Solely on the Directions of Others:** Well meaning individuals may try to give you directions for backing, dumping or placing of loads. Do not let their directions substitute for your best judgment or keep you from doing the things the way you know they should be done. Often times others don't know what to look for. **YOU are ultimately responsible for the actions you take.**
8.  **Lift Beds and Gates:** Caution must be exercised to keep hands and other body extremities from being caught in the lifting mechanisms and "pinch points". Do not walk or stand under a raised dump bed.
9.  **Damage to Property:** Anytime damage to materials or property occurs during a delivery, no matter how small, report it immediately to your supervisor or branch manager and the owner or supervisor of the site. Do not take it upon yourself to make arrangements for resolving the problem or agree to anything. Always let your supervisor or branch manager know if the customer has offered or suggested a particular resolution.

Always determine your route in advance so you can devote your full attention to traffic and driving conditions while on the road. When driving, obey all traffic laws and regulations, drive thoughtfully and courteously, plan ahead, and always use your good judgment and common sense. Following are a few important rules to follow:

**Speed:** You must operate your vehicle within the legal speed limit at all times. Your speed should be reasonable and prudent considering the weather, other traffic, condition of the road and intersecting side roads.

**Passing Vehicles:** Due care in passing should be the watchword at all times as it is difficult under any condition to estimate the speed of an approaching vehicle and be sure you have adequate space and time to return to your proper lane. You should never take a chance passing when your view of the road ahead is totally or partially blocked. Remember that traffic laws prohibit passing on bridges, at railroad crossings and intersections and on viaducts and underpasses.

**School Buses And School Zones:** Use caution when approaching a school bus. You are required to slow down and stop when approaching or overtaking a school bus when you see flashing amber or red lights. Use extreme caution in school zones and always reduce your speed when school zone lights are flashing.

**Following Other Vehicles:** Always keep ample distance between you and the next vehicle. When following other vehicles, you must operate at a distance that will enable you to make a smooth, complete stop under any (even unexpected) conditions. NEVER TAILGATE.

**Stopping:** When preparing to stop, check the position and speed of vehicles behind you. Make it a habit to reduce your speed soon enough so the driver behind you will have no doubt as to your intentions. This will not only prevent accidents but will also save excess tire and brake wear.

**Pedestrians:** Pedestrians always have the right-of-way. Never take it for granted that they see you if necessary, warn them by using your horn.

**Turning At Intersections:** Give sufficient advance warning of your intentions to turn by signals and position of your vehicle. Additional advance signaling and positioning is necessary when making a right hand turn with a combination unit.

**Stopping And Parking On The Roadway:** Avoid parking your vehicle on the traveled portion of the highway. If possible, pull off on a suitable surface out of the lane of traffic. If you find it impossible to park off the highway or entirely out of the lane of traffic, every effort must be made to leave as much of the roadway clear as possible for other traffic. Place emergency- warning devices in position at once and turn on four-way flashers.

**Parking On Hills And Inclines:** If you find it necessary to stop or park on a hill or incline, you are to:
Set the parking brake.
Put the truck in gear if the engine is to be turned off.
Block the wheels.
Set micro-locs in conjunction with other braking systems if the engine is to be left running.

**Backing:** If your view is obstructed while backing a vehicle, you are to use a backer. If in doubt, get out of your vehicle and check your intended route. You alone are responsible.

**Soft Shoulders:** Soft shoulders are dangerous and often not obvious. Do not drive on the shoulder of the road.

**Drive defensively:** Adjust your driving to the existing conditions. Always be aware of the other driver and assume he will NOT do the right thing. Watch for children, pets and other unexpected objects and occurrences in the road.

## Weather Hazards

A safe driver always adjusts to road and weather conditions. The following conditions require extra attention:
1. Rain: When driving in rain:
   - Reduce your speed. Roadways may be slick, stopping distances are increased and hydroplaning could cause loss of control.
   - Apply brakes carefully and further in advance.
   - Be aware of reduced visibility.
   - Drive with headlights on.
2. Fog: In fog, be sure to use all available lights on your vehicle, keeping headlights on low beam.
3. Snow And Ice: Snow and ice can obviously cause roads to be slick and hazardous.
   - Reduce your speed.
   - Apply brakes carefully and further in advance. Pump brakes to maintain control while stopping on slick surfaces (unless the vehicle is equipped with an anti-lock braking system.)
   - Watch for "black ice" on roads when temperatures are below freezing.
   - Increase following distance and plan maneuvers further in advance.
4. Tire Chains: Every vehicle is equipped with chains. It is your responsibility to use them whenever conditions dictate. Don't take chances in the interest of saving time or effort. The consequences of not using chains when they are called for can be severe.
5. Dry, Clear Conditions: Don't "override" your ability or the vehicle limitations. This applies to ideal as well as poor weather conditions. Statistics show that 85% of all accidents happen under ideal weather conditions.

Lumbermens utilizes a wide variety of saws and power tools in our operations. All of this equipment is potentially dangerous if not operated properly. Safeguards are provided for all equipment as required by OSHA. It is your responsibility to see that guards are kept in place and used at all times.

Safety precautions and good housekeeping in and around woodworking equipment (table saws, rip saws, drum sanders, planers, etc.) are required at all times. Your supervisor will insure that you receive instruction on the proper use of power tools that you may be required to operate. Your supervisor will inform you of the personal protective devises such as respirators, safety glasses, and hearing protection that you are required to wear while operating the equipment.

Never operate any hand or power tools for which you have not received instruction or do not have the proper safety equipment. **UNDER NO CIRCUMSTANCES ARE CUSTOMERS ALLOWED TO OPERATE LUMBERMENS EQUIPMENT.**

The following are some general rules for the use of hand and power tools:

1.  You are responsible for checking the condition of tools and equipment before using it. Report any unsafe equipment to your supervisor or branch manager immediately.

2.  Never use hammers with broken or cracked handles, chisels and punches with mushroomed heads or broken wrenches.

3.  Most hand-held power tools must be equipped with a deadman control so that the power is automatically shut off whenever the operator releases the control.

4.  Portable circular saws must be equipped with guards above and below the base plate or shoe. The lower guard must retract when the blade is in use, and automatically return when the tools are withdrawn from the work.

5.  All hand-held portable electrical equipment must be grounded by means of a separate ground wire or be double insulated and identified as such.

**Compressed Air**

The downstream pressure of compressed air must remain at a pressure level below 30 p.s.i. whenever the nozzle is dead ended and then only when effective chip guarding and personal protective equipment are used. Compressed air should not be used for cleaning.

**Chain Saws**

Follow the saw manufacturer's instructions for safe operation and maintenance. Chains must be kept sharp and the tension correct. The idling screw must be adjusted so that the chain stops when the throttle is released. Always keep the chain lubricant reservoir filled and the chain adequately lubricated.

Carry the saw with the motor stopped and the guide bar to the rear. Never start a saw when it's on your knee. Always start and handle an operating saw with BOTH HANDS. An anti-kickback safety device, which will automatically stop the blade in the event of a kickback, should always be installed and operable.

Store fuel only in approved containers. Let motor cool before refueling. Wipe spills off motor immediately. Refuel in an area with a fire extinguisher available if possible. DO NOT SMOKE while refueling.

**Welding & Cutting**

It is required that:

1.  All cylinders be kept away from radiators and other sources of heat.
2.  All cylinders stored inside buildings are to be located in a protected, ventilated, dry location, at least 20 feet from highly combustible materials and away from elevators, stairs, or gangways.
3.  When cylinders are not connected for use, valve protection caps are to be screwed onto the cylinder.
4.  Oxygen cylinders are to be stored a minimum distance of 20 feet from combustible materials and other cylinders.
5.  All cylinder valves are to be closed when work is finished. Where a special wrench is required, it must be left in position on the stem of the valve while the cylinder is in use so the fuel-gas flow can be quickly turned off in case of emergency. In case of manifold or coupled cylinder, at least one such wrench must always be available for immediate use.
6.  All cylinders are to be marked to identify contents.
7.  It is good practice to secure all cylinders with lashing or chains.
8.  Acetylene must not be utilized at a pressure in excess of 15 p.s.i.
9.  Indoor storage of compresses Liquefied Petroleum Gas (LPG) is limited to a total capacity of 2,000 cubic feet or 300 pounds.

10. Hoses showing leaks, burns or worn places are to be replaced or repaired before use.
11. All gas or welding equipment is to be properly trained.

12. Cutting or welding is not permitted in the presence of explosive atmospheres or where combustible dusts are present.
13. Periodic inspection of all welding equipment must be made by qualified maintenance personnel.  Inspection records must be maintained.
14. Fire extinguishing equipment is to be maintained and readily available.
15. Ventilation must be used while welding.
16. Personal protective equipment is provided and must be worn when welding.

## Safe Sawing Practices

1. Since no guard is entirely foolproof, your hands must be kept out of the line of cut when feeding a table saw.  When ripping with the blade near the fence gauge, a push stick must always be used to complete the cut.
2. Adjust table saw blades to expose the least amount of the saw blade possible above the table to make the cut. The lower the blade, the less chance for kickbacks.  Always stand and keep others out of the line of the stock being ripped.
3. Never saw freehand with a circular table saw.  Such freehand sawing is always dangerous. The stock must always be held against the fence guide.
4. The saw and blade must be appropriate for the job.  For instance, it is an unsafe practice to rip with a crosscut blade or to crosscut with a rip blade.
5. The dangerous practice of removing a hood guard because of narrow clearance between the fence guide and blade can be avoided by clamping a filler board to the table between the gauge and the blade; using it to guide the stock.
6. Avoid crosscutting long boards on a table saw.  Long stock should be crosscut on a radial arm saw.
7. In order to set the fence of a table saw without removing the guards, make a permanent mark on the tabletop to designate the line to cut. Work that should be done on special power-fed machines should not be done on general purpose hand-fed machines.
8. Never adjust a saw while it is running.
9. A brush or stick should be used to clean sawdust and scrap from a saw.
10. You are REQUIRED to wear safety glasses while sawing.  Shirt sleeves should be rolled up and gloves not worn to avoid them being entangled by the saw blade.

## Loss Prevention

Lumbermens has an active loss prevention program to minimize losses due to shoplifting by customers, employee theft, unexplained inventory shortages, break-ins, etc. Please report suspicions of theft by employees or customers to your manager. All such reports will be held strictly confidential. Losses due to theft of money or merchandise deprive the company of income, which might otherwise be used to increase salaries, benefits and improve our branches. To assist our efforts to prevent loss, you must be completely fair and honest in every transaction you conduct with our customers, suppliers, and fellow employees. You are expected to be alert at all times and report any dishonesty or behavior contrary to the best interests of our company to your manager or a company executive. Specific loss prevention procedures and information regarding shoplifting, cash security, receiving, deliveries, and other areas of security must be observed at all times. We appreciate the full cooperation of all employees in regard to our loss prevention policies and procedures. Failure to adhere to Lumbermens security policies will result in disciplinary action. Additional information is located separately in Lumbermens Security Statement, which all employees must read and sign.

## Weapons Policy

In order to provide a safe work environment employees are not allowed to bring firearms on company premises. Additionally, other weapons, including knives that are not specifically used in the course of business are not allowed.

## Tobacco Usage

For the health and well being of our employees, Lumbermens is tobacco-free at all facilities. This means we require our employees, as well as our customers, to refrain from smoking or chewing in any of our facilities except for those designated as areas for tobacco usage.

We believe the nature of our business requires strict limitations on tobacco. No employee may smoke or chew in business offices, the store, warehouse, yard, in company vehicles, on job sites, or on deliveries. Many people find smoking or chewing tobacco offensive and annoying. Since our business is serving the public, we want to avoid those situations, which may create discomfort for our customers.

Tobacco use is only allowed during breaks and lunch periods in designated areas.

**Housekeeping**

Good housekeeping not only improves the appearance of our work environments, but also helps prevent fires, accidents and personal injuries. Housekeeping is not one employee's sole responsibility; it must be shared by everyone and is a team effort. You are responsible for keeping your work area clean and neat at all times.

## Solicitation and Distribution

We believe that employees should not be disturbed or disrupted in the performance of their job duties. For this reason solicitation of an employee by another employee is prohibited while either person is on working time. The only exception to this rule may occur during an annual United Way Fund drive or another solicitation for a charity specifically authorized by Lumbermens. Solicitation by non-employees on company premises is prohibited at all times.

Distribution to employees and non-employees of advertising material, handbills, printed or written literature of any kind in working areas of our company is prohibited at all times.

## Off Duty Access

Employees are not permitted to enter our facilities after closing hours, unless specifically authorized by the manager. Employees are allowed access only to public areas during their off duty hours.

## Removing Company Property from Premises

Employees who remove company property from the premises with the manager's permission, are responsible for that property. If it is damaged, lost or stolen it will be repaired or replaced at the employee's expense. This includes physical items such as vehicles and tools as well as intellectual information such as computer software or company data. Consider all information, including but not limited to any customer information, product information, employee information, computer information, or any other company data to be of a confidential nature, about our business that is not generally known to the public or to our competitors as confidential. Example: An employee takes a tool home. The tool is stolen from the employee's personal auto or residence. The employee or the employee's insurance is responsible for replacing the tool. You are reminded of your duty not to disclose or use Lumbermens confidential information for your own benefit.

## Company Vehicles

An employee authorized to drive a company vehicle on a public highway must have sufficient training and experience to safely operate the vehicle, be at least eighteen years old, and have a currently-valid State driver's license. When using a company vehicle you are expected to exercise care, follow all operating instructions, safety standards and guidelines. If their license is suspended or revoked, the employee must immediately notify his or her supervisor. The employee will not be allowed to operate a company vehicle until their driver's license is reinstated.

You are expected to obey all traffic laws and show courtesy to others while driving company vehicles. Company vehicles must be kept clean and in safe condition. You are responsible for reporting any repairs or service, which may be needed. You will be responsible for any traffic tickets while you are operating a company vehicle, unless it pertains to an equipment violation, which should have been repaired by the company. Any personal use of a company vehicle must be authorized by the manager.

All CDL truck drivers must pass state physical and written examinations and a road test consistent with the Department of Transportation rules and regulations. All CDL truck drivers will be subject to random drug and/or alcohol testing, as a condition of employment. The number of employees selected for drug and/or alcohol testing will be consistent with the Department of Transportation rules and regulations.

If a truck driver's license is suspended, he or she may be transferred to a non-driving position, at that position's pay. If a position is not available, the employee will be placed on a leave of absence without pay until he or she is qualified to drive a company vehicle.

Lumbermens has an annual award program for all full-time truck drivers who have no chargeable accidents or traffic tickets while driving a company vehicle, and no on the job recordable injuries during the year.

## Parking

We provide parking areas for our employees. These areas are generally on or adjacent to our premises. You may receive a designated spot. If so, please use the space assigned to you. In this way we ensure a traffic pattern best suited for the employees and customers. You may be asked to park off the premises during a sale or other promotional event. Your cooperation will be appreciated. Lumbermens is not responsible for your vehicle or its contents.

Lumbermens is involved in a highly competitive business in which we rely on all employees to maintain a high standard of achievement. The success of the company is directly connected to the individual's performance and, therefore, all employees must respect co-workers and the company and abide by certain rules of conduct based on honesty, good taste, fair play and safety. This is essential if everyone is to work together efficiently and effectively. All employees will appreciate your spirit of cooperation.

Generally, no conduct which is unethical or illegal will be tolerated by Lumbermens. Although it is not possible to provide a complete list of all types of impermissible conduct, the following are examples of conduct, which will lead to disciplinary action:

- Violation of company policy or procedure
- Sabotage, destruction, careless waste or misuse of company property or equipment
- Dishonesty, theft or withholding information regarding theft, or unauthorized removal of company funds or property
- Failure or refusal to carry out assignments or directives from a supervisor or any member of management
- Fighting or horseplay while on company premises
- Falsification of any work, timecards, personnel, or other company records
- Absence or tardiness without notification
- Discrimination against or harassment of co-workers or customers
- Possessing alcohol, illegal drugs, or drug paraphernalia, soliciting, purchasing, selling, consuming, or being under the influence of alcohol or illegal drugs at work, in a company vehicle, or on company premises
- Tobacco use or eating in unauthorized areas
- Sleeping or loitering during assigned work periods
- Failure to observe safety or security rules or procedures
- Failure to report an accident to an individual or to a company vehicle
- Unauthorized release of company information or unauthorized reading of confidential information
- Lending or giving keys or other equipment to any person not authorized by management to receive such equipment or keys
- Using company property, equipment or other company assets for unauthorized personal use
- Failure to maintain a neat, clean, businesslike appearance.

The above list in not all-inclusive. Other behavior may also be grounds for disciplinary action. Disciplinary action can range from a verbal warning, written record of discussion, suspension without pay, to termination, depending on management evaluation of the seriousness of the conduct.

A Drug and Alcohol Free Workplace

Lumbermens has a fundamental interest in maintaining a working environment, which is safe and healthful. We recognize that the physical and psychological well being of our employees is a vital prerequisite in preserving an environment that is conducive to the success of Lumbermens. Employees who are under the influence of drugs or alcohol on the job pose a serious safety and health risk to themselves as well as jeopardize the safety and well being of coworkers and the public we serve. We understand and accept our obligation to provide a safe and healthy work environment for our employees and to protect company property, equipment, and operations.

Consistent with this philosophy, we believe there is no place in the work environment for the use, possession, or distribution of illegal drugs or drug paraphernalia or the abuse of alcohol or other legal drugs or intoxicants. With this in mind, we have established a comprehensive Drug and Alcohol Free Workplace Policy, the summary is below. Please take the time to read and understand it. A complete copy is available at your location upon request should you have questions or want further clarification.

If you feel you may have a problem with drugs or alcohol, we strongly encourage you to seek professional help. Your store manager or the Human Resources Manager at Division Headquarters will assist you in obtaining help through a referral to a substance abuse professional. You may refer to the company's medical benefit plan regarding Chemical Dependency Treatment as appropriate.

It is the responsibility of every employee to create a drug free working environment at Lumbermens. Your efforts will secure a safer, healthier work place for our customers and our fellow coworkers.

## LUMBERMENS DRUG AND ALCOHOL FREE WORKPLACE SUMMARY

Lumbermens is committed to providing a safe, healthy and productive work environment for employees as well as the customers we serve. We consider the use of illegal drugs and/or alcohol in the workplace to be unhealthy and unsafe. Therefore all employees are required to comply with, as a condition of employment, the following policy and program:

1. Employees are prohibited from using or being under the influence of alcohol or illegal drugs during work hours.

2. Employees are prohibited from possessing, distributing, soliciting, purchasing or selling alcohol, illegal drugs or drug paraphernalia during work hours, while performing Lumbermens business, when on Lumbermens property or in any manner which may be detrimental to the interest of Lumbermens, its employees, and/or customers.

3. No prescription drugs will be used by or be in the possession of any employee during work hours other than the employee for whom it is prescribed.

4. An employee using prescription or non-prescription drugs that may adversely affect their performance or safety must notify their manager or supervisor immediately. Lumbermens reserves the right to have a physician determine if a prescription drug or medication produces hazardous side effects and may restrict the activities of the employee.

5. The commission of a felony related to the use, possession or sale of an illegal drug or controlled substance by any employee may result in immediate dismissal.

6. Employees are prohibited from using alcohol or non-prescription drugs for eight hours following an accident in which the employee may be subject to post accident drug and alcohol testing.

Violation of the above rules will result in disciplinary action up to and including termination.

To support the above policy, a drug and alcohol testing program has been adopted which includes the following components:

1. **Pre-Employment Testing.** As a condition of employment, all successful applicants are subject to a drug test prior to starting work.

2. **Random Testing.** On an ongoing basis, and as a condition of continued employment, CDL driver's are subject to unannounced, random drug and alcohol testing. The number of employees selected for drug and/or alcohol testing will be consistent with the Department of Transportation rules and regulations. Random selection means that every CDL driver has a substantially equal chance of selection.

3. **ICC Physical.** Driver subject to D.O.T. regulations may be required to submit to drug and alcohol tests in conjunction with their periodic ICC physical examination.

4. **Reasonable Suspicion.** Any employee who is reasonably suspected of using an illegal drug or being under any influence of drugs or alcohol while in the work place will, as a condition of continued employment, be subject to drug and alcohol tests.

5. **Post Accident.** Any employee directly involved in or who contributed to a serious on-the-job incident will be subject to drug and alcohol tests. A "serious" incident is defined as one, which results in a fatality, requires medical treatment away from the work or accident site, this includes workers compensation, or results in a vehicle being damaged to the extent that it cannot be operated safely without repair (or is towed from the scene). **If the employee's performance was negligent and is known to have contributed to the incident, a drug and alcohol test must be taken. Be sure and have someone drive the employee to the drug collection facility.**

6. **Return to Duty.** A program of six (6) unannounced drug and/or alcohol tests in the next twelve (12) month period will be implemented for an employee who has returned to duty after a positive drug or alcohol test or as a part of a rehabilitation program. The six tests are paid by the employee.

**Employees are required to report to the collection site immediately after being notified that they are to be tested.** Failure to report without a verifiable defense or refusal to submit to the drug or alcohol test will result in disciplinary action up to and including termination.

The drug testing program consists of urine testing for the following five specific classes of drugs: (1) cocaine, (2) amphetamines, (3) opiates, (4) cannabinoids (THC), (5) phencyclidine (PCP). All testing will be performed by laboratories accredited by the Division of Health and Human Services (DHHS) and will follow the "split-sample" criteria currently defined by the Federal Highway Administration, D.O.T.

# Exhibit B

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

Stephen A. Fraser, Esq.  SBN  85573

3030 Bridgeway, Suite 127
Sausalito, CA 94965

TELEPHONE NO.: 415.332.2421

ATTORNEY FOR (Name): Plaintiff Danny Joe Elliott

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF SANTA CLARA COUNTY

PLAINTIFF/PETITIONER: DANNY JOE ELLIOTT

DEFENDANT/ RESPONDENT: LUMBERMEN'S, INC., et al.

**REQUEST FOR DISMISSAL**

☐ Personal Injury, Property Damage, or Wrongful Death
  ☐ Motor Vehicle   ☐ Other
☐ Family Law
☐ Eminent Domain
✔ Other (specify) : Employment FEHA

CASE NUMBER:
10CV101420

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
    a. (1) ☐ With prejudice   (2) ✔ Without prejudice
    b. (1) ✔ Complaint   (2) ☐ Petition
        (3) ☐ Cross-complaint filed by (name):                   on (date):
        (4) ☐ Cross-complaint filed by (name):                   on (date):
        (5) ☐ Entire action of all parties and all causes of action
        (6) ✔ Other (specify):* as to Pro-Built Holdings, Inc.

Date: February 8, 2008

Stephen A. Fraser

(TYPE OR PRINT NAME OF  ✔ ATTORNEY  ☐ PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only or specified causes of
action only, or of specified cross-complaints only, so state and identify
the parties, causes of action, or cross-complaints to be dismissed.

▶ *(signature)* Stephen A. Fraser

(SIGNATURE)

Attorney or party without attorney for:
✔ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross - complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
    Date:

▶

(TYPE OR PRINT NAME OF  ☐ ATTORNEY  ☐ PARTY WITHOUT ATTORNEY)

** If a cross-complaint-or Response (Family Law) seeking affirmative
relief -is on file, the attorney for cross-complainant (respondent) must
sign this consent if required by Code of Civil Procedure section 581 (i)
or (l).

(SIGNATURE)

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross - complainant

*(To be completed by clerk)*

3. ☐ Dismissal entered as requested on (date):
4. ☐ Dismissal entered on (date):                   as to only (name):
5. ☐ Dismissal **not entered** as requested for the following reasons (specify):

6. ☐ a. Attorney or party without attorney notified on (date):
      b. Attorney or party without attorney not notified. Filing party failed to provide
        ☐ a copy to conformed ☐ means to return conformed copy

Date:                   Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com