STUART W. MILLER, CA State Bar No. 127766
KATHLEEN D. POOLE, CA State Bar No. 228815
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
stuartmiller@dwt.com

Attorneys for Defendants
LUMBERMENS, INC. and PROBUILD HOLDINGS, INC.

FILED
FEB 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DANNY JOE ELLIOTT,

   Plaintiff,

   v.

LUMBERMENS, INC., which does business in California as San Lorenzo Lumber; PRO-BUILD HOLDINGS, INC., aka LUMBERMEN'S, INC.; DOES 1-20,

   Defendants.

Case No. CV 08 0943 HRL

**CERTIFICATE OF INTERESTED PARTIES**

(Notice of Removal filed concurrently herewith)

TO THE COURT AND PLAINTIFF DANNY JOE ELLIOTT, AND HIS ATTORNEY OF RECORD:

   Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for defendants LUMBERMENS, INC. and PROBUILD HOLDINGS, INC. ("Defendants") certifies that there are no persons, associations of persons, firms, partnerships, corporations, or other entities other than the parties themselves known by Defendants to have either a financial interest in the subject

///
///
///
///

1

CERTIFICATE OF INTERESTED PARTIES
SFO 402548v3 0050022-000499

matter in controversy or in a party to the proceeding, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED this 14th day of February, 2008.

    Respectfully Submitted,

    DAVIS WRIGHT TREMAINE LLP
    Stuart W. Miller
    Kathleen D. Poole

    By: _/s/ Kathleen Poole_____
    Kathleen D. Poole
    Attorneys for Defendants
    LUMBERMENS, INC. and PROBUILD HOLDINGS, INC.

CERTIFICATE OF INTERESTED PARTIES
SFO 402548v3 0050022-000499

## PROOF OF SERVICE

I, Farshid Arjam, declare under penalty of perjury under the laws of United States of America that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served the following documents:

**CERTIFICATE OF INTERESTED PARTIES**

I caused the above document to be served by the following means

☑ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on February 14, 2008, following the ordinary business practice, on:

Stephen A. Fraser
Attorney at Law
3030 Bridgeway, Suite 127
Sausalito, CA  94965

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____ guaranteed delivery on _____ following the ordinary business practice.

☐ I caused an electronic transmission of said documents to be transmitted on January __, 2007 following the ordinary business practice.

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on_____.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on February 14, 2008, at San Francisco, California.

_____
Farshid Arjam

PROOF OF SERVICE