STUART W. MILLER, CA State Bar No. 127766
KATHLEEN D. POOLE, CA State Bar No. 228815
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
stuartmiller@dwt.com
kathleenpoole@dwt.com

Attorneys for Defendant
LUMBERMENS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANNY JOE ELLIOTT,<br><br>    Plaintiff,<br><br>v.<br><br>LUMBERMENS, INC., which does business in California as San Lorenzo Lumber; PRO-BUILD HOLDINGS, INC., aka LUMBERMEN'S, INC.; DOES 1-20.<br><br>    Defendants. | Case No.: C 08-00943 HRL<br><br>**STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL
Case No. H07CV101420

SFO 406017v1 0086115-000007 00A0

1  IT IS HEREBY STIPULATED by and between all parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1). Defendant ProBuild Holdings, Inc. was previously dismissed as a
4  party pursuant to a Request for Dismissal filed by plaintiff.

5  DATED: April 10, 2008        DAVIS WRIGHT TREMAINE LLP

7                               By: _____
8                                   Stuart W. Miller
                                    Attorney for Defendant
9                                   LUMBERMENS, INC.

10
11  DATED: April 10, 2008        STEPHEN A. FRASER

13                              By: _____
                                    Stephen A. Fraser
14                                  Attorney for Plaintiff
                                    DANNY JOE ELLIOTT

STIPULATION OF DISMISSAL
Case No. 107CV101420

SFO 406017v1 0086115-000007 00A0

**PROOF OF SERVICE**

I, Farshid Arjam, declare under penalty of perjury under the laws of United States of America that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served the following documents:

**STIPULATION OF DISMISSAL**

I caused the above document to be served by the following means

☑ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on April 14, 2008, following the ordinary business practice, on:

Stephen A. Fraser
Attorney at Law
3030 Bridgeway, Suite 127
Sausalito, CA 94965

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____ guaranteed delivery on _____ following the ordinary business practice.

☐ I caused an electronic transmission of said documents to be transmitted on January __, 2007 following the ordinary business practice.

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on_____.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on April 14, 2008, at San Francisco, California.

_____
Farshid Arjam

PROOF OF SERVICE